UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
UNITED STATES OF AMERICA

        -against-

JOSEPH ROMANO,
SALVATORE ROMANO,
also known as "Steven Anderson"
     and "Scott Miller,"
VINCENT ROMANO,
KEVIN WELLS,
THOMAS ARNOLD,
     also known as "Phil Kennedy,"
     "Tom Olsen" and "Bill Regan,"
RUSSELL BARNES,
     also known as "Russ" and "Rusty,"
ANTHONY LANZA,
     also known as "Anthony Fuller"
     and "Tony Fuller,"
BRUCE WILSON,
     also known as "Bruce Warren,"
STEVEN CANDEMERES,
     also known as "James Waldren"
     "Jim Waldren," "John Powers,"
     and "Steve Bronson,"

     Defendants.

--------------------------------------------------X

PROPOSED
STIPULATION AND ORDER

CR-09-170(JFB)

WHEREAS, on or about November 21, 2008, the Honorable William D. Wall signed a Seizure Warrant finding probable cause to believe that All Funds on Deposit in Farmington Savings Bank, account number 543996 (the "Subject Account") held in the name of the defendant SAL ROMANO (the "defendant") were subject to forfeiture and authorizing the seizure of the Subject Account;

WHEREAS, LYNN ROMANO, co-signer on the Subject Account, provided account statements and deposit records to the United States regarding her interest in the Subject

*United States v. Romano, et.al., CR-09-170(JFB), Stipulation and Order*

Account;

WHEREAS, LYNN ROMANO has asserted a claim to certain funds in the Subject Account;

NOW THEREFORE IT IS HEREBY AGREED as follows:

1.    LYNN ROMANO represents that she is the sole owner of certain funds deposited in the Subject Account.

2.    LYNN ROMANO has provided to the United States documentation to verify that certain funds deposited into the Subject Account were received solely by LYNN ROMANO as part of an inheritance.

3.    The United States agrees to return to LYNN ROMANO the sum of $100,000.00 (One hundred thousand dollars and no cents).

4.    LYNN ROMANO agrees to waive any right, claim or interest to the funds remaining in the Subject Account.

5.    The parties agree that this stipulation hereby amends the Seizure Order.

6.    Farmington Savings Bank is directed to return the amount of $100,000.00 to LYNN ROMANO.

7.    It is further stipulated and agreed that the remaining balance in the Subject Account shall remain restrained pursuant to the November 21, 2008 seizure warrant.

8.    The signatories to this Stipulation expressly warrant and represent that they are authorized to execute this and all other documents necessary to effectuate the terms of this Stipulation.

2

*United States v. Romano, et.al., CR-09-170(JFB), Stipulation and Order*

9.    It is contemplated that this Stipulation may be executed in several counterparts, as well as electronically, with a separate signature page for each party.  All such counterparts and signature pages, together, shall be deemed to be one document.

Dated: Central Islip, New York
       October    2009

                             BENTON J. CAMPBELL
                             UNITED STATES ATTORNEY
                             Eastern District of New York
                             610 Federal Plaza, 5th Floor
                             Central Islip, New York 11722

             By: _____
                             Diane Leonardo Beckmann
                             Assistant U.S. Attorney
                             (631) 715-7854

Dated: New York, New York
       October    2009

                             RICHARD A. MILLER
                             MILLER & SKUBIK, LLP
                             Attorneys for Defendant Sal Romano
                             356 Veterans memorial Highway
                             Suite 8
                             Commack, New York 11725

             By: _____
                             Richard A. Miller, Esq.
                             (631) 543-3030

             By: _____
                             LYNN ROMANO

On the 2nd day of October in the year 2009, before me, the undersigned, personally appeared LYNN ROMANO, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

                                 _____
                                NOTARY PUBLIC
                                 Tonya Hogan
                                 Notary Public
                                 My Commission Expires
                3               August 31, 2012

*United States v. Romano, et.al., CR-09-170(JFB), Stipulation and Order*

SO ORDERED this 16th day
of October 2009

_____
HONORABLE JOSEPH F. BIANCO
United States District Court Judge

4