DMJ:LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

     - against -

JOSPEH ROMANO et al.,

         Defendants.

- - - - - - - - - - - - - - - - - -X

**FILED**
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★   MAR 25 2010  ★

**LONG ISLAND OFFICE**

UNSEALING ORDER

CR 09 170 (S-2) (JFB)

Upon application of BENTON J. CAMPBELL, United States Attorney for the Eastern District of New York, by Lara Treinis Gatz, Assistant United States Attorney, it is hereby ordered that the Government's Motion to Revoke Bail and Affidavit in Support of the Motion, dated March 24, 2010, be unsealed.

Dated:  Central Islip, New York
       March 25, 2010

SO ORDERED:

HONORABLE A. KATHLEEN TOMLINSON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK