# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Steven M. Larimore
Court Administrator • Clerk of Court

701 Clematis Street
West Palm Beach, Florida 33401
(561) 803-3400

U.S. DISTRICT COURT E.D.N.Y

★ ★

LONG ISLAND OFFICE

**TRANSMITTAL LETTER**

**TO: CLERK OF THE COURT, UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK (CENTRAL ISLIP)
LONG ISLAND COURTHOUSE
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722**

FILED by JM D.C.
APR - 8 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**RE:** USA v JOSEPH ROMANO
Case No. 09 CR 170 (S-2) (JFB)
SD/FL Case No. 10-8083-JMH

**DATE:**

==================================================================

The above-mentioned cause has been transferred to your jurisdiction pursuant to Rule 40
Please find enclosed the following documents:

_____ Original file

__X__ Certified File

_____ Magistrate Proceedings -Original Pleadings

CASH Bond Amount $__________
(Note: Cash is not included in this transmittal and will be forwarded at a later date from the Financial Section)

Kindly acknowledge receipt of these documents by RECEIVE STAMPING the enclosed copy of this letter and sending it to:

UNITED STATES DISTRICT COURT
CLERK OF COURT c/o Tanya McClendon
701 CLEMATIS STREET, ROOM 202
WEST PALM BEACH, FLORIDA 33401

Yours sincerely,
By [signature]
Tanya McClendon, Deputy Clerk

[signature] 4-8-10

*The Mission of the Clerk's Office for the Southern District of Florida is to be the [illegible] for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

# U.S. District Court
# Southern District of Florida (West Palm Beach)
# CRIMINAL DOCKET FOR CASE #: 9:10-mj-08083-JMH-1
## Internal Use Only

Case title: USA v. Romano

Date Filed: 03/25/2010
Date Terminated: 03/26/2010

---

Assigned to: Magistrate Judge James M. Hopkins

**Defendant (1)**

**Joseph Romano**
72247-053
*YOB: 1963*
*TERMINATED: 03/26/2010*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal to EDNY | |

---

**Plaintiff**

**USA**

represented by **Janice Le Clainche**
United States Attorney's Office
500 South Australian Avenue
Suite 400
West Palm Beach, FL 33401
561-820-8711
Fax: 820-8777
Email: janice.leclainche@usdoj.gov

U.S. District Court
Southern District of Florida
By Deputy Clerk
Date 4-8-10

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2010 | 1 | Magistrate Removal of Violation of Conditions of Pretrial Release from the Eastern District of New York as to Joseph Romano Case number in the other District 09 CR 170 (S-2)(JFB) as to Joseph Romano. (tmn) (Entered: 03/25/2010) |
| 03/25/2010 | 2 | Minute Entry for proceedings held before Magistrate Judge James M. Hopkins: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Joseph Romano held on 3/25/2010. (Digital 10:09:23) (Tape #JMH-10-19-1394) (tmn) (Entered: 03/25/2010) |
| 03/25/2010 | 3 | Order on Initial Appearance as to Joseph Romano for proceeding held on 3/25/2010. Tape #JMH-10-19-1394 (Digital 10:09:23) Bond Hearing set for 3/26/2010 10:00 AM in West Palm Beach Division before Duty Magistrate. Status Re: Removal Hearing set for 3/26/2010 10:00 AM in West Palm Beach Division before Duty Magistrate. Signed by Magistrate Judge James M. Hopkins on 3/25/2010. (tmn) (Entered: 03/25/2010) |
| 03/25/2010 | | Arrest of Joseph Romano (kza) (Entered: 04/01/2010) |
| 03/26/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge James M. Hopkins: Status Re: Bond and Removal as to Joseph Romano held on 3/26/2010. Defendant waived removal and identity hearing. Court orders the defendant removed. (Digital 10:19:30) (Tape #JMH-10-19-2884) (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 5 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Joseph Romano (tmn) (Entered: 03/26/2010) |
| 03/26/2010 | 6 | WARRANT of Removal Issued by Magistrate Judge James M. Hopkins on 3/26/2010 to the Eastern District of New York as to Joseph Romano. (tmn) (Entered: 03/26/2010) |
| 04/01/2010 | 7 | Report Commencing Criminal Action as to Joseph Romano - YOB: **/**/1963 Prisoner #: 72247-053 (kza) (Entered: 04/01/2010) |
| 04/08/2010 | 8 | Transmittal Letter as to Joseph Romano sent to the Eastern District of New York (Central Islip) with certified copy of all documents and a certified copy of the docket sheet. (tmn) (Entered: 04/08/2010) |

