**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------X

UNITED STATES OF AMERICA,

- against -

JOSEPH ROMANO, ET AL.

Defendant.

-----------------------------------------------------X

**REFERRAL ORDER**

CR-09-0170 (JFB)

The above-captioned case is referred to Magistrate **A. Kathleen Tomlinson** for the following purposes:

1. To conduct a Curico hearing;

2. To conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure upon defendant's application to enter a guilty plea, and to:

   a. Determine if the plea is knowingly and voluntarily made and not coerced; and

   b. Recommend if the guilty plea should be accepted, reporting to the undersigned as soon as practicable.

Dated: Central Islip, New York 11722
May 17, 2010

_______________________
**United States District Judge**

---

The Defendant voluntarily consents to this referral after full consultation with counsel. The defendant will suffer no prejudice by not consenting. If there is no consent, the assigned District Judge will act, rather than the Magistrate Judge.

Defendant: _______________________

Attorney for Defendant: _______________________

Assistant U.S. Attorney: _______________________

Dated: Central Islip, New York 11722
May 18, 2010

_______________________
**United States Magistrate Judge**