

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

May 18, 2010

<u>By Hand</u>
Charles Carnesi, Esq.
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

                    Re:   United States v. Joseph Romano
                          <u>Criminal Docket No. 09-170 (S-2)(JFB)</u>

Dear Mr. Carnesi:

         Enclosed please find phone records for the landlines at
Collectible Coin (CCI) as well as the cellular telephone
registered to David Merkovic which was used by the defendant.

         Additionally, enclosed please find six checks made
payable to Charles Carnesi from CCI.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                    By: _____
                              Lara Treinis Gatz
                              Thomas M. Sullivan
                              Assistant U.S. Attorneys