U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form.

| PLAINTIFF United States of America | COURT CASE NUMBER CR-09-170 (JFB) |
|---|---|
| DEFENDANT Joseph Romano | TYPE OF PROCESS Seizure Warrant . |

**SERVE ➡ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
225 Cadman Plaza, Room G-20, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn :Kristen Lake

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                    Fold

Please execute the attached Seizure Warrants and deposit checks into the Seized Asset Deposit Fund, pending further order of the court.
          09-USP-000339   09-USP-000340   09-USP-000341   09-USP-000352

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF    ☐ DEFENDANT
AUSA Diane Leonardo-Beckmann

| TELEPHONE NUMBER (631)715-7854 | DATE June 10 2010 |
|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 6/14/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 6/14/2010   Time   am/pm   Signature of U.S. Marshal or Deputy |

| Service Fee 55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 55.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

$103,622.49 (09-USP-000352), $902,039.29 (09-USP-000339), $390,311.31 (09USP-000340), and $103,622.49 (09-USP-000341) deposited into the seized asset deposit fund on 6/14/2010.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

United States District Court
### EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

JOSEPH ROMANO,
SALVATORE ROMANO,
    also known as "Steven Anderson"
    and "Scott Miller,"
VINCENT ROMANO,
KEVIN WELLS,
THOMAS ARNOLD,
    also known as "Phil Kennedy,"
    "Tom Olsen" and "Bill Regan,"
RUSSELL BARNES,
    also known as "Russ" and "Rusty,"
ANTHONY LANZA,
    also known as "Anthony Fuller"
    and "Tony Fuller,"
BRUCE WILSON,
    also known as "Bruce Warren,"
STEVEN CANDEMERES,
    also known as "James Waldren"
    "Jim Waldren," "John Powers,"
    and "Steve Bronson,"

and

THE PREMISES KNOWN AND DESCRIBED
AS ALL AMERICAN COIN 63/65
MONTAUK HIGHWAY, COPIAGUE, NEW
YORK A ONE STORY BUILDING
(THE "SUBJECT PREMISES"

## SEIZURE WARRANT

# 08-1054M
# 08-1055M

TO: The UNITED STATES POSTAL INSPECTION SERVICE and any Duly Authorized Officer or Contractor of the United States:

An affidavit having been made before me by Postal Inspector William Hessle of the U.S. Postal Inspection Service, who has reason to believe that in the Eastern District of New York there is now certain property which is subject to forfeiture to the United States, namely:

    All funds and other things of value on deposit in, or transferred to or through,

        Florida Capital Bank
        Account Number 3000023267
        in the name of Joseph Romano, and
        All Proceeds Traceable Thereto.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(f).

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, by serving this warrant and making the seizure (in the daytime - 5:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established), by faxing and sending by overnight delivery a copy of the warrant to the above-captioned financial institutions and making a receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law. Upon receipt of the facsimile, YOU ARE HEREBY COMMANDED to freeze the above referenced accounts.

THE ABOVE-REFERENCED FINANCIAL INSTITUTIONS ARE HEREBY COMMANDED to effect the seizure of the contents of the above-referenced accounts by immediately providing to any duly authorized agent or law enforcement officer a bank or certified check made payable to the United States Marshals Service in the full amount of the balances in the respective above-captioned accounts and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Federal Bureau of Investigation with the current account balances, and accrue any deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated and withdrawn.

Date and Time Issued
Central Islip, New York    11/21/08    2:10PM

William D. Wall
United States Magistrate Judge

FILED
DATED    0 JUN 2010
ROBERT C. HEINEMANN
CLERK
BY                          DEPUTY CLERK

United States District Court
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

ALL FUNDS AND OTHER THINGS OF VALUE, DEPOSITED IN, OR TRANSFERRED TO OR THROUGH FLORIDA CAPITAL BANK ACCOUNT NUMBER 3000017968 IN THE NAME JOSEPH ROMANO;

ALL FUNDS AND OTHER THINGS OF VALUE, DEPOSITED IN, OR TRANSFERRED TO OR THROUGH FLORIDA CAPITAL BANK ACCOUNT NUMBER 3000017976 IN THE NAME KAREN ROMANO;

and

ALL FUNDS AND OTHER THINGS OF VALUE, DEPOSITED IN, OR TRANSFERRED TO OR THROUGH FLORIDA CAPITAL BANK ACCOUNT NUMBER 3000017941 IN THE NAME JOSEPH ROMANO AND KAREN ROMANO.

