**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

TMS
F.#2007R01344

*610 Federal Plaza*
*Central Islip, New York  11722-4454*

July 26, 2010

**By ECF**

Counsel of Record

Re:  United States v. Joseph Romano, et al.
Criminal Docket No. 09-170 (S-2)(JFB)

Dear Counsel:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes discovery with respect to the above-referenced matter.  The government also reiterates its request for reciprocal discovery.

Documents and Tangible Objects

1.    DVR Surveillance System Dates and Times

In a letter dated June 8, 2010, the government reminded defense counsel about the seizure of a digital video recorder (DVR) surveillance system from All American Coin Company.  See ECF Docket No. 174.  This DVR surveillance system, comprised of video cameras, microphones and a Digital Video Recorder, contains 45 days of audio and video (October 10, 2008 to November 24, 2008).  To assist defense counsel in reviewing the contents of the DVR, enclosed are summaries of dates and approximate times of pertinent conversations and discussions, along with the corresponding camera.

This is not a final list.  The government's review is ongoing.  By providing this list, the government does not intend to limit itself to presenting only these dates and times at trial.  Prior to trial, the government will finalize the list of video and audio clips it intends to introduce at trial.

2.    DVR Remote Access

This DVR surveillance system also had password-protected remote-access capability, meaning that the DVR surveillance system was accessible, in real time, for anyone with a computer and the password.  According to the company that

installed the DVR surveillance system, Joseph Romano was the only person who had a password to remotely access the DVR surveillance system.  Also enclosed is an eight page chart detailing the dates and times Joseph Romano logged into the DVR surveillance system.

       If you have any questions or further requests, please do not hesitate to contact me.

                    Very truly yours,

                    LORETTA E. LYNCH
                    United States Attorney
                    Eastern District of New York

            By:   /s/ Thomas M. Sullivan
                    Thomas M. Sullivan
                    Assistant U.S. Attorney
                    (631) 715-7865

Enclosures

cc:  Clerk of Court (JFB) (without enclosures)