**CHARLES F. CARNESI**
*Attorney at Law*
1225 Franklin Avenue
Suite 325
Garden City, New York 11530

TELEPHONE
(516) 512-8914

TELECOPIER
(516) 873-8881

August 23, 2010

**VIA ECF**
Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza
Courtroom 920
Central Islip, New York 11722

**Re: *United States v. Joseph Romano*, 09-Cr.-170 (JFB)**

Dear Judge Bianco:

In accordance with the Court's order, we have spoken with Joseph Romano to ascertain the reason for his absence from today's status conference.

Mr. Romano reported that he was ill this morning, but has assured us that he appreciates the need to come to court and that he will be present at the status conference scheduled for Thursday, August 26, 2010 at 3:00 pm. He understands the government's request that the Court issue an order authorizing the use of force to ensure his presence and he has assured us that such will not be necessary.

Thank you for your forbearance in this matter.

Respectfully,

The Law Office of Charles F. Carnesi

Clara Kalhous
By: Clara Kalhous

cc: A.U.S.A. Lara Gatz (via email: lara.gatz@usdoj.gov)
A.U.S.A. Thomas Sullivan (via email: thomas.sullivan@usdoj.gov)