CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J. DATE: 8/31/10 TIME:10:30 a.m.( 15 min.)

DOCKET NUMBER: 09-cr-00170-JFB-5 TITLE: USA v. Romano et al

DEFT NAME: Joseph Romano DEFT: #
_PRESENT __X NOT PRESENT __X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Clara Kalhous
_X PRESENT ___NOT PRESENT _X RETAINED ___C.J.A.
___FED. DEF. OF NY, INC.

A.U.S.A.:Lara Gatz DEPUTY CLERK: Michele Savona

COURT REPORTER:__P. AUERBACH ___E. COMBS ___P. LOMBARDI
____H. RAPAPORT __M. STEIGER _X__D. TURSI ___O.WICKER
____S. PICOZZI

INTERPRETER:___MAYA GRAY ___J. CARLOS VENANT

_X_ CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO ___

___ MOTION CONFERENCE HELD ON ___'S MOTION TO ___

___ ARGUMENT HEARD ___ MOTION GRANTED. ___ MOTION DENIED.
___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

__ SPEEDY TRIAL INFORMATION:
CODE TYPE: X- START DATE://2010 XSTRT
STOP DATE: //2010 XSTOP

_X_ NEXT CONFERENCE SET FOR 9/7/2010 at 10:00 a.m.

_X_ DEFTS. CONTINUED IN CUSTODY___.

____BAIL CONTINUED FOR DEFT __.

___ JURY SELECTION & TRIAL SCHEDULED FOR_____

___ OTHER ___