# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J. DATE: 9/7/2010 TIME: 10:30 a.m.
TIME IN COURT: 30 minutes

DOCKET NUMBER: CR 09-170 TITLE: USA v. Romano et al.

DEFT NAME: Joseph Romano DEFT: # 1
__PRESENT X NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.: Charles Carnesi
X PRESENT __ NOT PRESENT X RET ___ C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Salvatore Romano DEFT: # 3
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:John Meringolo
X PRESENT __ NOT PRESENT X RET ___ C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Vincent Romano DEFT: # 2
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:Martin Gedeldig
X PRESENT __ NOT PRESENT X RET ___ C.J.A.
___ FED. DEF. OF NY, INC.

DEFT NAME: Kevin Wells DEFT: # 4
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:John Tiffany
X PRESENT __ NOT PRESENT X RET ___ C.J.A.
___ FED. DEF. OF NY, INC.

A.U.S.A. Lara Gatz and Thomas Sullivan DEPUTY CLERK: Michele Savona

COURT REPORTER: ___P. AUERBACH ___E. COMBS ___P. LOMBARDI
___H. RAPAPORT __M. STEIGER ___D. TURSI ___O. WICKER X S. PICOZZI

INTERPRETER: ______________________

X CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ FIRST APPEARANCE OF DEFENDANT(S)______________________

__ DEFT(S) STATES TRUE NAME TO BE:______________________

__ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___ CASE ADJOURNED TO

_X_ BAIL CONTINUED FOR DEFTS

_X__ DEFT. JOSEPH ROMANO CONTINUED IN CUSTODY.

__ ARGUMENT HEARD ____ MOTION GRANTED. _X__ MOTIONS DENIED.
____ DECISION RESERVED.

_X__ DECISION ENTERED INTO THE RECORD. Motion to dismiss the Indictment is denied. Motion for Severance is denied. Motion for Bill of Particulars is denied.

___ ORDER OF DETENTION ENTERED FOR ____________________________________

___ BAIL SET AT _______________________________________________

___ MOTIONS TO BE FILED BY_//10________________

___ GOVERNMENT'S RESPONSE DUE_//10________________

___ REPLY PAPERS, IF ANY, DUE_//10________________

___ SPEEDY TRIAL INFORMATION:
CODE TYPE:__X-__________ START DATE:_//2010_XSTRT
STOP DATE:_//2010_XSTOP

_X__ JURY TRIAL SET FOR September 27, 2010 at 9:30 a.m.

_X_ NEXT STATUS CONFERENCE SET FOR_9/22/10 at 1:00 p.m.__________

___ OTHER: ________________________________________________________________