U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

September 10, 2010

**VIA ECF**
Charles F. Carnesi
1225 Franklin Avenue
Suite 325
Garden City, NY 11530

Martin Geduldig
600 Old Country Road,
Suite 320
Garden City, NY 11530

John C. Meringolo
11 Evans Street
Brooklyn, New York 11201

John E. Tiffany
155 West 68th Street
Suite 1805
New York, New York 10023

Re: United States v. J. Romano, et al.
CR 09 170 (S-2)(JFB)

Dear Counsel:

Please be advised that the government intends to call witnesses who made consensual recordings of salespeople working for the SUBJECT COMPANIES from the following states:

California, Kansas, Pennsylvania, Missouri, North Carolina, South Dakota, Louisiana and Minnesota.

Very truly yours,

LORETTA E. LYNCH
United States Attorney

By: *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant U.S. Attorney
(631) 715-7913