CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J. DATE: 9/22/2010 TIME: 3:30 p.m.
TIME IN COURT: 30 minutes

DOCKET NUMBER: CR 09-170 TITLE: USA v. Romano et al.

DEFT NAME: Joseph Romano DEFT: # 1
__PRESENT X __NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.: Charles Carnesi
X PRESENT NOT PRESENT X RET ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: Salvatore Romano DEFT: # 3
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:John Meringolo
X PRESENT NOT PRESENT X RET ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: Vincent Romano DEFT: # 2
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:Martin Geduldig
X PRESENT NOT PRESENT X RET ___C.J.A.
___FED. DEF. OF NY, INC.

DEFT NAME: Kevin Wells DEFT: # 4
X PRESENT ___NOT PRESENT ___IN CUSTODY X ON BAIL

ATTY. FOR DEFT.:John Tiffany
X PRESENT NOT PRESENT X RET ___C.J.A.
___FED. DEF. OF NY, INC.

A.U.S.A. Lara Gatz and Thomas Sullivan DEPUTY CLERK: Michele Savona

COURT REPORTER: ___P. AUERBACH ___E. COMBS X P. LOMBARDI
___H. RAPAPORT ___M. STEIGER ___D. TURSI ___O. WICKER ___S. PICOZZI

INTERPRETER: ____________________

X CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

___ FIRST APPEARANCE OF DEFENDANT(S)____________________

__ DEFT(S) STATES TRUE NAME TO BE:____________________

__ DEFT(S) ARRAIGNED, WAIVE(S) READING OF THE SUPERSEDING INDICTMENT, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___ CASE ADJOURNED TO

_X_ BAIL CONTINUED FOR DEFTS

_X__ DEFT. JOSEPH ROMANO CONTINUED IN CUSTODY.

__ ARGUMENT HEARD ____ MOTION GRANTED. ____ MOTIONS DENIED.
____ DECISION RESERVED.

____ DECISION ENTERED INTO THE RECORD.

____ ORDER OF DETENTION ENTERED FOR ____________________________________

____ BAIL SET AT _______________________________________________

____ MOTIONS TO BE FILED BY_//10_________________

____ GOVERNMENT'S RESPONSE DUE_//10_________________

____ REPLY PAPERS, IF ANY, DUE_//10_________________

____ SPEEDY TRIAL INFORMATION:
CODE TYPE:__X-_________ START DATE:_//2010_XSTRT
STOP DATE:_//2010_XSTOP

_X_ JURY TRIAL SET FOR September 27, 2010 at 9:30 a.m.

__ NEXT STATUS CONFERENCE SET FOR_//10 at :00 p.m.__________

____ OTHER: ____________________________________________________________