**CRIMINAL CAUSE FOR JURY SELECTION**
BEFORE JUDGE BIANCO September 27, 2010 TIME: 10:30 (5 HOURS)

CR- 09-cr-00170-JFB -AKT CASE TITLE: USA v. Romano et al

DEFT: **Joseph Romano #1** **ATTY: Charles F. Carnesi**
X pres. __ not pres. X cust. __ bail __ CJA X RET. __ LAS

DEFT: **Salvatore Romano #2** **ATTY: John C. Meringolo**
X pres. __ not pres. __ cust. X bail __ CJA _ X RET. __ LAS

DEFT: **Vincent Romano #3** **ATTY: Martin Geduldig**
X pres. __ not pres. __ cust. X bail __ CJA _ X RET. __ LAS

A.U.S.A.: **Lara Treinis Gatz, Thomas M. Sullivan** CLERK: Mary Ryan

REPORTER.: Paul Lombardi, Perry Auerbach ________________ OTHER:________________
INT: (LANG.- ) __________

X CASE CALLED. X DEFT(S) APPEAR WITH COUNSEL.
_ JURY SELECTION ADJ'D TO ________________.
X JURY SELECTION HELD (BEFORE District Judge Joseph F. Bianco).
X VOIR DIRE BEGINS.
X JURY TRIAL SET FOR 9/28/2010.
_ JURORS SWORN AND TRIAL BEGINS._GOVT OPENS _DEFT OPENS.
_ JURY TRIAL HELD. _ JURY TRIAL RESUMES.
_ WITNESSES SWORN:______________________
_ JURY TRIAL CONT'D TO___________________.
_ GOVT RESTS. _ DEFT RESTS.
_ GOVT SUMMATION. _ DEFT SUMMATION. _ GOVT REBUTTAL.
_ JURY TRIAL ENDS.
_ JURY CHARGED, ALT'S EXCUSED, USM SWORN & DELIBERATIONS BEGIN.
_ DELIBERATIONS RESUME.
_ **GUILTY VERDICT** ON COUNTS ________________.
_ **NOT GUILTY VERDICT** ON COUNTS ______________.
_ JURORS POLLED AND EXCUSED.
_ DEFENDANT ACQUITTED ON COUNTS _____OF THE INDICTMENT/ INFORMATION.
_ SENTENCING SET FOR______________________.
_ DEFT REMANDED. _ DEFT CONT'D ON BAIL.

**OTHER:** Government's motion for reconsideration DENIED on record. Oath given to prospective jurors. Jury selection to continue on 9/28/2010 at 9:30 a.m. Trial to follow.