Please take a look at the following questionnaire. You do not need to fill it out. The *Italic response* is an example of how to respond to the questions. You do not have to follow this example. The Court may ask follow up questions in response to your answers.

When the Court asks you to answer these questions, you should not repeat the questions.

COURT EXHIBIT
09 CR 170
A

1.   STATE YOUR PLACE OF RESIDENCE AND HOW LONG YOU HAVE LIVED THERE.
     *"I live in_____ and have been there for_____years."*

2.   WHAT IS YOUR OCCUPATION?   *"My occupation is_____."*

     IF YOU ARE RETIRED OR CURRENTLY UNEMPLOYED, PLEASE STATE YOUR FORMER OCCUPATION AND THE NAME OF YOUR LAST EMPLOYER.
     *"My former occupation is_____."*

3.   ARE YOU MARRIED OR DO YOU HAVE A SIGNIFICANT OTHER?  IF SO, PLEASE DESCRIBE HIS/HER OCCUPATION.
     *"I am married or  have a significant other and his or her occupation is_____"* OR *"I am not married and don't have a significant other."*

4.   DO YOU HAVE ANY ADULT CHILDREN?     *"I have_____adult children"* OR  *"I have no adult children."*
     IF SO, WHAT IS EACH CHILD'S OCCUPATION? *"My children's occupation is/are_____."*

5.   WHAT SCHOOLING HAVE YOU HAD?  *"My schooling was/is_____."*

6.   HAVE YOU EVER SAT ON A JURY BEFORE?   *"I have not sat on a jury before"* OR  *"I have sat on a jury before."*
     IF SO, WAS IT A CIVIL OR CRIMINAL CASE?   *"It was a civil jury"* OR *"It was a criminal jury."* OR *"I served on both."*

     WITHOUT STATING WHAT IT WAS, DID THE CASE GO TO A VERDICT?
     *"The case went to a verdict"* OR *"The case did not go to a verdict."*

7.   HAVE YOU EVER BEEN A GRAND JUROR?  *"I have never been a grand juror"* OR *"I have been a  grand juror."*