UNITED STATES v. JOSEPH ROMANO, SALVATORE ROMANO, AND VINCENT
ROMANO
09-CR-170 S-2 (JFB)
September 27, 2010

COURT EXHIBIT
09 cr 170
2 B

CRIMINAL JURY SELECTION

## I.   PRELIMINARY STATEMENT TO THE ENTIRE PANEL

**[Before the opening statement to the panel, the court deputy shall call the case into the record and swear in the entire panel.]**

Good morning, ladies and gentlemen.  Welcome to the United States District Court for the Eastern District of New York.  My name is Judge Joseph Bianco and I will be presiding over the trial which is about to begin. We are here this morning to select a jury in a criminal case.

We are about to begin the actual process of selecting the jurors who will hear and decide this case.  The trial is anticipated to take about six to seven weeks.  We will be sitting Monday through Thursday from 9:30 to 4:30.

I thank you for being here.   Your presence reflects your serious commitment to your civic responsibilities.  I recognize that some of you are

significantly inconvenienced by your service. Jury service, however, is one of the highest and most important duties of a citizen. Our system of justice depends on you. I, like all my fellow judges, am grateful to you for your service. In a few minutes, if you have an extraordinary personal hardship that prevents you from serving in this case, you will have an opportunity to bring that to the Court's attention. I emphasize extraordinary because, as I said, I know many of you have jobs or other places you would rather be. The hardship must be extraordinary for you to be excused. So I appreciate your full cooperation.

The purpose of this procedure is to select a panel of 12 fair and impartial jurors and 6 fair and impartial alternate jurors to try this case. So I am going to ask you certain questions with respect to your background. I apologize in advance for asking you personal questions, which I must, for the purpose of selecting a fair and impartial jury panel.

My questions – and your responses – enable me to determine if any prospective juror should be excused for cause. The questioning also enables the parties to exercise their judgment with respect to their peremptory challenges – that is, challenges for which no reason need be given. Each side has been allotted a certain number of peremptory challenges that they are free to exercise. If at any time you feel uncomfortable for any reason in answering a question in front of other jurors, just ask if you may come up here to the bench at sidebar and I will discuss it with you in the presence of the attorneys and the court reporter only.

If I decide that you should not sit as a juror here, please understand that it does not in any way reflect badly on you. Our system simply requires jurors who not only are totally impartial, but also who lack even the appearance of being partial or biased. Such an appearance may arise from a prospective juror's relationship to the case, the parties, or the subject matter of the case.

3

If for any reason I decide to excuse you, you may still be able to serve as a juror in a different case, so I will ask you to return to the central jury room.

## II.   SUMMARY OF THE CASE

So you can understand the reason for the questions I will be asking you shortly, I want to tell you briefly about the case. As I explained, this is a criminal case. It is entitled the United States v. Joseph Romano, Salvatore Romano, and Vincent Romano.

In a criminal case, the charges against the defendants are contained in what is called an indictment. An indictment is not evidence. It simply contains the charges against the defendants, and no inference may be drawn against the defendants from the existence of the Indictment. You must always keep in mind that the defendants are presumed innocent, that they have entered a plea of not guilty to the charges against them, and that the Government must prove beyond a reasonable doubt the charges in the Indictment.

4

I also want you to understand that nothing I say today regarding the description of the case is evidence. The evidence that you will consider, if selected as a juror, will only come from the trial testimony of witnesses, and from exhibits that are admitted into evidence.

I will now briefly summarize the charges in the indictment. My summary is only intended to assist you in considering whether you can sit as a fair and impartial juror in this case.

The defendants are charged in the indictment with one count of conspiracy to commit mail and wire fraud and one count of conspiracy to commit money laundering. Both counts stem from an alleged fraudulent scheme that occurred between August 2001 and November 2008. Defendant Joseph Romano was the owner of three companies: Last Quarter Coin, American Coin, and All American Coin. These companies were located in Amityville and Copiague, both of which are in Suffolk County. Defendants Vincent and Salvatore Romano are alleged to have worked at all three companies. Count One of the indictment alleges that the

defendants engaged in a conspiracy to make false statements to induce customers of these companies to purchase coins. Count Two alleges that the defendants engaged in a conspiracy to use the monetary proceeds of their illegal activities with the intent to carry on those activities.

## III. GENERAL QUESTIONS

Do any of you have any physical problems or an extraordinary personal hardship that would prevent you from serving in this case for the amount of time I have indicated?

