UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                **VERIFIED CLAIM**

                                   Plaintiff,            **09-CR-170 (S-2) (JFB)**

        -against-

JOSEPH ROMANO,
                        Defendants.
-------------------------------------------------------------------X


STATE OF FLORIDA            }

                            } s.s:

COUNTY OF DUVAL             }


Elizabeth Boulton , being duly sworn, deposes and says:

1.      I am a Vice President of American Home Mortgage Servicing, Inc. ("AHMSI"), servicer and attorney-in-fact for Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-4 , Mortgage–Backed Pass-Through certificates Series 2006-4 ("Citibank"), and I am fully familiar with the facts and circumstances herein contained based upon my personal knowledge, and the books and records of AHMSI.

2.      Citibank makes a claim to the property in the above captioned case by virtue of its status as a secured creditor and mortgagee for real property known as: 35 East 38th Street, Unit 6G, New York, New York 10016 (the "Premises"). On July 20, 2006, Joseph Romano executed a Note and Mortgage in favor of mortgagee New York Community Bank against the forfeited Premises in the principal amount of $600,000. The said Mortgage was duly recorded on November 8, 2006 in the Office of the City Register of the City of New York under document Number 2006073101551003, CRFN Number 2006000622264, and indexed as follows: – Borough: Manhattan; Block: 868; Lot: 1055. Copies of the Note and Mortgage are attached as **Exhibit A** and **B** respectively.

3.      The Note and Mortgage were initially made to New York Community Bank, and subsequently acquired by MortgageSelect on or about July 28, 2006 pursuant to an Assignment of Mortgage of the same date. On July 28, 2006, the said Mortgage was assigned

to Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-4, Mortgage–Backed Pass-Through certificates Series 2006-4. A copy of the assignment is attached as **Exhibit C.**

4.    The Note and Mortgage obligation remains unsatisfied on the Premises. Citibank is the current holder of both the Note and Mortgage, which, upon information and belief, is a senior lien interest in the Premises.

5.    In order to pay off the Note and Mortgage there is due Citibank as of November 30, 2010 as follows:

| | |
|---|---|
| Unpaid principal Balance: | $ 318,716.00 |
| Total Interest Due: | $ 20,861.56* |
| Recording Fee: | $ 47.00 |
| Processing Fee: | $ 20.00 |
| Accumulated Late Charges: | $ 264.25 |
| Escrow Advance: | $ 15, 207.21 |
| Borrower Interview: | $ 65.00 |
| Foreclosure Attorney Fees 11/30/2010: | $ 2,437.50 |
| Foreclosure Costs 11/30/2010: | $ 2,475.00 |
| Property Inspections 11/30/2010: | $ 124.80 |
| Property Valuations: | $ 200.00 |
| **TOTAL:** | $ 360,418.32 |

*Interest accrues from and after November 30, 2010 at the current per diem rate of $25.43, subject to adjustable interest rate changes.

6.      The above payoff is subject to change due to payment of taxes and/or insurance on the Premises; attorney's fees and expenses; plus ongoing interest charges from November 30, 2010.

Respectfully Submitted,

By _____

American Home Mortgage Servicing, Inc. ("AHMSI"), servicer and attorney-in-fact for Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-4 , Mortgage–Backed Pass-Through certificates Series 2006-4

3

130030622v1  0914078  70275

## CORPORATE VERIFICATION

STATE OF FLORIDA          )
                          ) ss.
COUNTY OF DUVAL           )

Elizabeth Boulton, being duly sworn, deposes and says:

Deponent is a Vice President of American Home Mortgage Servicing, Inc. ("AHMSI"), servicer and attorney-in-fact for Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-4 , Mortgage–Backed Pass-Through certificates Series 2006-4.

Deponent has read the foregoing Verified Claim and knows the contents thereof, and the same is true to deponent's knowledge, except as to those matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: all information contained in AHMSI's books and records maintained in the regular course of business.

Sworn to before me this

_17th_ day of November, 2010.

_[signature]_

Notary Public

ANTOINETTE LYN OVERFIELD
Commission DD 763668
Expires March 2, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

4