UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA,                                    Docket Number: CR-09-0170

                                    Plaintiff,

            -against-

JOSEPH ROMANO, ET AL,

                                    Defendants.
------------------------------------------------------------------------x


SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
------------------------------------------------------------------------x

WINSTON LOWE,                                                Index No.: 005135/08

                                    Plaintiff,              **ATTORNEY'S NOTICE
                                                            OF CHARGING LIEN**

            -against-

AMERICAN COIN COMPANY, INC. d/b/a ALL
AMERICAN COIN COMPANY, JOSEPH ROMANO, III,
RUSSELL BARNES, ROBERT ALTMAN, THOMAS ARNOLD
a/k/a PHILIP KENNEDY, SALVATORE ROMANO, VINCENT
ROMANO, KEVIN WELLS, ANTHONY LANZA, BRUCE
WILSON, STEVEN CANDEMERES, "JOHN DOE", and said
names being fictitious and parties intended as possible agents
or principals or sub entities of the foregoing Defendants,

                                    Defendants.
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE, that pursuant to Judiciary Law §475 and the Common Law

of this jurisdiction, that plaintiff's undersigned counsel, ANTHONY T. BALLATO, ESQ., in

the above-entitled action hereby gives notice to all interested parties, that a Charging Lien

upon the restitution to the crime victim, WINSTON LOWE, is imposed pursuant to law, and

written notice of settlement or verdict must be given to ANTHONY T. BALLATO, ESQ.

before the distribution of any restitution and/or recovery herein to said crime victim, and

that said Charging Lien must be fully satisfied according to law or written agreement by the

interested parties and all their counsels, otherwise damages, interest and further remedies

according to law may be assessed for the disregard of said lien or this notice.

PLEASE TAKE FURTHER NOTICE, that pursuant to Judiciary Law §475 and the Common Law of this jurisdiction, that said lien attaches to a verdict, report, determination, decision, judgment or final order in the plaintiff's, WINSTON LOWES'S, favor, and the proceeds thereof in whatever hands they may come; and the lien cannot be affected by any settlement between the parties before or after judgment, final order or determination.

PLEASE TAKE FURTHER NOTICE, that pursuant to Judiciary Law §477 and the Common Law of this jurisdiction, that no settlement or adjustment of this action shall be valid, unless consented to in writing by the interested parties and their attorneys, or approved by an order of the court in which such action is brought, after due notice and opportunity to be heard is afforded to ANTHONY T. BALLATO, ESQ.

Dated:   November 22, 2010
         Massapequa, New York

Very truly yours,

ANTHONY T. BALLATO, ESQ.
Attorney for Plaintiff
5476 Merrick Road
Massapequa, New York 11758
(516) 541-9080

TO:   U.S. Department of Justice
      United States Attorney's Office
      Eastern District of New York
      271 Cadman Plaza East
      Brooklyn, NY 11201
      Attn: Lisa Foster, Victim Witness Coordinator

      The Honorable Joseph F. Bianco
      United States District Judge
      Eastern District of New York
      100 Federal Plaza
      Courtroom 920
      Central Islip, New York 11722

J:\LOWE\PLEADINGS\11-10 Attorney Lien.doc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                         ) ss.:
COUNTY OF NASSAU )

       KIMBERLY FANTASIA, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at Lindenhurst, New York; that on the 22nd day of November, 2010 deponent served the within Attorney's Notice of Charging Lien by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York addressed to the last known addressee(s) as indicate below:

TO:   U.S. Department of Justice
       United States Attorney's Office
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, NY 11201
       Attn: Lisa Foster, Victim Witness Coordinator

       The Honorable Joseph F. Bianco
       United States District Judge
       Eastern District of New York
       100 Federal Plaza
       Courtroom 920
       Central Islip, New York 11722

                                     *KIMBERLY FANTASIA*

Sworn to before me on the
22nd day of November, 2010

NOTARY PUBLIC

ANTHONY T. BALLATO, ESQ.
Notary Public, State of New York
No. 01BA4948925
Qualified in Nassau County
Commission Expires March 27, 20 11

J:\LOWE\AFFIDAVITS OF SERVICE\11-10 AOS of Attorney Lien.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA


       VS.

JOSEPH ROMANO et al

-----------------------------------------------------------------x

AFFIDAVIT OF LOSS
DOCKET#: CR-09-0170

    My loss due to the offense of conviction totals $618,450.00 and was incurred as follows:  money stolen or swindled $618,450.00, lost or damaged property $0, medical expenses related to physical or emotional injury $0, costs of physical and occupational therapy and rehabilitation $0, lost income, lost interest, cost of funeral and related services $0, lost income and necessary child care, transportation, and other expenses related to the investigation or prosecution of offense or attendance at proceedings related thereto $0.

