U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>CR-09-170    (JFB) |
| DEFENDANT<br>Joseph Romano, et al. | TYPE OF PROCESS<br>Preliminary Order of Forf. |

**SERVE** ➡
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshal Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 225 Cadman Plaza, Room G-20, Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn :Kristen Lake

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please execute the Preliminary Order of Forfeitures and deposit attached check into the Seized Suspense Account

09-USP-000379 = $97,288.30 (defendant Sal Romano)

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA Diane Leonardo-Beckmann    ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(631)715-7854 | DATE<br>December 8, 2010 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin<br>No. ___ | District to Serve<br>No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service: 12/10/10    Time: ___ am/pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$5.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>$5.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
$97,288.30 deposited into the Seized Asset deposit fund Account on 12/10/10.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)