UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JOSEPH ROMANO,
SALVATORE ROMANO,
also known as "Steven Anderson"
       and "Scott Miller,"
VINCENT ROMANO,
KEVIN WELLS,
THOMAS ARNOLD,
       also known as "Phil Kennedy,"
       "Tom Olsen" and "Bill Regan,"
RUSSELL BARNES,
       also known as "Russ" and "Rusty,"
ANTHONY LANZA,
       also known as "Anthony Fuller"
       and "Tony Fuller,"
BRUCE WILSON,
       also known as "Bruce Warren,"
STEVEN CANDEMERES,
       also known as "James Waldren"
       "Jim Waldren," "John Powers,"
       and "Steve Bronson,"

and

THE PREMISES KNOWN AND DESCRIBED
AS ALL AMERICAN COIN 63/65
MONTAUK HIGHWAY, COPIAGUE, NEW
YORK A ONE STORY BUILDING
(THE "SUBJECT PREMISES");

              Defendants.

- - - - - - - - - - - - - - - - - -X

DECLARATION OF SERVICE

I, Kristen Lake, hereby declares and states as follows:

That on the 20th day of October, 2010, I caused to be served via Federal Express and regular mail from 610 Federal Plaza, 5th Floor, Central Islip, New York, the following:

Preliminary Order of Forfeiture

of which the annexed is true copies contained in a securely enclosed postpaid wrapper directed to the person(s) at the place(s) and address('es) as follows:

Florida Capital Bank
10151 Deerwood Park Blvd
Jacksonville, FL 32256

Salomon Smith Barney
250 West St Fl10
New York, NY 10013

New York Community Bank
1601 Veterans Hwy
Islandia, NY 11749

ING Direct
208 Delaware Ave
Wilmington, DE 19801

Farmington Savings Bank
1 Farm Glen Blvd
Farmington, CT 06032

JP Morgan Chase
451 Florida St
Baton Rouge, LA 7081

Also via regular mail;

Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277

The undersigned affirms under penalty of perjury that the foregoing is true and correct.

Dated:    Central Islip, New York
          January 3, 2011

                                        Kristen Lake
                                        FSA Asset Forfeiture Paralegal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

     Plaintiff,

  - against -

JOSEPH ROMANO,
SALVATORE ROMANO,
also known as "Steven Anderson"
   and "Scott Miller,"
VINCENT ROMANO,
KEVIN WELLS,
THOMAS ARNOLD,
   also known as "Phil Kennedy,"
   "Tom Olsen" and "Bill Regan,"
RUSSELL BARNES,
   also known as "Russ" and "Rusty,"
ANTHONY LANZA,
   also known as "Anthony Fuller"
   and "Tony Fuller,"
BRUCE WILSON,
   also known as "Bruce Warren,"
STEVEN CANDEMERES,
   also known as "James Waldren"
   "Jim Waldren," "John Powers,"
   and "Steve Bronson,"

and

THE PREMISES KNOWN AND DESCRIBED
AS ALL AMERICAN COIN 63/65
MONTAUK HIGHWAY, COPIAGUE, NEW
YORK A ONE STORY BUILDING
(THE "SUBJECT PREMISES");

     Defendants.

- - - - - - - - - - - - - - - - - - - -X

DECLARATION OF SERVICE

I, Kristen Lake, hereby declares and states as follows:

That on the 4th day of November, 2010, I caused to be served via Federal Express and regular mail from 610 Federal Plaza, 5th Floor, Central Islip, New York, the following:

Preliminary Order of Forfeiture

of which the annexed is true copies contained in a securely enclosed postpaid wrapper directed to the person(s) at the place(s) and address('es) as follows:

Mortgageit, Inc.
1350 Deming Way #300
Middleton, WI 53562

MERS
1818 Library ST, ste 300
Resten, VA 20190

Rubin & Rothman
1787 Veteran's Hwy
Islandia, NY 11722

MRC Receivables Corp.
8875 Aero Dr, Suite 200
San Diego, CA 92123

Golden, Wexler & Sarnese
377 Oak St
Garden City, NY 11530

Capital One Bank
2001 Maywill Street
Richmond, VA 23230

Forster & Garbus, Esq.
500 BI County Road
Farmingdale, NY 11735

First Select Corp.
5040 Johnson Ave
Pleasanton, CA 94588

William W. Siegel, Esq.
200 Vesey St, WFC-3885
New York, NY 10285

American Express Centurion Bank
301 N. Walnut St, 9th Fl
Wilmington, DE 19801

Wells Fargo Home Mortgage
4185 Hallmark Pkwy
MAC x0702-013
San Bernardino, CA 92407

