**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

TMS
F.#2007R01344

*610 Federal Plaza*
*Central Islip, New York  11722-4454*

May 17, 2011

<u>By ECF and Mail</u>

Vincent W. Ansanelli III, Esq.
Ansanelli, Kugler & Svendsen, LLP
92 Broadway
Amityville, New York 11701

Brian J. Davis, Esq.
400 Garden City Plaza
Suite 450
Garden City, New York 11530

Peter J. Tomao, Esq.
226 Seventh Street
Suite 302
Garden City, New York 11530

> Re:  United States v. Joseph Romano, et al.
>      <u>Criminal Docket No. 09-170 (S-2)(JFB)</u>

Dear Counsel:

As discussed in the government's May 16, 2011 letter to the Court (ECF #313), enclosed please find a nine page spreadsheet of the government's discovery productions in the above-referenced case, listing the types of documents produced, records provider (if any), relevant defendant or party, account number and corresponding Bates numbers.

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:    /s/ Thomas M. Sullivan
Thomas M. Sullivan
Assistant U.S. Attorneys
(631) 715-7865

Enclosure

cc:  Clerk of Court (JFB)

-2-