**U.S. Department of Justice**



*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| TMS | *610 Federal Plaza* |
| F.#2007R01344 | *Central Islip, New York  11722-4454* |

May 20, 2011

<u>By ECF and Hand Delivery</u>

The Honorable Joseph F. Bianco
United States District Court
Eastern District Of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  United States v. Joseph Romano, et al.
>       <u>Criminal Docket No. 09-170 (S-2)(JFB)</u>

Dear Judge Bianco:

The government writes this letter to supplement the government's response to the Court's April 25, 2011 order, requiring the government to respond to Mr. Ansanelli's April 21, 2011 letter seeking discovery in the above-referenced case (ECF #301).[1]

Names, Addresses of Victims, and Bases of Vulnerability of Victims

The government's May 16, 2011 letter advised defense counsel that the government would provide copies of victim documents to First Choice.  Upon further review, it appears that the government's only unredacted copy of victims' documents is contained in the files of the case agent, who is currently engaged in the trial before this Court of <u>United States v. Michael Romano</u>, et al., 09-CR-168.  Therefore, at this time, if counsel wishes to review the view unredacted copies of victims' documents, they will be made available to defense counsel at the United States Attorney's Office at a mutually convenient date and time.  If counsel wishes to review these documents in redacted

---

[1]   By letters dated May 3, 2011, counsel for Salvatore Romano (ECF #305) and Kevin Wells (ECF #304) join in Mr. Ansanelli's request.

form, those redacted documents will be submitted for First Choice.[2]

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:    /s/ Thomas M. Sullivan
Thomas M. Sullivan
Assistant U.S. Attorney
(631) 715-7865

cc:  Clerk of Court (JFB)
Vincent W. Ansanelli III, Esq. (By ECF and Mail)
Peter J. Tomao, Esq. (By ECF and Mail)
Brian J. Davis, Esq. (By ECF and Mail)

---

[2]    The government maintains its objection to the production of victim's social security numbers or full dates of birth, as unnecessary for the parties to litigate the issue of victim vulnerability or any other sentencing enhancement.