FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ JUN 23 2011 ★
entd 6/24/11 clm
LONG ISLAND OFFICE

**DOCKET NUMBER:** CR-09-170-1-JFB-AKT

SEALED     SEALED     SEALED

## CRIMINAL CAUSE FOR MOTION

**Date Received By Docket Clerk:**_____   **Docket Clerk Initials:**_____

**BEFORE JUDGE:** A. Kathleen Tomlinson, M.J.   **DATE:** 6/23/2011   **TIME IN COURT** 1 HR 10 MINS

**DEFENDANT'S NAME:** Joseph Romano   **DEFENDANT # 1**
X  Present      ☐  Not Present      X  Custody      ☐  Not Custody

**DEFENSE COUNSEL:** Vincent Ansanelli and Mark Goidell
☐  Federal Defender   ☐  CJA   X  Retained

**A.U.S.A.:** Not present

**PRETRIAL/PROBATION OFFICER**_____   **COURTROOM DEPUTY:** Mary Ryan

**COURT REPORTER: OR ESR OPERATOR:** Ellen Combs   **TAPE LOG**_____

**INTERPRETER:**_____   **LANGUAGE:**_____

| | | | |
|---|---|---|---|
| ☐ Arraignment | | ☐ | Revocation of Probation non contested |
| ☐ Change of Plea Hearing (~Util-Plea Entered) | | ☐ | Revocation of Probation contested |
| ☐ In Chambers Conference | | ☐ | Sentencing non-evidentiary |
| ☐ Pre Trial Conference | | ☐ | Sentencing Contested |
| ☐ Initial Appearance | | ☐ | Revocation of Supervised Release evidentiary |
| ☐ Status Conference | | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ Telephone Conference | | | |
| ☐ Voir Dire Begun | ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ Jury Trial Death Penalty | ☐ Sentence enhancement Phase | ☐ Bench Trial Begun | |
| ☐ Bench Trial Held | ☐ Bench Trial Completed | X Motion Hearing Non Evidentiary | |

☐  Other Evidentiary Hearing Contested   TYPE OF HEARING_____

**UTILITIES**
☐ ~Util-Plea Entered        ☐ ~Util-Add terminate Attorneys        ☐ ~Util-Bond Set/Reset
☐ ~Util-Exparte Matter      ☐ ~Util-Indictment Un Sealed           ☐ ~Util-Information Unsealed
☐ ~Util-Set/Reset Deadlines ☐ ~Util-Set/Reset Deadlines/Hearings
☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings    ☐ ~Util-Terminate Motions
☐ ~Util-Terminate Parties
☐ ~Util-Set/Reset Hearings

333

**Speedy Trial Start:**_____ **Speedy Trial Stop:**_____ **CODE TYPE:**_____

**Do these minutes contain ruling(s) on motion(s)?** X   YES   ❑   NO

**TEXT**

SEALED PROCEEDING. Courtroom sealed. Mr. Romano's wife present in courtroom. Mr. Romano heard by Court. Mrs. Romano heard by Court. Motion to Withdraw as attorney by Mr. Ansanelli and Mr. Goidell heard. Decision: reserved. Written decision to follow. MINUTE ENTRY and TRANSCRIPT SEALED by oral order as stated on record. Not for viewing by AUSA office or by Judge Bianco's chambers.