

Joseph Romano
Karen Romano
to:
john_cooney
06/22/2011 10:53 AM
Hide Details
From: Karen Romano <romano2379@hotmail.com>

To: <john_cooney@nyed.uscourts.gov>

**FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y**

★ JUL 05 2011 ★

**LONG ISLAND OFFICE**

Dear Honorable Judge Joseph F. Bianco,

At this time, my husband and I do not wish to change counsel and want Ansanelli Kugler & Svendsen to continue to represent Joe through his sentencing. We retained the firm in October 2010 to work on the case after the plea agreement was set and when we realized we were not being well represented by our previous attorney. Since that time, we have paid Mr. Ansanelli and his associates approximately $250,000 in fees. I have been told by many people that $250,000 for post-plea representation is an exuberant amount of money. Still, Mr. Ansanelli wants more. Mr. Ansanelli is now asking for an additional $150,000 to continue to represent my husband. I feel as though we are being extorted. We cannot pay any more for legal fees, and even if we could, we would rather give the money to the victims of the case than to another lawyer. As it stands, this process has cost our family over a half-million dollars, and still my husband is in jail and we have not yet been able to defend ourselves or tell our side of the story. This is not justice, your Honor, and not the way the system should work. Mr. Ansanelli should be made to continue to work hard for my family and offer my husband the most ethical representation he can while the case is still being decided.

Respectfully,

Karen Romano


# Karen Romano