**ANSANELLI LAW GROUP, LLP**
**92 BROADWAY**
**AMITYVILLE, NEW YORK 11701**
**(631) 598-0337**
**FAX (631) 598-0352**
**mgoidell@ansanellilawgroup.com**
**ansanellilawgroup.com**

**VINCENT W. ANSANELLI, III**
**ELLEN B. KUGLER ***

**MARK E. GOIDELL****
**DIANE L. BUTLER *****

***Also a Certified Public Accountant**
**** Also Admitted in MA**
***** Also Admitted in NJ**

**ANN MARIE ARMSTRONG**
**LEGAL ASSISTANT**

September 22, 2011

Via ECF
The Honorable Joseph F. Bianco
United States District Judge
Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, NY 11722

**Re: United States v. Joseph Romano**
**Case No. 09 CR 170 (JFB)**

Your Honor:

This letter is respectfully submitted in advance of the conference scheduled for September 28, 2011. A conflict has again arisen between the defendant and this office concerning sentence advocacy. In order to avoid any potential prejudice to the defendant, we respectfully request that the matter be referred to Magistrate Judge Tomlinson in an effort to resolve the conflict.

Thank you once again for your consideration of these matters.

.

Very truly yours,

*S/*

MARK E. GOIDELL

cc: Joseph Romano