# CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco, J. DATE: 1/17/2012 TIME: 11:10 a.m. (24 min.)

DOCKET NUMBER: CR-09-170-JFB TITLE: USA v. Romano et al

DEFT NAME: Joseph Romano DEFT: # 1
X PRESENT ___ NOT PRESENT X IN CUSTODY ___ ON BAIL

ATTY FOR DEFT: Mark E. Goidell
X PRESENT ___ NOT PRESENT X RETAINED ___ C.J.A.
___ FED. DEF. OF NY, INC.

A.U.S.A.: Thomas Sullivan; Lara Gatz DEPUTY CLERK: Mary Ryan

COURT REPORTER: ___ P. AUERBACH X E. COMBS ___ P. LOMBARDI
___ H. RAPAPORT ___ M. FOLEY ___ D. TURSI ___ O. WICKER
___ S. PICOZZI ___ M. STEIGER

INTERPRETER: ___ MAYA GRAY ___ J. CARLOS VENANT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 17 2012 ★
LONG ISLAND OFFICE

X CASE CALLED. ALL COUNSEL PRESENT. CONFERENCE HELD.

___ CASE ADJOURNED TO ___

___ MOTION CONFERENCE HELD ON ___ 'S MOTION TO ___

___ ARGUMENT HEARD ___ MOTION GRANTED. ___ MOTION DENIED.
___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
CODE TYPE: X- START DATE: / /2012 XSTRT
STOP DATE: / /2012 XSTOP

___ NEXT STATUS CONFERENCE SET FOR //2012 at ___

X DEFTS. CONTINUED IN CUSTODY ___.

___ JURY SELECTION & TRIAL SCHEDULED FOR ___

___ MOTIONS TO BE MADE BY ___

___ RESPONSE TO DEFENDANT'S MOTION BY ___

___ REPLY BY ___

___ ORAL ARGUMENT set for ___ at ___

___ FINAL PRETRIAL CONFERENCE SET FOR ___

X OTHER: Sentencing set for 2/9/12 at 2:30