**ANSANELLI LAW GROUP, LLP**
92 BROADWAY
AMITYVILLE, NEW YORK 11701
(631) 598-0337
FAX (631) 598-0352
ansanellilawgroup.com
mgoidell@alglawoffice.com

VINCENT W. ANSANELLI, III
ELLEN B. KUGLER *

MARK E. GOIDELL**
DIANE L. BUTLER

*Also a Certified Public Accountant
** Also Admitted in MA
*** Also Admitted in NJ

ANN MARIE ARMSTRONG
LEGAL ASSISTANT

February 2, 2012

Via ECF and First Class Mail
The Honorable Joseph F. Bianco
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: United States v. Joseph Romano
Case No. 09-CV-170 (JFB)

Dear Judge Bianco:

In advance of the sentence, enclosed please find letters written of behalf of the Defendant from Pastor Anthony Filipponi, Jeanne Romano (the Defendant's mother), and Celia Wells (the Defendant's sister).

This letter is also submitted to request that during the sentence proceedings, Pastor Anthony Filipponi be permitted to address the Court on behalf of the Defendant. It is expected that Pastor Anthony will expand on the statements contained in his two letters submitted to the Court, and to provide information to the Court concerning the Defendant's remorse and attempts at making amends.

Thank you for your consideration of this matter.

Very truly yours,

Mark E. Goidell

P:\ALG\clients\romano-j\criminal\romano adv united states of america\132

the Praise Tabernacle
1150 Hicksville Road North Massapequa, NY 11758

The Honorable Joseph F. Bianco
United States District Judge

January 17, 2012

RE: Joseph Romano

Your Honor,

My name is Anthony Filipponi, I am an ordained minister of The Praise Tabernacle, Inc., located in Massapequa, NY, and I am writing this letter on behalf of Joseph Romano. I have been associated with the Praise Tabernacle since its inception in 1988. My ministry responsibilities have grown over these many years with many different outreach programs. I currently visit four inmates on a weekly basis at Nassau County Correctional Facility; I oversee two hospital ministries, South Oaks, located in Amityville and Nassau University Medical Center, located in East Meadow, which we visit weekly. We also have a work in Haiti, rebuilding and restoring a church and a school which has 200 students enrolled in its program. The Praise Tabernacle also has a bible school and orphanage in India with 40 to 50 children that we have been supporting for many years. The Praise Tabernacle also has many community outreaches, which include a food pantry, located at our church, to help those in our community that are going through financial difficulties, we support a home out east called Rose Cottage that bring in teenage girls that are in distress who need to be restored and renewed to become productive adults.

On a personal note, I was a victim of an investment fraud, my wife and I lost all that we had, our house, our car, along with the hardship of losing money that we had saved over the years. Instead of becoming angry and bitter, I decided to visit the person who was responsible for our lost and the lost of so many others. During these visit I brought him God's forgiveness and love, He is now preaching the message of God's love in prison.

I came to know Joseph Romano through Ellen Kugler, my attorney, who asked that I visit him around the fall of 2010. Through these weekly visits I have come to know Joe's character and morals. I have also seen a tremendous growth in Joseph and believe in all my heart that he welcomed God in his life to lead and guide him to his true destiny, and that he is truly repentive of his past decisions.

I also had the opportunity to spend time with his wife, Karen, and their children. They have been to church many times and my wife and I were invited to their daughter's communion where we had the pleasure of meeting the whole family, who welcomed us with open arms. Joe once told me a story about his oldest son, Joseph, and how he said to his father a short time after he was incarcerated, he said "Dad maybe you're in jail because

(516) 731-3553
www.thepraisetabernacle.com

the Praise Tabernacle
1150 Hicksville Road North Massapequa, NY 11758

You weren't living the way God wanted you to". I believe these words have truly caused Joe to look at his past and planted a desire for a more spiritual future.

Your Honor, there are numerous people Joseph has influenced with his new Godly direction, I have received many letters from inmates wanting spiritual guidance because Joe was an example of what God can do in a persons life. His brother Michael has been attending the Praise Tabernacle faithfully for nine months, Joe's sister has also attended a few times, and one of the inmates upon his release came a couple of times for spiritual guidance. I also visit two new inmates because of Joe; their families are overjoyed with their spiritual growth. Joseph is also involved in two spiritual groups in jail and many are blessed with his wisdom that God has given to him.

Finally and most importantly I would like to address Joe's family. Joe is truly the major spiritual and emotional support of his family. His children and wife need his daily encouragement in these areas. I have seen the affect on his family by not having their Dad and husband for almost two years, if this continues it could be devastating to his family. His little girl sent him a picture of the whole family and they were all wearing orange jump suits, just like his jail uniform. Joe is also the sole financial provider for his family, his wife has no ability to provide monetarily for the children and if she did, who would care for the children?

Your Honor, I respectfully request that you consider all that I have written on behalf of Joseph when you sentence him. The most important thing is that Joe will get a chance to pay back his debt, to restore his family and to do the work that God has called him to do, which is to bring perfect love and forgiveness to the people of Long Island and around the world.

I thank you for your time and consideration. If you have any further question I can be reached at the office, 516-731-3553.

