Case No. 09-CR-170 (JFB)
Karen Romano
to:
jacquelyn_oneil
02/09/2012 07:18 AM
Hide Details
From: Karen Romano <romano2379@hotmail.com>

To: <jacquelyn_oneil@nyed.uscourts.gov>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 09 2012 ★

LONG ISLAND OFFICE

Dear Honorable Joseph F. Bianco,

I know today I will not get the opportunity to speak to you in court, so I wanted to send you a quick message to convey my final plea to you for fairness in your decision. You have been good to me and my family throughout this process, better than our own attorneys, and for that I am eternally grateful. I hope you find it in your heart to give my husband and my family a second chance. I have watched the revolving door of Nassau County Correctional Facility for almost two years now, and I know my husband is not like those people who abuse the system. We take responsibility for what happened with the company and this processes. Those victim letters are heartbreaking, and they express the disgusting and despicable things that went on in that office. But they do not reflect who my husband is, what my family stands for, or the way we've lived our life together. I know my husband is a good man by the actions I've seen him take and the good deeds I've seen him do. Even in jail, he's inspired young people and tried to help others. But I know that he is flawed, too. He made a mistake. And we've been accepting that reality for the last two years. In all honesty, none of this had to happen. It could have been stopped. It could have been rectified. We are deeply sorry that this happened. We never wanted it or intended it to happen. All I'm asking for is a fair decision and a second chance for my family. I beg for your mercy, and I pray that you understand my husband's degree of involvement and take it into consideration when you hand down his sentence.

My children and I will be in court today because we worked through this process as a family. The kids were there when Joe was arrested. They have visited him in jail for almost two years. They know daddy made a mistake that caused people to be hurt. They understand why he is there because we have been honest with them from the beginning. They know I'm scared because I do not know what will happen after the sentencing, or how I will continue without my husband, without an education, and with the sole responsibility of three children. They are scared, too. They need to see this process through in order to gain some sense of closure and to understand how we as a family will proceed from your decision.

I want to thank you again for the way you've treated us. This line of communication with you has been my only way to convey the truth as I know it throughout this process, and having it here has kept me sane. Whatever decision you make today, I want it to be a decision we can live with, one we feel is fair, one that we can accept and make plans to move on from here. I don't want to deal with attorneys or courts any more. I want closure for my family. We need the limbo to end.

Thank you again.

Karen Romano