

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAM:DLB

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York  11722*

March 6, 2012

Honorable Joseph F. Bianco
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Joseph Romano
       09-CR-170

Dear Judge Bianco:

   The undersigned writes to advise the Court of the status of the forfeiture proceedings. The Final Order of Forfeiture was entered on February 9, 2012 and provided, in part, that the United States Marshals ("Marshals") take into custody and dispose of the Forfeited Assets, including a number of real properties.  The Marshals have begun the process of securing the properties and will eventually sell the properties.

   The undersigned spoke to David Levenstein, the tenant at 7084 Via Leonardo, Lake Worth, Florida, several times last week.  As of Friday, March 2, 2012, Mr. Levenstein and the Marshals have entered into a rental agreement. In addition, the attorney for the Homeowner's Association ("HOA") was provided with a copy of the forfeiture order. The Marshals will be contacting the HOA with respect to any unpaid fees.

   Accordingly, any issues with the Florida property have been resolved and the tenant has been advised to contact our Office or the Marshals in the future.

          Respectfully submitted,
          LORETTA E. LYNCH
          UNITED STATES ATTORNEY

    By: /s/Diane Leonardo Beckmann
       Diane Leonardo Beckmann
       Assistant U.S. Attorney
       (631) 715-7854