Case 2:09-cr-00170-EK   Document 439   Filed 04/03/12   Page 1 of 1 PageID #: 1884

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF United States of America | COURT CASE NUMBER Cr-09-0170 |
|---|---|
| DEFENDANT JOSEPH ROMANO | TYPE OF PROCESS FINAL OF FORFEITURE |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service 225 Cadman Plaza, Room G-20, Brooklyn, New York 11201

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn : Brian Gappa

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please execute the Final Order of Forfeiture and arrange to deposit the attach check into the Asset Forfeiture Fund. The check represents the monthly rent payment for the r/p 35 East 38th Street, Unit 6F New York, New York.

*000410  April*
09-USP-~~00000410~~ ($1,750.00 ~~March~~ rent payment)

Signature of Attorney or other Originator requesting service on behalf of: ✔ PLAINTIFF ☐ DEFENDANT
*for* AUSA Diane Beckmann

| TELEPHONE NUMBER (631) 715-7881 | DATE March 30, 2012 |
|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. S3 | District to Serve No. S3 | Signature of Authorized USMS Deputy or Clerk *Marsnella* | Date 4/2/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ✔ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service 4/2/12 · Time · am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $55.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
4/2/12 Deposited $1,750.00 Asset Forfeiture Fund

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)