4

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

U.S. Department of Justice
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** United States of America | **COURT CASE NUMBER** Cr-09-0170 (Bianco) |
| **DEFENDANT** JOSEPH ROMANO | **TYPE OF PROCESS** FINAL OF FORFEITURE |

**SERVE** ➤
**AT**

| NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|
| U.S. Marshals Service 225 Cadman Plaza, Room G-20, Brooklyn, New York 11201 |
| ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |

**FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.**

★ APR 05 2012 ★

**LONG ISLAND OFFICE**

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn : Brian Gappa

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Please execute the Final Order of Forfeiture and arrange to deposit the attach check into the Asset Forfeiture Fund. The check represents the monthly rent payment for the r/p 63-65 Montauk Highway property.

09-USP-001866 ($1000.00 March rent payment)

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA Diane Beckmann | | (631) 715-7881 | March 19, 2012 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than once USM 285 is submitted)* | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 3/20/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address *(complete only if different than shown above)* | | Date of Service 3/20/12 | Time am pm |
| | | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $55 | | | $55 | | | |

REMARKS:
3/20/12 $1000.00 deposited AFF Asset Forfeiture Fund.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF United States of America | COURT CASE NUMBER CR-09-0170 (JFB) |
|---|---|
| DEFENDANT JOSEPH ROMANO | TYPE OF PROCESS FINAL ORDER |

**SERVE ➤ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. MARSHALS SERVICE 225 CADMAN PLAZA, ROOM G-20, BROOKLYN, N.Y.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn : Brian Gappa

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold    Please arrange to deposit the attach check, which represents the monthly rental payment for the real    Fold
property and premises located at 63-65 Montuak Highway, Copiague, New York.

09-USP-001866

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (631) 715-7881 | DATE February 24, 2012 |
|---|---|---|---|
| /s/ AUSA Diane Beckmann | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 2/28/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service 2/28/12 | Time    am    pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee $55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
$1000.00 deposited Asset Forfeiture fund on 2/28/12 .

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)