Case 2:09-cr-00170-EK   Document 471   Filed 06/11/12   Page 1 of 1 PageID #: 2001

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | CR-09-0170 (JPB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSEPH ROMANO | FINAL ORDER |

**SERVE** ▶ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. Marshals Service

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

FILED

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

IN CLERK'S OFFICE
DISTRICT COURT E D N Y

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn : Brian Gappa

★ JUN 1 1 2012

LONG ISLAND OFFICE

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold / Fold

Please arrange to execute the FINAL ORDER and deposit the attached checks into the Asset Forfeiture Fund, as per the Decree.

09-USP-000333 ($263,862.74)  09-USP-000347 ($9,845.87)  09-USP-000348 ($4,972.39)
09-USP-000343 ($3,747.53)                    ($14,818.26)

| Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| AUSA Diane Beckmann | (631) 715-7881 | May 21 , 2012 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 53 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk | Date 5/22/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 5/22/12 / Time am pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee $55.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
5/22/12 Deposited Funds in Asset Forfeiture Fund
09-USP-000333-$263,862.74; 09-USP-000343 $3747.53; 09-USP-000347-$9845.87;
09-USP-000348-$4972.39.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

09-0170-8