The Honorable Joseph F. Biano
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722

Docket No. 09-170 (S-2)(FB)
09-cr-170  6-1-2012

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 12 2012   ★

LONG ISLAND OFFICE

I writing this letter to help clarify the governments update to my access to the law library at the Nassau County correctional Center ("N.C.C.C.").

I am unaware of anyone by the name of Captain Golio and have never witnessed any Captain's inside the law library. Yes my housing Unit is accommodated with one hour of Law Library time per week, and it is true that I have not utilized that time and do not plan on useing it in the future. If an explanation to this is needed I will gladly explain. The Government goes on to explain that Captain Golio nor his staff has received any complaints from myself about insufficient access to the law library and ads that I am permitted to take back materials to view in my cell and exchange them for other material during the Next visit.

I have tried to not only rationalize to the court, but to enlighten my need for use of the law library, to the Corporal in charge of the law library, at the N.C.C.C.. I have exhausted my ability to throw light upon my needs for law library use with the staff at the N.C.C.C., of course there would be no record of this as it is verbal and only by chance that I see a library staff member in a hallway in passing.

What concerns me however is the effort that the government makes to report delinquent information about my needs and use of the law library. Even more alarming and creatively fraudulent is the court granting my adversary the responsibility to of insure that I receive additional time in the law library to build my arguement in an upcoming hearing. I believe it is the courts burden to provide the defense with as much time as is needed to defend himself against the scandalous accusations.

I also believe that the responsibil-
ity of overseeing my needs in
order to prepare a defense should
not fall into the grasp of my
opponent, especially opponents who
are known to the court to over step
their parameters. As I have stated
in open court "I do not believe that
I can get a fair hearing in your court."
I think the bare minimum request
would be additional time at the law
Library. I have requested this in
court at least four times, it is a
very simple request and in my
experience here at the N.C.C.C. one
that is granted without further
consideration to every other
inmate that requires it.

                    "yours Respectfully

                    Joseph Romano
                    "Joseph Romano"