Case 2:09-cr-00170-EK    Document 515    Filed 09/29/12    Page 1 of 1 PageID #: 2164

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | Cr-09-0170 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| JOSEPH ROMANO | FINAL OF FORFEITURE |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Marshals Service 225 Cadman Plaza, Room G-20, Brooklyn, New York 11201

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT**

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y
★ SEP 29 2012 ★
LONG ISLAND OFFICE

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

LORETTA E. LYNCH, United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, N.Y. 11722
Attn : Brian Gappa

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold

Please execute the Final Order of Forfeiture and arrange to deposit the attach check into the Asset Forfeiture Fund. The attach check represents September rental payment for Unit 6F.

09-USP-000410

| Signature of Attorney or other Originator requesting service on behalf of:  for  AUSA Diane Beckmann | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (631) 715-7881 | DATE Sept 11, 2012 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 3 | District to Serve No. 53 | Signature of Authorized USMS Deputy or Clerk  Masuello | Date 9/14/12 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service 9/14/12 | Time ___ am ___ pm | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee $5.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges $55.00 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 9/14/12 $1750.10 Deposited into Asset Forfeiture Fund.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

09-0170-12