4-28-13

The Honorable Sterling Johnson, JR.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

MAY 1 2013

TIME A.M.____
        P.M.____

Re: United states V. Joseph Romano 09-170(s-2)(sv)

Your Honor:

The defense for Joseph Romano (Pro Se)
respectfully requests his Honor to rule
on setting aside Romano's Plea
wich was allocuted before Judge
Bianco Feb. 9th 2012.
    The defense also regardfully asks that
his eminence delegate the defendant
with counsil upon his decision in the
said matter.
    Next, the defense requests that his
Honor lift the "All Force" order as
this order has proved to interfere
with case number 12CR691 before
Judge Keenan. Judge Keenan has
indicated that it was not he

who placed an "All force" order on Romano's and suggests this matter be brought to his Honor.

In the most humblest effort to acquaint his Honor with the condition to Romano's posture, Romano's only request has been the need for advance notice of future court appearances, as the undocketed rescheduling interfer with matters, that might seem trite to some, is in fact important to the defendant and his family. Romano has implied that Wed. and Fri. pose the most difficulty, and would again request that the government give advance notice of any schedule revisions.

The defense would also request Mr. Romano's property and legal work be returned. This request was made before his Honor and followed through by Mr. Sullivan, howbeit in a telephone conference call with Judge Scanlon Mr. Romano requested additional property wich was left at the GEO holding facility and has not yet been returned. The defense asks his

Honor to intercede on Mr. Romano's behalf in an effort to recover the necessary work needed to defend his case.

The defense would also request that he be supplied with the rules of the court.

Respectfully yours

Joseph Romano Prose

Joseph Romano
72247053
MDC
PoBox 329002
Brooklyn, N.Y. 11232

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 3 0 2013 ★

BROOKLYN OFFICE



The Honorable Sterling Johnson, JR.
United States District court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Case 2:09-cr-00170-EK    Document 563    Filed 05/02/13    Page 4 of 4 PageID #: 2405