10-8083-JMH

FILED by D.C.
MAR 2 5 2010
STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH ROMANO,

DEFENDANT.

## WARRANT FOR ARREST

LONG ISLAND OFFICE

CASE NUMBER: 09 CR 170 (S-2) (JFB)

TO: __________, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest JOSEPH ROMANO
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☑ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

VIOLATION OF BOND

In violation of Title 18 United States Code, Section(s) 3148 (b) (1) (A) & (B)

~~E. THOMAS BOYLE~~ A. Kathleen Tomlinson
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

AK Tomlinson
Signature of Issuing Officer

MARCH 24, 2010 - CENTRAL ISLIP, NY
Date and Location

Bail fixed at $ ________ By ________

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

By [signature] Deputy Clerk
Date 4-8-10

| THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: | |
|---|---|
| DEFENDANT'S NAME: | Joseph Romano |
| ALIAS: | |
| LAST KNOWN RESIDENCE: | [illegible] |
| LAST KNOWN EMPLOYMENT: | |
| PLACE OF BIRTH: | [illegible] |
| DATE OF BIRTH: | |
| SOCIAL SECURITY NUMBER: | |
| HEIGHT: | [illegible] |
| WEIGHT: | |
| SEX: | [illegible] |
| RACE: | [illegible] |
| HAIR: | [illegible] |
| EYE: | [illegible] |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | |
| FBI NUMBER: | |
| COMPLETE DESCRIPTION OF AUTO: | [illegible] |
| INVESTIGATIVE AGENCY AND ADDRESS: | |

DMJ:LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOSEPH ROMANO
and RUSSELL BARNES,

Defendants.

- - - - - - - - - - - - - - - - - - - - -X

AFFIDAVIT IN SUPPORT OF THE GOVERNMENT'S MOTION TO REVOKE BAIL

09-CR-170(S-2)(JFB)

EASTERN DISTRICT OF NEW YORK, SS:

CARL J. VACCARIELLO, being duly sworn, deposes and says that he is a Postal Inspector with the United States Postal Inspection Service (USPIS), duly appointed according to law and acting as such.

For the reasons set forth below, there is clear and convincing evidence that beginning on or about February 2009 and continuing until the present, those dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants JOSEPH ROMANO (ROMANO) and RUSSELL BARNES (BARNES) (collectively the DEFENDANTS) did knowingly violate the conditions of their release pending trial in the case United States v. Joseph Romano, et al., 09-CR-170(S-2)(JFB), in that the DEFENDANTS, together with others, knowingly and intentionally engaged in telemarketing activities in violation of Magistrate Judge A. Kathleen Tomlinson's Orders of November 24, 2008 and November 25, 2008 and this Court's orders of April 15, 2009, May 19, 2009 and

June 19, 2009, requiring the DEFENDANTS to refrain from engaging in telemarketing activities of any kind and that there is probable cause to believe that the DEFENDANTS have committed Federal crimes while on release, specifically mail and wire fraud conspiracy in violation of Title 18, United States Code, Section 1349.