# SEIZURE WARRANT

# 09-0124M

TO: The UNITED STATES POSTAL INSPECTION SERVICE and any Duly Authorized Officer or Contractor of the United States:

An affidavit having been made before me by Postal Inspector William Hessle of the U.S. Postal Inspection Service, who has reason to believe that in the Eastern District of New York there is now certain property which is subject to forfeiture to the United States, namely:

All funds and other things of value on deposit in, or transferred to or through,

Florida Capital Bank
Account Number 3000017968
in the name of Joseph Romano, and
All Proceeds Traceable Thereto.

Florida Capital Bank
Account Number 3000017976
in the name of Karen Romano, and
All Proceeds Traceable Thereto.

Florida Capital Bank
Account Number 3000017941
in the name of Joseph Romano and Karen Roman,
and All Proceeds Traceable Thereto.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(f).

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, by serving this warrant and making the seizure (in the daytime - 5:00 A.M. to 10:00 P.M.), by faxing and sending by overnight delivery a copy of the warrant to the above-captioned financial institutions and making a receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law. Upon receipt of the facsimile, YOU ARE HEREBY COMMANDED to freeze the above referenced accounts.

THE ABOVE-REFERENCED FINANCIAL INSTITUTIONS ARE HEREBY COMMANDED to effect the seizure of the contents of the above-referenced accounts by immediately providing to any duly authorized agent or law enforcement officer a bank or certified check made payable to the United States Marshals Service in the full amount of the balances in the respective above-captioned accounts and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Federal Bureau of Investigation with the current account balances, and accrue any deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated and withdrawn.

Date and Time Issued
Central Islip, New York

2/9/09
at 4:00 pm.

E. Thomas Boyle
United States Magistrate Judge

A TRUE COPY
ATTEST
DATED    1 0 JUN 20##
R
BY
DEPUTY CLERK

United States District Court
## EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

ALL FUNDS AND OTHER THINGS OF VALUE,
DEPOSITED IN, OR TRANSFERRED TO OR
THROUGH FLORIDA CAPITAL BANK
ACCOUNT NUMBER 3000017968 IN THE NAME
JOSEPH ROMANO;

ALL FUNDS AND OTHER THINGS OF VALUE,
DEPOSITED IN, OR TRANSFERRED TO OR
THROUGH FLORIDA CAPITAL BANK
ACCOUNT NUMBER 3000017976 IN THE NAME
KAREN ROMANO;

and

ALL FUNDS AND OTHER THINGS OF VALUE,
DEPOSITED IN, OR TRANSFERRED TO OR
THROUGH FLORIDA CAPITAL BANK
ACCOUNT NUMBER 3000017941 IN THE NAME
JOSEPH ROMANO AND KAREN ROMANO.

# SEIZURE WARRANT

# 09-0124M

TO: The UNITED STATES POSTAL INSPECTION SERVICE and any Duly Authorized Officer or Contractor of the United States:

An affidavit having been made before me by Postal Inspector William Hessle of the U.S. Postal Inspection Service, who has reason to believe that in the Eastern District of New York there is now certain property which is subject to forfeiture to the United States, namely:

All funds and other things of value on deposit in, or transferred to or through,

    Florida Capital Bank
    Account Number 3000017968
    in the name of Joseph Romano, and
    All Proceeds Traceable Thereto.

    Florida Capital Bank
    Account Number 3000017976
    in the name of Karen Romano, and
    All Proceeds Traceable Thereto.

Florida Capital Bank
Account Number 3000017941
in the name of Joseph Romano and Karen Roman,
and All Proceeds Traceable Thereto.

I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853(f).

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, by serving this warrant and making the seizure (in the daytime - 5:00 A.M. to 10:00 P.M.), by faxing and sending by overnight delivery a copy of the warrant to the above-captioned financial institutions and making a receipt for the property so seized and prepare a written inventory of the property seized and promptly return this warrant as required by law. Upon receipt of the facsimile, YOU ARE HEREBY COMMANDED to freeze the above referenced accounts.

THE ABOVE-REFERENCED FINANCIAL INSTITUTIONS ARE HEREBY COMMANDED to effect the seizure of the contents of the above-referenced accounts by immediately providing to any duly authorized agent or law enforcement officer a bank or certified check made payable to the United States Marshals Service in the full amount of the balances in the respective above-captioned accounts and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, promptly provide officers or contractors of the Federal Bureau of Investigation with the current account balances, and accrue any deposits, interest, dividends, and any other amount credited to said accounts until the aforementioned law enforcement agents direct that the contents of said accounts be finally liquidated and withdrawn.

Date and Time Issued
Central Islip, New York

2/9/09
at 4:00 pm.

E. Thomas Boyle
United States Magistrate Judge

A TRUE COPY
ATTEST
DATED    1 0 JUN 20##
R
BY                DEPUTY CLERK