Do any of you have any difficulty with your sight or hearing that could affect your perception of the proceedings?

Do any of you have any difficulty understanding or reading English?

Do any of you have any religious, moral, or ethical beliefs that would prevent you from passing judgment on another person?

Do any of you know anything about the facts of this case, or have you heard or read anything about the facts of this case?

6

## IV.   INTRODUCTION OF THE PARTIES AND COUNSEL

At this time, I want to take the opportunity to introduce the parties to you.

Mr. Joseph Romano is a defendant in this case. Mr. Joseph Romano, would you please stand and face the audience. Thank you. Joseph Romano is represented by Charles F. Carnesi. Mr. Carnesi, would you please stand and face the audience?

Mr. Salvatore Romano is a defendant in this case. Mr. Salvatore Romano, would you please stand and face the audience. Thank you. Salvatore Romano is represented by John Meringolo. Mr. Meringolo, would you please stand and face the audience?

Mr. Vincent Romano is a defendant in this case. Mr. Vincent Romano, would you please stand and face the audience. Thank you. Vincent Romano is represented by Martin Geduldig. Mr. Geduldig, would you please stand and face the audience?

Prosecutions in this district are brought on behalf of the government by the United States Attorney for the Eastern District of New York, Ms. Loretta Lynch.    In this case, the government will be represented by Assistant United States Attorneys Lara Gatz and Thomas Sullivan.  I ask that Ms. Gatz and Mr. Sullivan stand and face the audience.

Do any of you know or have you had any personal or business dealings with any of these parties or their counsel?

Do any of you know or have you had any personal or business dealings, directly or indirectly, with any relatives or associates of the parties or their attorneys?

Have you or any relative or close friend ever been employed by or had dealings with any of the parties?

Is there any member of the panel who is familiar with anyone else in the courtroom, including all Court personnel and myself?

8

## V.    WITNESSES

The following individuals may, and I stress the word may, be called to testify as witnesses at trial, or their names may be mentioned during the course of the trial.

[See Gov. List]

Do any of you know or know about, or have any of you had any dealings with any of these individuals?

[CALL 40 NAMES – PLEASE REMEMBER THE JUROR # YOU ARE GIVEN. I WOULD LIKE TO EMPHASIZE TO THE REMAINING POTENTIAL JURORS IN THE AUDIENCE TO LISTEN TO THE QUESTIONS CAREFULLY BECAUSE YOU MAY ALSO BE UP HERE IN A MINUTE AND IF YOU ARE CALLED UP, I WILL ASK YOU WHETHER YOU HAVE HEARD THE QUESTIONS I ASK TO THE GROUP OF 40 AND WHETHER YOU HAVE AN AFFIRMATIVE RESPONSE TO ANY OF THEM. THIS WAY I WILL NOT HAVE TO REPEAT THE QUESTIONS WHEN YOU COME UP.]

## VI.   BASIC LEGAL PRINCIPLES

Under the law, the facts are for the jury to determine and the law is for the Court. The two areas are separate and distinct. At the end of the case, I will instruct you on the law, and you are required to accept the law as it is explained to you. It will be your job to determine the facts under my

explanation of the law. Do any of you believe that you would be unable to apply the law as I explain it, even if you disagree with it?

A criminal defendant has the right not to testify. If a defendant does not testify, the jury may not draw any inference against him based on that decision. The fact that a defendant chooses not to testify may not enter into the jury's deliberation. Do any of you believe that you would be unable to accept and apply this rule of law?

Under the law, a defendant is presumed to be innocent and cannot be found guilty of the crimes charged in the indictment unless a jury, after having heard all of the evidence in the case, unanimously decides that the evidence proves his guilt beyond a reasonable doubt. Do any of you believe that you would be unable to accept and apply this rule of law?

I will further instruct the jury that, in a criminal case, the burden of proof remains with the prosecution. In order for the jury to return a verdict of guilty, the prosecution must prove beyond a reasonable doubt that a defendant is guilty. A person charged with a crime has absolutely no

11

burden to prove that he is not guilty. Do any of you believe that you would be unable to accept and apply this rule of law?

I will also instruct the jury that it is required by law to make its decision solely on the basis of evidence or lack of evidence presented in court, and not on the basis of speculation, suspicion, sympathy, or prejudice a juror may have. Do any of you believe you would be unable to accept and apply this rule of law?

Do any of you have any preference, bias, or prejudice concerning the police, the Department of Justice, or any law enforcement agency that would lead you to be prejudiced either in favor of or against the Government in a criminal prosecution?