    I have not been compensated by insurance or another source with respect to all or a portion of my losses in the amount of $0.  The name and address of my insurance company and the claim number for this loss are as follows:

    A copy of my verified civil complaint, Defendant's invoices and list of coins purchased is attached hereto and incorporated herein.

    I do hereby swear that the above information is true and accurate.


_____    <u>Winston Lowe</u>    ___11/19/10___
Signature                                   Date

Sworn to before me on the
19th day of November, 2010

_____
NOTARY PUBLIC

TRACY A. WONG
Comm# DD0677415
Expires 5/23/2011
Florida Notary Assn., Inc

J:\LOWE\PLEADINGS\Affidavit of Loss.doc

ANTHONY T. BALLATO
ATTORNEY AND COUNSELLOR AT LAW
5476 MERRICK ROAD
MASSAPEQUA, NEW YORK 11758

## List of Coins

| DATE | INV.# | QUANTITY | COIN DATE | DESCRIPTION | GRADE | AMOUNT | TOTAL INV.AMT. |
|------|-------|----------|-----------|-------------|-------|--------|----------------|
| 3/21/2006 | 3447 | 20 | 1959-P | Franklin Silver Half Dollar | MS/64+ | 900 | 900 |
| 2/6/2006 | 3246 | 20 | 1962-P | Franklin Silver Half Dollar | MS/64+ | 390 | 390 |
| 2/15/2006 | 3287 | 20 | 1960-P | Franklin Silver Half Dollar | MS/64+ | 390 | 390 |
| 2/15/2006 | 3287 | 20 | 1960-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 2/28/2006 | 3341 | 20 | 1961-P | Franklin Silver Half Dollar | MS/64+ | 390 | 780 |
| 2/28/2006 | 3341 | 20 | 1961-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/5/2006 | 4613 | 20 | 1953-D | Franklin Silver Half Dollar | MS/64+ | 390 | 780 |
| 10/5/2006 | 4613 | 20 | 1954-D | Franklin Silver Half Dollar | MS/64+ | 3500 | |
| 10/5/2006 | 4613 | 20 | 1954-S | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 10/5/2006 | 4613 | 20 | 1956-P | Franklin Silver Half Dollar | MS/64+ | 2900 | |
| 10/5/2006 | 4613 | 20 | 1957-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 10/9/2006 | 4615 | 20 | 1952-P | Franklin Silver Half Dollar | MS/64+ | 900 | 10900 |
| 10/9/2006 | 4615 | 20 | 1952-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/9/2006 | 4615 | 20 | 1952-S | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/11/2006 | 4643 | 20 | 1949-S | Franklin Silver Half Dollar | MS/64+ | 7000 | 14600 |
| 10/11/2006 | 4643 | 20 | 1951-S | Franklin Silver Half Dollar | MS/64+ | 8000 | |
| 10/12/2006 | 4645 | 20 | 1948-P | Franklin Silver Half Dollar | MS/64+ | 6000 | 14000 |
| 10/12/2006 | 4645 | 20 | 1948-D | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 10/12/2006 | 4645 | 20 | 1949-P | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 10/12/2006 | 4645 | 20 | 1949-D | Franklin Silver Half Dollar | MS/64+ | 5200 | |
| 10/12/2006 | 4645 | 20 | 1950-P | Franklin Silver Half Dollar | MS/64+ | 6500 | |
| 10/12/2006 | 4645 | 20 | 1950-D | Franklin Silver Half Dollar | MS/64+ | 4200 | |
| 10/12/2006 | 4645 | 20 | 1951-P | Franklin Silver Half Dollar | MS/64+ | 5600 | |
| 10/12/2006 | 4645 | 20 | 1951-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/18/2006 | 4666 | 20 | 1949-S | Franklin Silver Half Dollar | MS/64+ | 3800 | 38300 |
| 10/18/2006 | 4666 | 20 | 1949-P | Franklin Silver Half Dollar | MS/64+ | 8000 | |
| 10/18/2006 | 4666 | 20 | 1952-P | Franklin Silver Half Dollar | MS/64+ | 5200 | |
| 10/18/2006 | 4666 | 20 | 1952-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/18/2006 | 4666 | 20 | 1953-S | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/18/2006 | 4666 | 20 | 1962-P | Franklin Silver Half Dollar | MS/64+ | 8000 | |
| 10/18/2006 | 4666 | 20 | 1963-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/18/2006 | 4666 | 20 | 1963-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/24/2006 | 4687 | 20 | 1948-P | Franklin Silver Half Dollar | MS/64+ | 390 | 29970 |
| 10/24/2006 | 4687 | 20 | 1948-D | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 10/24/2006 | 4687 | 20 | 1949-D | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 10/24/2006 | 4687 | 20 | 1950-P | Franklin Silver Half Dollar | MS/64+ | 6500 | |
| 10/24/2006 | 4687 | 20 | 1950-D | Franklin Silver Half Dollar | MS/64+ | 4200 | |
| 10/24/2006 | 4687 | 20 | 1951-P | Franklin Silver Half Dollar | MS/64+ | 5600 | |
| 10/24/2006 | 4687 | 20 | 1951-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/24/2006 | 4687 | 20 | 1951-S | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 10/24/2006 | 4687 | 20 | 1952-S | Franklin Silver Half Dollar | MS/64+ | 6000 | |
| 10/24/2006 | 4687 | 20 | 1953-P | Franklin Silver Half Dollar | MS/64+ | 7000 | |
| 10/24/2006 | 4687 | 20 | 1953-D | Franklin Silver Half Dollar | MS/64+ | 3500 | |
| 10/24/2006 | 4687 | 20 | 1954-P | Franklin Silver Half Dollar | MS/64+ | 3500 | |
| 10/24/2006 | 4687 | 20 | 1954-D | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 10/24/2006 | 4687 | 20 | 1954-S | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 10/24/2006 | 4687 | 20 | 1955-P | Franklin Silver Half Dollar | MS/64+ | 2900 | |
| | | | | | | 1900 | |