Target National Bank/Target Visa
3701 Wayzata Blvd
Minneapolis, MN 55416

Town Clerk of Ocean Ridge
6450 North Ocean Blvd
Ocean Ridge, FL 33435

Washington Mutual Bank
400 E Main St
Stockton, CA 95202

Bank of New York
123 Main Street
White Plains, NY 10601

New York Community Bank
1601 Veteran's Hwy
Islandia, NY 11749

William M. Rifkin
Belkin, Burden, Wenig & Goldman LLP
270 Madison Ave
New York, NY 10016

Deborah B. Koplovitz
Rosen, Livingston & Cholst, LLP
275 Madison Ave, STE 500
New York, NY 10016

Schuyler B. Kraus, Esq.
780 3rd Ave, 4th Fl
New York, NY 10017

Joseph Yau, Esq.
Druckman Law Group, PLLC
242 Drexel Ave
Westbury, NY 11590

Kelly T. Currie
590 Madison Ave
New York, NY 10022

Joseph C. Meringolo, Esq.
Meringolo & Associates, PC
11 Evans St
Brooklyn, NY 11201

Martin Gedulding, Esq.
600 Old Country Rd
Garden City, NY 11530

John E. Tiffany, Esq.
155 W 68th St #1805
New York, NY 10023

Also via regular mail;

Arthur Drew Rubin, Esq.
P.O. Box 47718
Jacksonville, FL 32247

The undersigned affirms under penalty of perjury that the foregoing is true and

correct.

Dated:      Central Islip, New York
            January 3, 2011

                        Kristen Lake
                        FSA Asset Forfeiture Paralegal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JOSEPH ROMANO,
SALVATORE ROMANO,
also known as "Steven Anderson"
       and "Scott Miller,"
VINCENT ROMANO,
KEVIN WELLS,
THOMAS ARNOLD,
       also known as "Phil Kennedy,"
       "Tom Olsen" and "Bill Regan,"
RUSSELL BARNES,
       also known as "Russ" and "Rusty,"
ANTHONY LANZA,
       also known as "Anthony Fuller"
       and "Tony Fuller,"
BRUCE WILSON,
       also known as "Bruce Warren,"
STEVEN CANDEMERES,
       also known as "James Waldren"
       "Jim Waldren," "John Powers,"
       and "Steve Bronson,"

    and

THE PREMISES KNOWN AND DESCRIBED
AS ALL AMERICAN COIN 63/65
MONTAUK HIGHWAY, COPIAGUE, NEW
YORK A ONE STORY BUILDING
(THE "SUBJECT PREMISES");

              Defendants.

- - - - - - - - - - - - - - - - - -X

## DECLARATION OF SERVICE

I, Kristen Lake, hereby declares and states as follows:

That on the 3rd day of December, 2010, I caused to be served via Federal Express and regular mail from 610 Federal Plaza, 5th Floor, Central Islip, New York, the following:

Preliminary Order of Forfeiture

of which the annexed is true copies contained in a securely enclosed postpaid wrapper directed to the person(s) at the place(s) and address('es) as follows:

Robert M. Coplen, Esq.
10225 Ulmerton Rd, ste 5A
Largo, FL 33771

Colonial Bank
2745 S. Delsea Dr
Vineland, NJ 08360

John J. Hill, Jr.
1832 Almeria Way S.
St. Petersburg, FL 33712

Versailles Hotel Condo Association
3425 Collins Ave
Miami Beach, FL 33140

Jonathan J. Alfonso, Esq.
2600 S. Douglas Rd
Coral Gables, Fl 33134

Raul Perez-Ceballos, Esq.
814 Ponce De Leon Blvd
Coral Gables, FL 33134

Also via regular mail;

Connie Dowell
City of St. Petersburg
P.O. Box 2842
St. Petersburg, FL 33731

Jennifer Millet
City of St. Petersburg
P.O. Box 2842
St. Petersburg, FL 33731

The undersigned affirms under penalty of perjury that the foregoing is true and

correct.

Dated:      Central Islip, New York
             January 3, 2011

Kristen Lake
FSA Asset Forfeiture Paralegal