Respectfully,

Anthony Filipponi,
Pastor

(516) 731-3553
www.thepraisetabernacle.com

Jeanne Romano
9 Lilac Lane
Levittown, NY 11756
Phone: 516-796-2724

12-30-2010

Hon. Joseph F. Bianco, U.S.D.J
U.S. District Court, Eastern District of NY
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

RE: USA v. Joseph Romano

Dear Judge Bianco:

My name is Jeanne Romano. I am writing to you so that you can have some knowledge concerning my eldest son Joseph's character. He is the oldest boy of my four sons. I also have a daughter who is my first child.

Joey as a child was fun-loving who participated in Cub Scouts, baseball, was high-diver with the swim team, a comedian, and joyful to be with. He won many medals for sports and fun contests such as "pie-eating". Papa, Joey's dad always accompanied him on Cub Scout trips, baseball games and all child hood activities.

As a young adult Joey joined the Navy (19 years old) of which Papa and I were very proud; as one of our sons would honor our country. Joey was the only one in two decades who joined the United States Services in our family. After serving in the Navy for four years Joey became a small craft pilot, flew helicopters and learned stunt piloting. He was so happy when I agreed to fly with him on the aircraft when he first received his pilot's license. We flew over the Twin Towers and the Statue of Liberty (this was prior to 9-11).

Joey was and still is very artistic, who had multiple talents which included a carpentry, motorcycle & car mechanic, designs furniture, interior decorator, cartoonist, mason, plumber and was becoming an electrician. He also was a good cook and designed costumes. He can also speak Spanish fairly well and play the piano.

Joey, Papa and I traveled to Europe together and with his father "Papa" on father and son trips. Later in years Joey married Karen and they had three lovely children Joseph, Charles and Sophia. Joseph IV could always be found close by his father and loves him dearly, at this time he is 12 years old. Joseph has not smiled since Joey was arrested in March 2009, is very quiet and does not speak much. He appears to be very broken hearted.

Charlie who is 11 years old stays by himself and does not participate in any outdoor activities. He has few friends outside of the classroom. Sophia is 7 years old and talks about her daddy

constantly and how her daddy is going to be proud of her when she cooks him pancakes and eggs on the grill and bakes him a cake. She wants him to build a tree house for her. The children seem very unhappy over the loss of their father as they love and miss him very much. Joey was always a good father to the children and they will remember him as such.

Joey, together with one of his brothers saved a man from drowning. He also stopped at an accident on the parkway in which one of the victims was injured and bleeding profusely from his leg. Joey applied a tourniquet which prevented the man from bleeding to death and saved his life. Several years ago I broke my hip and Joey assisted me, acting as my physical therapist and helping me to walk using my walker.

I apologize to the court, the victims, their families and their children and I know Joey has expressed to me that he is remorseful. Papa and I always practice religion, good morals, generosity and helpfulness to others. Love for our country and to abide by the law, The Constitution.

May the Good-Lord soften your heart when you make your decision regarding my son Joey (Joseph). Papa and I are and will always be heart-broken, as is Joseph's family. I pray for the children, whom I love dearly that they will be able to overcome this hardship.

Have a Blessed Day.

Respectfully,

Jeanne Romano

Jeanne Romano

Celia M. Wells
32 Cove Lane
Levittown, NY 11756
Phone: 516-232-3689
E-Mail: welbycie22@aol.com

12-30-2010

Hon. Joseph F. Bianco, U.S.D.J
U.S. District Court, Eastern District of NY
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

RE: USA v. Joseph Romano

I am writing to you on behalf of my brother Joseph Romano. As you already know I have four brothers. At this time you have received all my character letters concerning my brothers and are aware that I love each and every one dearly.

Joey is a very talented individual. He is able fly a plane, helicopter and stunt fly. He can play the piano, draw, has mechanic ability, and is an exceptional carpenter. He was kind enough to do all the carpentry repairs on my home; which was a handy man special. Joey did the insulating of the walls, replaced the windows, and built the rooms and closets. He also arranged all the contractor work and oversaw that the work was done properly. He did this all on his own time.

Joey was one of the grooms man when Kevin and I were married. He was always an integral part of my childrens' lives while they were growing up. Both Jennifer and Therese miss him dearly. Joey and I are only 14 months apart in age. He was married later in life and spent a tremendous amount of time with my children while they were growing up. He would always take my oldest daughter on day trips to the zoo and to the mall so he could spoil her.

Joey has a beautiful wife and three lovely children who are suffering terribly since my brother has been incarcerated. I have seen a tremendous change in their personalities. Mainly, all three are very sad and withdrawn. My brother was greatly involved in the care of the children as he had mentioned to me that they have some individual learning needs which require and demand extra attention. Joey was very attentive to their needs and spent a great amount of time seeing that the children received what they needed. Without the help of my brother I am fearful that the children will not receive the support required. As you know having three children is quite demanding. To raise children alone is even more challenging. Having children with special needs creates an additional demand and complicates the situation further.

I know that my brother is remorseful and has accepted responsibility for his behavior. Please be just in your sentencing so that my niece and nephews can once again be reunited with their father as a family.

Respectfully,

Celia M. Wells

Celia M. Wells