(Title 18, United States Code, Sections 3148(b)(1)(A) & (B))

The source of Your deponent's information and the grounds for his belief are as follows:[1]

**INTRODUCTION AND BACKGROUND**

1. I have been a Postal Inspector of the USPIS for 14 years and am currently assigned to the white collar fraud squad of the Hicksville Domicile. Since October 2007, I have been assigned the investigation of the DEFENDANTS in the above-captioned matter. The allegations set forth below are based on interviews of witnesses, review of documentary evidence and evidence provided to me by other law enforcement agencies and other sources. As set forth more fully below, the DEFENDANTS, along with others, have (1) formed Collectible Coins, Inc. (CCI) a company incorporated in the

---

[1] Because the purpose of this Affidavit is to state only sufficient facts to support the motion for the issuance of an arrest warrant pursuant to 18 U.S.C. § 3148(b), I have not set forth herein all of the relevant facts and circumstances of which I am aware.

state of Florida;[2] (2) opened an office of CCI at 1300 North West 17th Avene, Suite 218, Delray Beach, Florida for the purpose of telemarketing coins; and (3) engaged in the telemarketing of coins using high-pressure and deceptive sales tactics including making misrepresentations to potential customers.

2. On November 24, 2008, the defendant RUSSELL BARNES was arrested at All American Coin Inc. pursuant to an arrest warrant issued by the Honorable William D. Wall on November 21, 2008. At the time of his arrest, and after being advised of his Miranda warnings, BARNES admitted defrauding his elderly clients by lying to them to induce them to buy coins and that he sold them coins that were overgraded and overvalued. Later that day, BARNES was arraigned on a complaint before the Honorable A. Kathleen Tomlinson. BARNES executed a $200,000 personal recognizance bond, agreeing to "refrain from telemarketing activities of any kind." GX 1.[3]

3. On November 25, 2008, the defendant JOSEPH ROMANO surrendered to the United States Postal Inspectors after he was advised that a warrant had been issued for his arrest by the Honorable William D. Wall on November 21, 2008. Later that day,

---

[2] While a records check of the Florida Department of Corporations reveals that the registered agent/director of CCI is Dejuid Merkovic, as set forth more fully below, it is clear that Merkovic is acting as a "front man" for ROMANO.

[3] GX refers to Government Exhibit.

ROMANO was arraigned on a complaint before the Honorable A. Kathleen Tomlinson. ROMANO executed a $1,000,000 bond secured by two properties; a property located at 63/65 Montauk Highway, Copiague, New York and a property located at 67 Montauk Highway, Montauk, New York. As a condition of the bond, ROMANO agreed to "refrain from telemarketing activities of any kind." GX 2.

4. On March 24, 2009, an indictment was returned in the Eastern District of New York charging the DEFENDANTS with conspiracy to commit mail and wire fraud and money laundering conspiracy. As set forth in the indictment, between August 2001 and November 2008, Last Quarter Coin, Inc. (Last Quarter Coin), American Coin Company, Inc. (American Coin) and All American Coin Company, Inc. (All American Coin) (the SUBJECT COMPANIES) were companies engaged in the business of telemarketing coins. The indictment further alleges that the DEFENDANTS falsely informed the customers that substantial profits would be realized by investing in coins and induced customers to purchased and continue to purchase coins by falsely promising the customers that there were investors waiting to purchase the coins from the customers once the customers had purchased the "complete roll set." The DEFENDANTS also misrepresented the grade or condition of the coins. The customers purchased coins worth approximately 10%-20% of the purchase price.

5. In June 2009, ROMANO'S attorney, Charles Carnesi,

asked an Assistant U.S. Attorney if the government would consent to either removing the telemarketing prohibition from ROMANO'S bond or in the alternative agree to allow ROMANO to engage in the sale of coins via different means. The government indicated an objection to ROMANO engaging in the sale of coins in any manner and advised Mr. Carnesi to bring the issue to the judge if Mr. Carnesi believed a modification was warranted.