## VII. QUESTIONS SPECIFIC TO THE CASE

Is there anything about the nature of the charges in this case that would prevent you from rendering a fair and impartial verdict on the charges based solely on the evidence presented in court?

Have you ever had any interactions with a coin company?

Have you or any of your friends or family members ever been employed by a coin company?

Have you or any of your close friends or family members ever participated in the field of numismatics, which is the study or collection of coins?

Do you or any of your close friends or family members have knowledge about coin collecting?

Have you or any of your close friends or family members ever had investments in any collectibles, whether it be coins or some other type of collectible?

During the course of this trial, you will hear testimony from witnesses with all sorts of backgrounds. They are all equal before the law, and you must judge the credibility of each on the basis of his or her own testimony, not on any assumptions about them based on who they are or what they do. Is there anyone who would have any difficulty applying that rule?

13

Some witnesses will be law enforcement officers. Is there anyone who feels that they would automatically believe or disbelieve the testimony of such a witness, rather than judge the testimony on its own merits?

## VIII.    VICTIM/WITNESS OF CRIME

Have you or any member of your family or any close friend ever been the victim of a crime? If so, please describe the circumstances, including the type of crime and the outcome of any law enforcement action? Is there anything about that experience that could affect your ability to be fair and impartial in this case?

Have you or a family member or a close friend ever been the victim of some type of investment fraud?

Have you ever been a witness to a crime?

14

## IX. LAW ENFORCEMENT INTERACTIONS

Do any of you, or a family member or close friend, have any association, either personal or business with any member of the staff of the U.S. Attorney's Office for the Eastern District of New York?

This case is the result of an investigation by a law enforcement agency called the United States Postal Inspection Service, and the case is being prosecuted by the United States Department of Justice. Have you or a family member or close friend had any interactions with the United States Postal Inspection Service or the United States Department of Justice?

Have you, any member of your family, or any close friend ever been employed by any law enforcement agency? That would include city or state police, any federal law enforcement agency such as the FBI, DEA, the United States Postal Inspection Service, ATF, Immigration and Customs Enforcement, IRS, the Securities and Exchange Commission, any department of investigations, any state or federal prison system or any state or federal prosecutor's office, including a U.S. Attorney's Office or a District Attorney's Office, or any regulatory agency. Please indicate by a

15

show of hands. If so, is there anything about that association that would prevent you from being fair and impartial?

Do any of you currently, or have you or any family member or close friend ever worked with any lawyer who defends persons accused of a crime? If so, is there anything about that association that would prevent you from being fair and impartial?

Have any of you personally or in connection with your business ever been involved in, or expect to become involved in, any legal action or dispute with the United States, or any officers, agents, or employees of the United States, or had any interest in such legal action or dispute or its outcome?

Have you or a relative or close friend ever been charged with a crime? If so, is there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

## X. PRIOR EXPERIENCE WITH THE COURT SYSTEM

Have you or any member of your family or any close friend ever participated in a state or federal case, whether criminal or civil, as a

witness?  If so, what was the case about?  Is there anything about that experience as a witness that would prevent you from acting as a fair and impartial juror in this case?

Have you or any member of your family or any close friends ever been a plaintiff or a defendant in a state or federal court case, whether criminal or civil?  If so, what kind of case?  And, what did it involve?  Is there anything about that experience as a party in that case that would prevent you from acting as a fair and impartial juror in this case?

Have you or a relative or close friend ever been the subject of any investigation or accusation by any grand jury or any other investigation, or been subpoenaed for any inquiry or investigation?  If so, is there anything about that experience that would prevent you from acting as a fair and impartial juror in this case?

17

## XI.   CATCH-ALL QUESTION

Having heard the questions put to you by the Court, is there any other reason why you could not sit on this jury and render a fair and impartial verdict based on the evidence presented to you and in the context of the Court's instructions to you on the law?

## XII.   QUESTIONS FOR INDIVIDUAL PROSPECTIVE JURORS

[Jurors answer from one-page handout.]

FINAL QUESTION TO EACH JUROR – If you are selected as a juror in this case, will you be able to keep an open mind until all of the evidence and arguments have been presented, and then decide the case fairly and impartially based only on the evidence presented at trial and the law as I explain it to you?

**[CALL COUNSEL FOR FOLLOW-UP QUESTIONS, CAUSE CHALLENGES AND THEN PEREMPTORY STRIKES]**