| 10/24/2006 | 4687 | 20 1956-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 10/24/2006 | 4687 | 20 11957-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1957-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1958-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1958-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1959-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1959-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 10/24/2006 | 4687 | 20 1960-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/24/2006 | 4687 | 20 1960-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/24/2006 | 4687 | 20 1961-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/24/2006 | 4687 | 20 1961-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 10/24/2006 | ·:4687 | 20 1962-D | Franklin Silver Half Dollar | MS/64+ | 390 | 70550 |
| 10/26/2006 | 4697 | 1 1911-D | $2.50 Gold Indian | MS/64 | 30000 | |
| 10/26/2006 | 4697 | 1 1946-C | $5 Gold Liberty | MS/63 | 40000 | |
| 10/26/2006 | 4697 | 1 1925-S | $20 St.Gaudens Double Eagle | MS/64+ | 27000 | 97000 |
| 11/22/2006 | 4811 | 20 1948-P | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 11/22/2006 | 4811 | 20 1948-D | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 11/22/2006 | 4811 | 20 1949-P | Franklin Silver Half Dollar | MS/64+ | 5100 | |
| 11/22/2006 | 4811 | 20 1949-D | Franklin Silver Half Dollar | MS/64+ | 6500 | |
| 11/22/2006 | 4811 | 20 1949-S | Franklin Silver Half Dollar | MS/64+ | 8000 | |
| 11/22/2006 | 4811 | 20 1951-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/22/2006 | 4811 | 20 1951-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/22/2006 | 4811 | 20 1951-S | Franklin Silver Half Dollar | MS/64+ | 6000 | |
| 11/22/2006 | 4811 | 20 1952-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/22/2006 | 4811 | 20 1952-D | Franklin Silver Half Dollar | MS/64+ | 3800 | 50000 |
| 11/10/2006 | 4760 | 20 1954-P | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 11/10/2006 | 4760 | 20 1954-D | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 11/10/2006 | 4760 | 20 1954-S | Franklin Silver Half Dollar | MS/64+ | 2900 | |
| 11/10/2006 | 4760 | 20 1955-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 11/10/2006 | 4760 | 20 1956-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 11/10/2006 | 4760 | 20 1957-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1957-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1958-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1958-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1959-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1959-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 11/10/2006 | 4760 | 20 1960-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1960-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1961-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1961-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1962-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1962-D | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1963-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 11/10/2006 | 4760 | 20 1963-D | Franklin Silver Half Dollar | MS/64+ | 390 | 18620 |
| 11/15/2006 | 4783 | 20 1948-P | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 11/15/2006 | 4783 | 20 1948-D | Franklin Silver Half Dollar | MS/64+ | 4600 | |
| 11/15/2006 | 4783 | 20 1949-P | Franklin Silver Half Dollar | MS/64+ | 5200 | |
| 11/15/2006 | 4783 | 20 1949-D | Franklin Silver Half Dollar | MS/64+ | 6500 | |
| 11/15/2006 | 4783 | 20 1949-S | Franklin Silver Half Dollar | MS/64+ | 8000 | |
| 11/15/2006 | 4783 | 20 1950-P | Franklin Silver Half Dollar | MS/64+ | 4200 | |