**THE DEFENDANTS' VIOLATION OF THE CONDITIONS OF RELEASE**

6. On January 12, 2010, a cooperating witness (CW #1) advised law enforcement agents that, shortly after ROMANO'S arrest in November 2008, ROMANO told CW #1 that he was going to open a telemarketing coin business in Florida and asked CW #1 to come to Florida to work for him at the coin company.

7. CW #1 further advised that in December 2008, BARNES told CW #1 that ROMANO had also asked BARNES to come to Florida to work for ROMANO telemarketing coins. BARNES also told CW #1 that ROMANO had moved all of the desks and equipment from All American Coin in Copiague, New York to Florida.

8. A second cooperating witness (CW #2) advised that in the fall of 2009, CW #2 was present inside of CCI, located at 1300 NW 17th Ave, Suite 218, Delray Beach, Florida for a business meeting with ROMANO at ROMANO'S request. At that location, CW #2 observed four or five telemarketers engaging in telemarketing activities. During the meeting, ROMANO described CCI as his business. Finally,

ROMANO provided CW #2 with the cellular phone number (954) 254-6418 as a contact number for ROMANO.[4]

9. A review of telephone records for (954) 254-6418 reveals that this telephone has had regular contact with ROMANO's parent's residence, ROMANO'S attorney Charles Carnesi, and ROMANO's residence in Florida.

10. Telephone records also indicate that between December 5, 2009 and February 1, 2010, (965) 254-6418 has had contact with (631) 664-1209, a cell phone registered to Jeanne Limberg, 127 Kerrigan Road, Copiague, New York. United States Pre-Trial Services ("PTS") has advised that BARNES currently resides at 127 Kerrigan Road, that Ms. Limberg is the paramour of BARNES and that BARNES has called the PTS office as directed utilizing cell phone number (631) 664-1209.

11. Telephone records also reveal that number (561) 272-2721 is a land line number registered to Collectible Coin, 1300 NW 17th Ave, suite 218, Delray Beach, Florida. CCI advertises this telephone number on their website at www.collectiblecoinsinc.com. GX 3.

12. A review of calling activity for (561) 272-2721 indicates calls have been placed to or from ROMANO's attorney Charles Carnesi, to BARNES at (631) 664-1209 and to a Levittown,

---

[4] Phone records indicate that cell phone (954) 254-6418 is registered to Dejuid Merkovic.

New York residence that ROMANO owns.

13. Regions Bank records for account 95248250, a checking account registered to CCI show checks drawn on the account and payable to ROMANO's attorney Charles Carnesi[5] and BARNES. Also, four checks in the amount of $1,000 were payable to cash and endorsed by Karen Romano, ROMANO's wife. GX 4.

14. In March 2010, ROMANO advised PTS in Florida that he was unemployed.

15. A review of mail originating from CCI reveals that on January 25, 2010 and February 3, 2010, first class mail articles addressed for delivery to RUSSELL BARNES, 127 Kerrigan Rd, Copiague, New York 11726 were presented to a United States Postal Service (USPS) letter carrier for processing. Also, nine first class mail articles having a return address of JOSEPH ROMANO, 6011 N. Ocean Blvd, Ocean Ridge, FL 33435 (ROMANO's known residence) and addressed for delivery to various addresses were presented to a USPS letter carrier from CCI.

16. On January 5, 2010, the owner of the building at which CCI is located contacted ROMANO via e-mail at josephromano117@msn.com to remind ROMANO to remit the rent payment for Suite 218. ROMANO responded to the e-mail with the message "Just got back, and Im leaving again tomorrow but writing the

---

[5] It appears likely that Mr. Carnesi is a witness to some of these events.

checknow. I will see you when I get back. JOE." GX 5. Check #1126, dated January 5, 2010 and drawn on the account of CCI was received by owner of the property. GX 6. On February 2, 2010 a second e-mail was sent by the owner of the building to ROMANO reminding him to remit the February rent. GX 7. MSN records reveal that the e-mail address josephromano117@msn.com is registered to ROMANO. GX 8.