| 11/15/2006 | 4783 | 20 1950-D | Franklin Silver Half Dollar | MS/64+ | 5600 | |
| 11/15/2006 | 4783 | 20 1951-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/15/2006 | 4783 | 20 1951-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/15/2006 | 4783 | 20 1951-S | Franklin Silver Half Dollar | MS/64+ | 6000 | |
| 11/15/2006 | 4783 | 20 1952-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/15/2006 | 4783 | 20 1952-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 11/15/2006 | 4783 | 20 1952-S | Franklin Silver Half Dollar | MS/64+ | 7000 | |
| 11/15/2006 | 4783 | 20 1953-P | Franklin Silver Half Dollar | MS/64+ | 3500 | |
| 11/15/2006 | 4783 | 20 1953-D | Franklin Silver Half Dollar | MS/64+ | 3500 | |
| 11/15/2006 | 4783 | 20 1953-S | Franklin Silver Half Dollar | MS/64+ | 8000 | 81880 |
| 12/4/2006 | 4849 | 1 1911-D | $2.50 Gold Indian | MS/65 | 30000 | 30000 |
| 12/6/2006 | 4866 | 20 1951-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 12/6/2006 | 4866 | 20 1951-D | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 12/6/2006 | 4866 | 20 1952-P | Franklin Silver Half Dollar | MS/64+ | 3800 | |
| 12/6/2006 | 4866 | 20 1954-P | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 12/6/2006 | 4866 | 20 1954-D | Franklin Silver Half Dollar | MS/64+ | 1700 | |
| 12/6/2006 | 4866 | 20 1955-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 12/6/2006 | 4866 | 20 1956-P | Franklin Silver Half Dollar | MS/64+ | 1900 | |
| 12/6/2006 | 4866 | 20 1957-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1957-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1958-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1958-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1959-P | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1959-D | Franklin Silver Half Dollar | MS/64+ | 900 | |
| 12/6/2006 | 4866 | 20 1961-P | Franklin Silver Half Dollar | MS/64+ | 390 | |
| 12/6/2006 | 4866 | 20 1961-D | Franklin Silver Half Dollar | MS/64+ | 390 | 24780 |
| 12/12/2006 | 4895 | 1 1844-D | $5 Gold Liberty | MS/64+ | 50000 | 50000 |
| 1/29/2007 | 5044 | 1 1925-D | $2.50 Gold Indian | MS/65 | 5000 | |
| 1/29/2007 | 5044 | 1 1853 | $2.50 Gold Liberty | MS/66+ | 7000 | |
| 1/29/2007 | 5044 | 1 1878 | $2.50 Gold Liberty | MS/65+ | 5000 | |
| 1/29/2007 | 5044 | 1 1886-S | $5 Gold Liberty | MS/64+ | 3000 | 20000 |
| 3/5/2007 | 5151 | 1 1904 | $2.50 Gold Liberty | MS/66 | 10000 | 10000 |
| 3/7/2007 | 5159 | 1 1882 | $10 Gold Liberty | MS/64+ | 10000 | 10000 |
| 2/21/2007 | 5104 | 1 1881 | $10 Gold Liberty | MS/64+ | 10000 | |
| 2/21/2007 | 5104 | 1 1892 | $10 Gold Liberty | MS/64+ | 10000 | 20000 |
| 3/14/2007 | 5177 | 1 1884-S | Morgan Silver Dollar | MS/64 | 25000 | 25000 |
| | | | TOTAL | | | 618450 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                           ) ss.:
COUNTY OF NASSAU )

       KIMBERLY FANTASIA, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides at Lindenhurst, New York; that on the 22nd day of November, 2010 deponent served the within Affidavit of Loss by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service via Certified Return Receipt within the State of New York addressed to the last known addressee(s) as indicate below:

TO:    U.S. Department of Justice
        United States Attorney's Office
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, NY 11201
        Attn:  Lisa Foster, Victim Witness Coordinator

_____
KIMBERLY FANTASIA

Sworn to before me on the
22nd day of November, 2010

_____
NOTARY PUBLIC

ANTHONY T. BALLATO, ESQ.
Notary Public, State of New York
No. 01BA4948925
Qualified in Nassau County
Commission Expires March 27, 20 11

J:\LOWE\AFFIDAVITS OF SERVICE\11-10 AOS of Affidavit of Loss.doc