17. On both February 2, 2010 & February 3, 2010, Your deponent established surveillance at CCI. On February 2, 2010, Your deponent took photographs of ROMANO exiting 1300 North West 17th Ave, in Delray Beach, Florida. GX 9. After exiting the location, ROMANO entered his Dodge Nitro, Florida license plate No. P306KQ. GX 10.

18. On February 3, 2010, United States mail packages addressed to John Doe #1 (JD #1), John Doe #2 (JD #2) and Jane Doe #3 (JD #3) were presented to a USPS letter carrier for processing at CCI.

19. On February 5, 2010, JD #1, JD #2 and JD #3 were interviewed concerning the packages mailed to them from CCI. They each advised that they had received a telephone call from a representative of CCI who was selling coins. Prior to their receiving that phone call they had never spoken with anyone from CCI.

20. On March 5, 2010, John Doe #4, (JD #4) a 91-year-old

man identified as a customer of CCI, advised law enforcement that he had purchased coins from CCI, and most recently purchased coins from a salesman named Jake Wilson (Wilson). JD #4 described Wilson as a male in his fifties having back problems and working from home utilizing a cell phone. During the conversations between JD #4 and Wilson, Wilson told JD #4 that it was to his advantage to build a "complete set" of coins and that others are interested in buying complete sets. JD #4 advised that he complained to Wilson that CCI refused his prior request to list the grades of the coins he purchased on the invoices that accompanied the coins. JD #4 asked Wilson to send JD #4 a letter including the grades of the coins JD #4 previously purchased. Wilson agreed to do so, but to date has not provided the letter.

21. On March 12, 2009, JD #4, called CCI and asked for Wilson's cell phone number. A receptionist calling herself "Nikki" provided (954) 304-1197 as Wilson's cell number.

22. On March 17, 2010, Wilson called JD #4 and spoke with JD #4 about purchasing coins. Wilson stated that CCI graded their coins according to an 11.8 grading schedule. In an effort to save their clients the $45-$55 grading fee charged by two largest services, Wilson used his own grading team consisting of individuals who had all previously worked one for the two largest

grading services.[6] Wilson advised that he paid his team more money than the two lead grading services. Wilson also advised that he was still trying to get the letter from CCI stating the grades of the coins that JD #4 previously purchased. When JD #4 inquired about selling the coins that he had purchased, Wilson told JD #4 that he would "hook [JD #4] up with people who will buy the coins."[7]

23. On March 18, 2010, JD #4 called CCI at (561) 272-2721 and was told that Wilson was working from their "other office." JD #4's call was then transferred to Wilson. During that conversation, Wilson told JD #4 that he was still working on the letter confirming the grades of the coins that JD #4 previously purchased and that he should have something to JD #4 by Monday.

24. On March 17, 2010, PTS advised that BARNES called their office to check in utilizing telephone number (954) 304-1197. Moreover, BARNES advised PTS that he is living on Long Island, is

---

[6] One of the misrepresentations repeatedly made by BARNES and the other telemarketers to the victims of the SUBJECT COMPANIES was that the SUBJECT COMPANIES used three "in-house" graders who had all worked at the two major grading companies (PCGS and NGC) in the past to grade their coins. The investigation revealed that ROMANO'S brother Vincent was the only person grading the coins for the SUBJECT COMPANIES and that Vincent had never worked at any grading company.

[7] Another one of the misrepresentations repeatedly made by BARNES and the other telemarketers to the victims of the SUBJECT COMPANIES was that an investor was "lined-up" to buy the customers coins once the customer completed his or her coin purchases. However, the investigation revealed that the "investor pitch" was a total fabrication as the "investors" did not exist.

Moreover, BARNES advised PTS that he is living on Long Island, is unemployed and currently receiving disability for a back injury.

25. On March 16, 2010, John Doe #5 (JD #5), an 88-year-old man identified as a customer of CCI, advised law enforcement that he previously purchased coins from CCI. Later that day, JD #5 called CCI and spoke with a salesperson calling himself Warren Lee. During the conversation, Lee advised JD #5 that he has worked at CCI for five years. Lee also promised JD #5 that after JD #5 purchased coins from Lee, that Lee would help JD #5 sell his coin collection. Lee, told JD #5 that "investors" would love JD #5's collection.

26. Thereafter, JD #5 arranged for an appraisal of the four rolls of coins purchased from CCI. The appraisal revealed that Lee misrepresented both the grade of the rolls and the value of the rolls. JD #5 was told that the rolls were grade MS 64 and were worth more than the $1,580 purchase price, while the rolls were appraised as BU rolls valued at $610.

27. Based upon the evidence set forth above, Your deponent believe that the DEFENDANTS are in violation of the telemarketing ban condition of their bonds and are engaging in criminal activity. The evidence demonstrates that ROMANO has opened and is running a telemarketing coin sales operation and that the salesmen, including BARNES, are making material misrepresentations to customers to induce them to purchase

overgraded and overvalued coins.

WHEREFORE, Your deponent respectfully requests that arrest warrants be issued for the DEFENDANTS so that they may be dealt with according to law.

FURTHERMORE, given the circumstances summarized above, Your deponent respectfully requests that this affidavit, application and the warrants remain under seal until ordered unsealed by the Court.

Carl J. Vacceriello
Postal Inspector
US Postal Inspection Service

Sworn to before me this
24 day of March 2010

~~JOSEPH F. BIANCO~~ A. Kathleen Tomlinson
UNITED STATES ~~DISTRICT JUDGE~~ Magistrate Judge
EASTERN DISTRICT OF NEW YORK

# COURT MINUTES

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS** DATE: 3/25/2010 TIME: 10:00 AM

DEFT: JOSEPH ROMANO (J) ✓ CASE NO: 10-8083-JMH ★

AUSA: SHANEK MAYNARD Janice ATTY:

AGENT: POSTAL INSPECTOR KEVIN HENRY LeClorche VIOL: Removal to the Eastern District of New York

PROCEEDING: INITIAL HEARING ON REMOVAL ✓ BOND RECOMMENDATION: PTD (REQUESTED BY GOVT.)

BOND/PTD HEARING HELD - yes / no LANGUAGE: ENGLISH

BOND SET @ PRISONER NO.

Disposition: Deft Present/Sworn Deft Advised of Charges & Rights Govt Request 3 days

- ❑ All Standard Conditions.
- ❑ Surrender / or do not obtain passports / travel documents
- ❑ Rpt to PTS as directed / or ________ x's a week/month by phone; ________ x's a week/month in person
- ❑ Refrain from excessive use of alcohol
- ❑ Participate in a mental health assessment and treatment
- ❑ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ❑ Not to encumber property.
- ❑ Maintain or seek full - time employment/education.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ May Not visit Transportation Establishments.
- ❑ Travel extended to: ________
- ❑ Home Confinement/Electronic Monitoring/Curfew ________ paid by ________
- ❑ Other ________

FILED by JM D.C.
MAR 25 2010
STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| ~~PTD~~/BOND HEARING: | 3-26-10 | 10am | Duty | WPB |
| ~~PRELIM/ARRAIGN. OR~~ REMOVAL: 3 days | 3-26-10 | 10am | Duty | WPB |
| STATUS CONFERENCE: | | | | |

TAPE No. JMH 10- 19 Begin: 1394 TIME IN COURT: 14 mins

DAR: 10:09:23

A True Copy Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk, U.S. District Court Southern District of Florida
By [signature] Deputy Clerk
Date 4-8-10

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-8083-JMH

UNITED STATES OF AMERICA

Plaintiff,

v.

JOSEPH ROMANO,
Defendant.
_______________________________/

FILED by TM D.C.
MAR 2 5 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON INITIAL APPEARANCE

AUSA Janice LeClainche Language English
Agent Postal Inspector Kevin Henry Tape No. JMH-10-19-1394
DAR:10:09:23

The above-named defendant having been **arrested** on 3/25/10 having appeared before the court for initial appearance on 3/25/2010 and proceedings having been held in accordance with **Fed.R.Cr.P.** r. 5 or 40(a), it is thereupon **ORDERED** as follows:

1. ________________ appeared as permanent counsel of record.
   Address: ______________________________
   Zip Code: ____________ Telephone: __________
2. ________________________ appointed as permanent counsel of record.
   Address: ______________________________
   Zip Code: ________ Telephone: ____________
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on ________, 2010.

4. **Status Re: Removal and Bond** hearing is set for **10am, March 26, 2010** ,2010.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ______________________
   **A Detention Hearing,** pursuant to 18 U.S.C. Section 3142(f), is set for__________ 2010.

6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   ______________________________
   ______________________________

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

By [signature]
Deputy Clerk
Date 4-2-10

__a. Surrender all passports and travel document to the Pretrial Services Office; .
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person;
other: ____________________
_c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
_d. Maintain or actively seek full time gainful employment/education.
_e. Maintain or begin an educational program.
_f. Avoid all contact with victims of or witnesses to the crimes charged.
_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: ____________________
_ I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
__j. Comply with the following additional special conditions of this bond:

____________________

____________________

This bond was set: At Arrest ________
On Warrant ________
After Hearing ________

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ________

____________________

____________________

____________________

______ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at West Palm Beach, Florida this 25th day of March, 2010.

[signature]
**JAMES M. HOPKINS**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation

**COURT MINUTES**

**U.S. MAGISTRATE JUDGE JAMES M. HOPKINS** DATE: 3/26/2010 TIME: 10:00 AM

DEFT: JOSEPH ROMANO (J) ✓ CASE NO: 10-8083-JMH

AUSA: JANICE LE CLAINCHE Nancy Gunlan ATTY:

AGENT: POSTAL INSPECTOR KEVIN HENRY VIOL: Removal to the Eastern District of New York

PROCEEDING: BOND & STATUS RE: REMOVAL BOND RECOMMENDATION: PTD (REQUESTED BY GOVT.)

BOND/PTD HEARING HELD - yes / no LANGUAGE: ENGLISH

BOND SET @ PRISONER NO.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ________ x's a week/month by phone; ________ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims/witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments
- ☐ Travel extended to: ________
- ☐ Home Confinement/Electronic Monitoring/Curfew ________ paid by ________
- ☐ Other ________

FILED by TM D.C. MAR 26 2010 STEVEN M. LARIMORE CLERK U.S. DIST. CT. S.D. OF FLA. - W.P.B.

Disposition: Deft present Deft Advised the Court that his family has spoken with his attorney in NY. Deft will waive Detention Hearing & Identity. No Detention/Bond Hearing Held. Court was advised by the Govt Advises that the Deft does not have the right to have a Detention Hearing in SDFL. Deft ordered Removed by the Court

| NEXT COURT APPEARANCE | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

TAPE No. JMH 10- 19 Begin: 2884 TIME IN COURT: 4 mins

DAR: 10:19:30

U.S. District Court, Southern District of Florida
By [signature] Deputy Clerk
Date 4-8-10

MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Janice Le Clainche (janice.leclainche@usdoj.gov, margaret.crossen@usdoj.gov, usafls-brdkt@usdoj.gov), Magistrate Judge James M. Hopkins (hopkins@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<7428029@flsd.uscourts.gov>
Subject:Activity in Case 9:10-mj-08083-JMH USA v. Romano Arrest
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Southern District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 4/1/2010 at 4:14 PM EDT and filed on 3/25/2010

**Case Name:** USA v. Romano
**Case Number:** 9:10-mj-08083-JMH
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Arrest of Joseph Romano (kza)**

**9:10-mj-08083-JMH-1 Notice has been electronically mailed to:**

Janice Le Clainche janice.leclainche@usdoj.gov, Margaret.Crossen@usdoj.gov, usafls-brdkt@usdoj.gov

**9:10-mj-08083-JMH-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

Certified ... U.S. ... Southern District of Florida
By [signature] Deputy Clerk
Date 4-8-10

FILED by [illegible] D.C.

MAR 2 6 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

AO 466 (Rev. 8/01) Waiver of Rule 40 Hearings

# United States District Court

Southern DISTRICT OF Florida

UNITED STATES OF AMERICA

**WAIVER OF RULE 40 HEARINGS**
**(All Criminal Cases)**

Joseph Romano
Defendant

JUDGE:

CASE NUMBER: 10-8083-JMH

I understand that charges are pending in the Eastern District of New York alleging violation of Bond (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[ ] **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

] **PROBATION OR SUPERVISED RELEASE CASES:**

(3) a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4) a hearing under Rule 46 (c), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( X ) identity hearing
( ) preliminary examination
( ) identity hearing and have been informed I have no right to a preliminary examination
( ) identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

[signature]
*Defendant*

3-26-10
*Date*

*Defense Counsel*

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-8-10

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-8083-JMH

UNITED STATES OF AMERICA,
Plaintiff,

v.

JOSEPH ROMANO.,
Defendant.
_______________________________/

FILED by JM D.C.
MAR 26 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**WARRANT OF REMOVAL**

A(n) ____ Complaint
____ Indictment
____ Information
____ Probation Violation Warrant
____ Supervised Release Violation Warrant
____ Bench Warrant
x Violation of Pretrial Release

having been filed in the EASTERN DISTRICT OF NEW YORK Charging the above named defendant with 18:3148 (b) (1) (A) & (B), and the defendant having

X been arrested
____ surrendered

in the Southern District of Florida, having had an initial appearance before the Court and having:

X waived further hearing
____ been given a hearing in accordance with Fed.R.Crim.P. 40.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at West Palm Beach, Florida this 26th day of March, 2010.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

c: AUSA
Defense
Pretrial Services
US Probation
U.S. Marshal (2 certified copies)

U.S. District Court
Southern District of Florida
By ____ Deputy Clerk
Date 4-7-10

FILED by [signature] D.C.
APR 01 2010
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# REPORT COMMENCING CRIMINAL ACTION

UNITED STATES OF AMERICA CASE # 10-8083-JMH

VS

Joseph Romano PRISONER # 72247-053

******************************************************************

TO: CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI FT. LAUDERDALE WEST PALM BEACH (circled) FT. PIERCE

******************************************************************

*ALL ITEMS ARE TO BE COMPLETED - INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A".*

1) DATE AND TIME OF ARREST: 3/25/10 7:45AM

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE (S) CHARGED: 18 USC 3148(b)(1)(A) + (B)

4) U.S. CITIZEN [✓] YES [ ] NO [ ] UNKNOWN

5) DATE OF BIRTH: /63

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
- [ ] INDICTMENT
- [ ] COMPLAINT TO BE FILED/ALREADY FILED
- [ ] BENCH WARRANT FOR FAILURE TO APPEAR
- [ ] PROBATION VIOLATION WARRANT
- [ ] PAROLE VIOLATION WARRANT
- [✓] ORDER OF COURT

ORIGINATING DISTRICT: NEW YORK

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [ ] NO

7) AMOUNT OF BOND: ______ WHO SET BOND: ______

8) ARRESTING/PROCESSING AGENT: PI Henry DATE: 3/25/10

9) AGENCY: US Postal Inspection Service PHONE: 561-659-7259

Certified to be a true and correct copy of the document on file
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 4-8-10