UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------X
UNITED STATES OF AMERICA,
: CR-09-170 (JFB)

-against- : United States Courthouse
Central Islip, New York

JOSEPH ROMANO, SALVATORE ROMANO,
and VINCENT ROMANO : September 28, 2010
Defendant. 9:45 a.m.
-------------------------------X

TRANSCRIPT OF PLEA
BEFORE THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Government: LORETTA E. LYNCH, ESQ.
UNITED STATES ATTORNEY
BY: LARA TREINIS-GATZ, AUSA
THOMAS SULLIVAN, AUSA
One Pierrepont Plaza
Brooklyn, New York 11201

For the Defendants: CHARLES CARNESI, ESQ.
For Deft. J. Romano

MARTIN GEDULDIG, ESQ.
For Deft. V. Romano

JOHN MERINGOLO, ESQ.
For S. Romano

Official Court Reporter: Paul J. Lombardi, RMR, FCRR
Ph. (631) 712-6106 100 Federal Plaza - Suite 1180
Fax (631) 712-6122 Central Islip, New York 11722

Proceedings recorded by mechanical stenography.
Transcript produced by CAT.

(Jury selection continues.)

THE COURT: Good morning.

I apologize for the delay this morning, but I have been advised by the marshals that tomorrow they will get Mr. Romano here by 9:30.

MR. CARNESI: It may not be necessary, Judge.

I think we may have worked something out. If we may have a moment with Ms. Gatz, we can probably do this without bringing the jury back.

THE COURT: Okay.

(Whereupon, there was a pause in the proceedings.)

MS. GATZ: Judge, I need to run upstairs.

I have proposed plea agreements for all counsel. Do you want to proceed with Mr. Sullivan and I'll go do that or do you want to wait?

THE COURT: I'll wait.

MS. GATZ: Okay.

I'll be back in five minutes.

THE COURT: Okay.

MS. GATZ: Thank you.

(Whereupon, there was a pause in the proceedings.)

(Continued on next page.)

THE COURT: My understanding is that the defendants have an application at this time, Mr. Carnesi.

MR. CARNESI: Yes, your Honor.

Your Honor, at this time on behalf of my client, Joseph Romano, we withdraw our previously entered plea of not guilty and enter a plea of guilty to count one of the indictment in full satisfaction of the indictment.

THE COURT: The superseding indictment S 2, correct?

MR. CARNESI: Yes.

THE COURT: Okay.

With respect to Salvatore Romano.

MR. MERINGOLO: Yes, your Honor.

John Meringolo for Salvatore Romano. He withdraws his former plea of not guilty and will enter a plea to superseding indictment 2, count one.

THE COURT: Okay.

And Mr. Vincent Romano.

MR. GEDULDIG: Judge, Mr. Vincent Romano joins in that application and offers to plead guilty to count one of the superseding indictment.

THE COURT: And this is pursuant to the plea agreements with the government?

MR. GEDULDIG: That's correct.

THE COURT: Let me confirm this with the

defendants.

Is that accurate, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: I want to make sure everyone consents to me doing this plea proceeding with all three defendants rather than separately, Mr. Carnesi?

MR. CARNESI: Yes.

MR. GEDULDIG: Yes, your Honor.

MR. MERINGOLO: Yes.

THE COURT: The government's agreeable to that too?

MR. SULLIVAN: We are, your Honor.

THE COURT: So the record is clear, I'll say the full name of each defendant when I'm asking you to respond to the question so that the record is clear.

Gentlemen, before I accept your guilty plea, I'm going to ask you certain questions so I can establish to my satisfaction that you wish to plead guilty because you are guilty and not for some other reason. I also need to establish that you know what you will be giving up by pleading guilty.

If you don't understand any of my questions or you want to consult with your attorney at any time for any reason, just let me know and I'll give you as much time as you need to do that.

Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Let me say your name. Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: And Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: I'm going to ask that you each be sworn in.

So please rise.

THE CLERK: Please raise your right hand.

(Defendants sworn.)

THE COURT: You can be seated.

Having been sworn, your answers to my questions will be subject to the penalties of perjury or making a false statement if you do not answer truthfully.

You understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: I'm going to ask you these questions as a set to each of you rather than going question by question because I think it will make more sense that way.

State your full name for the record, Joseph Romano.

DEFENDANT J. ROMANO: Joseph Romano.

THE COURT: How old are you?

DEFENDANT J. ROMANO: 47.

THE COURT: How far did you go in school?

DEFENDANT J. ROMANO: Two years of college.

THE COURT: THE COURT: Have you now or have you recently been under the care of a doctor or psychologist?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Have you ever been hospitalized for any type of mental illness or any type of addiction including drug or alcohol addiction?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Have you taken any drugs or medicine or pills or any alcoholic beverages in the past 48 hours?

DEFENDANT V. ROMANO: I had a glass of wine last night with my brother.

THE COURT: Is your mind clear today?

DEFENDANT V. ROMANO: Yes.

THE COURT: You understand what you are about to

do?

DEFENDANT J. ROMANO: I understand.

THE COURT: Do counsel have any doubt as to Mr. Joseph Romano's competence to plead at this time? Mr. Carnesi?

MR. CARNESI: No, sir.

THE COURT: The government?

MR. SULLIVAN: No, your Honor.

THE COURT: Salvatore Romano, state your full name for the record.

DEFENDANT S. ROMANO: Salvatore Romano.

THE COURT: How old are you, sir?

DEFENDANT S. ROMANO: 46.

THE COURT: How far did you go in school?

DEFENDANT S. ROMANO: 12th grade.

THE COURT: Have you ever been hospitalized or treated for any mental illness or any type of addiction including drug or alcohol addiction?

DEFENDANT S. ROMANO: No, sir.

THE COURT: Have you taken any drugs or medicine or -- let me finish the question. There's no rush. Let me repeat the question.

Have you taken any drugs, medicine or pills or any alcoholic beverages in the past 48 hours?

DEFENDANT S. ROMANO: Yes. I had a glass of

wine with dinner last night.

THE COURT: Is your mind clear today?

DEFENDANT S. ROMANO: Absolutely.

THE COURT: Do you understand what you are about to do?

DEFENDANT S. ROMANO: Yes.

THE COURT: Do either counsel have any doubt as to the defendant's Salvatore Romano competence to plead at this time?

MR. GEDULDIG: No, your Honor.

MR. SULLIVAN: No, your Honor.

THE COURT: Vincent Romano, state your full name for the record.

DEFENDANT V. ROMANO: Vincent John Romano.

THE COURT: How old are you, sir?

DEFENDANT V. ROMANO: 41 years old.

THE COURT: How far did you go in school?

DEFENDANT V. ROMANO: Some college.

THE COURT: Have you now or have you recently been under the care of a doctor or psychologist?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Have you ever been hospitalized for any type of mental illness or any type of addiction including drug or alcohol addiction?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Have you taken any drugs or medicine or pills or any alcoholic beverages in the past 48 hours?

DEFENDANT V. ROMANO: I had a glass of wine last night with my brother.

THE COURT: Is your mind clear today?

DEFENDANT V. ROMANO: Yes.

THE COURT: You understand what you are about to do?

DEFENDANT V. ROMANO: Yes.

THE COURT: Do either counsel have any doubt as to Mr. Vincent Romano's competence to plead at this time?

MR. MERINGOLO: No, your Honor.

MR. SULLIVAN: No, your Honor.

THE COURT: On the basis of the defendants' responses to my questions, my observations of their demeanor, and the representations of counsel, I find that each of them are fully competent to enter an informed plea at this time.

Have you had sufficient time to discuss this case with your attorney, including any possible defenses that you might have to the charge to which you are offering to plead guilty, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: Are you satisfied with your attorney's representation, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: I'm now going to describe to you certain rights that each of you have under the constitution and laws of the United States.

You will be giving up these rights by pleading guilty. So please listen carefully. I'm going to ask each of you as you go along whether you understand each of the rights you are giving up.

Under the Constitution and laws of the United States, you are entitled to a speedy and public trial by a jury on the charges contained in the superseding indictment.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, sir.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: At a trial you would be presumed to be innocent and the government would be required to prove you guilty by competent evidence beyond a reasonable doubt before you could be found guilty.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: A jury of 12 people would have to agree unanimously that you were guilty and you will not have to prove you where are innocent if you went to trial.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: At the trial and at every stage of the case you would be entitled to be represented by a lawyer and if you could not afford a lawyer, one would be appointed at public expense free of cost to represent you.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano.

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: During the trial the witnesses for the government would have to come to court and testify in your presence.

Your lawyer could cross-examine the witnesses for the government. Your lawyer could object to evidence offered by the government, and your lawyer could offer evidence on your own behalf, if you so desire.

You would also have the right to have subpoenas issued or other processes used to compel witnesses to testify in your defense. You understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano.

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: At the trial, although you would have the constitutional right to testify if you chose to do so, you would also have the constitutional right not to testified, and if you decided not to testify, no one,

including the jury, could draw any adverse inference or suggestion of guilt from the fact that you did not testify.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano.

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: If you were convicted at trial, you would the right to appeal the verdict.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Even now, as you are offering to enter into this guilty plea, you have the right to change your mind, continue in a plea of not guilty, and go to trial on the charges contained in the superseding indictment.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano.

DEFENDANT V. ROMANO: Yes.

THE COURT: If you plead guilty and if I accept your plea, you would give up your right to a trial and the other rights I just discussed with you, other than your right to an attorney which you have regardless of whether or not you plead guilty.

However, if you plead guilty, there will be no trial, and I will enter a judgment of guilty and sentence you on the basis of your plea after I considered the presentence report and the submissions and arguments that are made from both sides at the time of sentencing. There will be no appeal on the question of whether you did or did not commit this crime to which you are pleading guilty.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: If you plead guilty, you also have to give up your right not to incriminate yourself because in a moment I'm going to ask you questions about what you

did in order to satisfy myself that you are guilty as charged and you have to admit and acknowledge your guilt.

Do you understand that, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano.

DEFENDANT V. ROMANO: Yes.

THE COURT: Are you willing to give up your right to a trial and the other rights I just discussed with you, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: Let me just summarize the charge in count one to which you are offering to plead guilty.

As you know, count one charges a conspiracy to commit wire fraud and mail fraud. In particular, and, again, this is just a summary, the details are contained in the indictment, charges a conspiracy to devise a scheme and artifice to defraud customers in connection with the coin companies that are specified in the indictment, and to obtain the money and property of these customers by

means of materially false and fraudulent representations involving the offer and sale of coins.

And it alleges the use of the interstate wires and the mail in order to further the fraudulent scheme which is laid out in some detail in the indictment.

Do you understand that that is a summary of what count one charges you with, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Let me describe to you what the elements of that offense are which the government would have to prove to the jury if you were to go to trial, each of these elements to a jury beyond a reasonable doubt.

First with respect to conspiracy, they would have to prove that two or more persons entered into the unlawful conspiracy or the agreement that I have just outlined to you that's charged in the indictment with respect to the mail and wire fraud scheme.

Second, they would have to prove that you knowingly and willfully became a member and a participant in that conspiracy in or about the time frame alleged in the superseding indictment, and they would have to prove,

as your lawyers pointed out in their pretrial motions, that an act, you committed an act in connection with the conspiracy within the past -- five years for purposes of the statute of limitations. They would have to prove that to the jury beyond a reasonable doubt.

With respect to what the objective of the conspiracy was, they allege two objectives, mail fraud and wire fraud. With respect to those objectives, they would have to prove the elements of those objectives to the jury in connection with the conspiracy count, specifically first that there was a scheme or artifice to defraud or to obtain money or property by materially false and fraudulent pretenses, representations or promises, as alleged in the indictment.

Second, that you knowingly and willfully participated in the scheme or artifice to defraud with knowledge of its fraudulent nature and with the specific intent to defraud, and, third, that in the execution of that scheme, that you used or caused the use of interstate wires with respect to that objective, and the use of the mail with respect to that objective.

And the jury would have to agree unanimously on what the objective of the conspiracy was because the government alleges two different objectives. The jury would have to be unanimous as to whether one or both of

those objectives were proven beyond a reasonable doubt.

Do you understand those are the elements that the government would have to prove beyond a reasonable doubt if you were to go to trial, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: And Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: I want to review with you the maximum penalties as well as any mandatory minimum penalties with respect to count one, which you are offering to plead guilty.

Count one carries a maximum term of imprisonment of 20 years. There is no minimum term of imprisonment. There is a maximum supervised release term of three years to follow any term of imprisonment.

If a condition of release is violated there are terms of release attached to supervised release and if any of those terms or conditions violated, you may be sentenced to up to two years additional in jail without getting credit for prerelease imprisonment or time previously served on post-release supervision.

There is a maximum fine of the greater of $250,000 or twice the pecuniary gain derived from the

offense or two times the gross pecuniary loss to persons other than yourself resulting from the offense.

You are also subject to restitution order to the victims in an amount to be determined by the court, and for this type of crime to which you are offering to plead guilty, the restitution is mandatory. There's also a $100 mandatory special assessment, and you are also subjecting yourselves to the criminal forfeiture as is outlined in your plea agreement.

Do you understand that those are the maximum penalties, as well as the mandatory penalties for the crime to which you are offering to plead guilty, Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: And Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: Are you a United States citizen, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Do you understand that as a result of your guilty plea you may lose certain valuable civil rights, such as the right to vote, the right to hold public office, the right to sit on a jury and the right to possess a firearm, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano.

DEFENDANT V. ROMANO: Yes.

THE COURT: I want to describe to you now some things about the sentencing process to make sure you understand how the sentencing works.

First, there is no such thing as parole in the federal system. So if you are sentenced to prison, you will not be released any earlier on parole.

Second, the determination of what sentence you will receive is to be made by the court alone. Nothing that your lawyer may have told you, nothing that the government may have said, none of that is binding on the court. Sentencing is up to the court.

As I said, I will sentence you based on the presentence report that the probation department prepares, and then I will hear the submissions and arguments that are made by both sides at the time of sentencing.

Next, the current state of the law is that before imposing sentence I'm required by law to consider a number of factors about this case, including, among other things, your background, the nature of the crime, the need to impose a just sentence that accounts for the need to deter you and others from committing the type of crime for which you are convicted, and the need to account for your interests, including any rehabilitation.

Another factor that the court is to consider is what is known as the sentencing guidelines. These sentencing guidelines are, as the name suggests, a set of guidelines that takes into account things like any criminal history that you might have, as well as the criminal conduct which you had committed and then it sets forth a range of imprisonment within which you could be sentenced.

I want to emphasize to you that I'm only to consider these guidelines, which means that they are advisory. They are not mandatory, and I am not required to impose a sentence within whatever the applicable range may turn out to be. I can sentence you above or below the guidelines, depending upon how I weigh all the factors that I have to consider under the law.

Finally, whatever sentence I impose in this case, and no matter how happy or unhappy you may be with

that sentence, you may not withdraw or get back your guilty plea. In other words, while you may appeal the sentence itself, to the extent that you have not waived your right to do so in the plea agreement, you may not undo your being found guilty by virtue of your plea here today.

Do you understand all those things about the sentencing process, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano?

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Have each of you entered into a plea agreement with the government, Joseph Romano?

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano.

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano.

DEFENDANT V. ROMANO: Yes.

THE COURT: I have before me the originals which I'll mark Joseph Romano's agreement as Court Exhibit 1 which is signed by everybody.

Salvatore Romano's plea agreement will be Court Exhibit 2. And Vincent Romano's plea agreement will be

Court Exhibit 3.

(Whereupon, there was a pause in the proceedings.)

THE COURT: Joseph Romano, with respect to court Exhibit 1, did you sign this today, sir, in the presence of your attorney?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Did you review it before you signed it?

DEFENDANT J. ROMANO: Yes, sir.

THE COURT: Did you fully discuss it with your attorney before you signed it?

DEFENDANT J. ROMANO: Yes.

THE COURT: I want to outline a couple of things with you with respect to the agreement just to make sure that you understand and then I'm going to ask the government to outline the forfeiture part of the agreement to make sure there's no misunderstanding with respect to that.

First, let me emphasize what I said a moment ago, which is that I know the agreement contains an estimate of the guideline calculation. I want to emphasize what I said a moment ago. That's just an estimate. I'm not bound by that estimate.

That estimate can turn out to be wrong. I have

my own obligation in consultation with probation and the parties to determine what the calculation is and then, regardless of what the calculation turns out to be, as I said, I can sentence you above or below that range, whatever it turns out to be.

Do you understand that?

DEFENDANT J. ROMANO: Yes, sir.

THE COURT: I want to focus your attention now on paragraph four.

In paragraph four you are agreeing not to file an appeal or otherwise challenge by habeas petition under Section 2255, or any other provision, the conviction or sentence in this case in the event that the court imposes a term of imprisonment of 188 months or below. In other words, if I sentence you to 180 months imprisonment or anything less than 188 months in prison, you are agreeing that you will not appeal or otherwise challenge in any way that conviction or sentence.

Do you understand that?

DEFENDANT J. ROMANO: Yes, sir, I do.

THE COURT: Are you waiving that right knowingly and voluntarily?

DEFENDANT J. ROMANO: Yes, I am.

THE COURT: If the government could just outline the forfeiture as relates to Joseph Romano.

MS. GATZ: Yes, your Honor, but before I do that if it's okay, forfeiture for all the defendants is not in the agreement, but I indicated I would put this on the record.

The government will make a recommendation to the Department of Justice that the restitution order, which is mandatory, be satisfied by the forfeiture that's going to be tendered through the plea agreements. However, as the defendants have acknowledged through counsel, the EDNY recommendation to the Department of Justice is not binding on the Department of Justice and the Department of Justice has the right to decline to follow the recommendation which decision is not reviewable in court.

In sum we will make the recommendation, but the DOJ does not have to follow it and the defendants could have to pay mandatory restitution in addition to the previously tendered forfeiture.

THE COURT: Okay.

I want to make sure each of you understand that, Joseph Romano.

DEFENDANT J. ROMANO: Yes.

THE COURT: Salvatore Romano.

DEFENDANT S. ROMANO: Yes.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Go ahead.

MS. GATZ: With respect to the defendant Joseph Romano's forfeiture, the defendant agrees that what's in the plea agreement is the sum of his forfeiture. He agrees to accept a $7 million money judgment, which would partially satisfy, or fully satisfy, depending on how these break out, to the following assets.

A First Hawaiian bank account number that's listed at sub A, a Florida Capital Bank account number listed at sub B, an ING account listed at sub C, a Palm Beach County Bank account listed at sub D, a Roslyn Savings Account at sub E, a Washington Mutual bank account listed at sub F, a JP Morgan Chase account at sub G.

Sub H is real property located at 35 East 38th street, unit 6G, New York, New York, sub I, real property located at 35 East 38th street unit 6F, New York, New York, sub J, real property located at 63-65 Montauk Highway, Merrick Road, Copiague, New York, sub k, real property located at 7084 Via Leonardo, Lake Worth, Florida, sub L, real property located at 29 Hersey Drive, Boynton BEach, Florida, sub m, real property located at 22 Slate Lane, Levittown, New York.

The government also agrees to at the time of sentence lift the lien on the property located at 6011 Ocean Boulevard in West Palm Beach, Florida, I believe it

is.

MR. CARNESI: I think the actual address, your Honor, is Ocean Ridge.

MS. GATZ: Ocean Ridge, and is it Palm Beach?

MR. CARNESI: Yes.

MS. GATZ: We agree to lift that lien at the time of sentencing.

The defendant is filling out a form that's required under the agreement with regard to his current assets. But that this sum is the forfeiture.

THE COURT: Thank you.

Joseph Romano, does this agreement constitute your entire agreement with the government with the addition to what Ms. Gatz put on the record orally, does that constitute your entire agreement with the government?

DEFENDANT J. ROMANO: Yes, it does.

THE COURT: Has anything been left out?

DEFENDANT J. ROMANO: No, your Honor.

THE COURT: Has anyone offered you any inducements or threatened you or forced you to enter into this agreement or to plead guilty?

DEFENDANT J. ROMANO: No, sir.

THE COURT: Has anyone made any promise to you as to what your sentence will be?

DEFENDANT J. ROMANO: No, sir.

THE COURT: Salvatore Romano, now moving to Court Exhibit 2, did you sign this today in the presence of your attorney?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Did you fully review it before you signed it?

DEFENDANT S. ROMANO: Yes, I did.

THE COURT: Did you have sufficient time to discuss it with your attorney before you signed it?

DEFENDANT S. ROMANO: Yes, I did.

THE COURT: Again, I'm going to emphasize to you as well, you understand that the calculation of the guidelines in here is not binding on this court in any way.

Do you understand that?

DEFENDANT S. ROMANO: I do.

THE COURT: I'm going to determine, in conjunction with the probation and the parties, what I believe is the appropriate guidelines range, and whatever it turns out to be, I can sentence you above or below those guidelines after considering all of the factors under the law.

Do you understand that?

DEFENDANT S. ROMANO: I understand.

THE COURT: I want to focus you on paragraph

four.

You understand that in paragraph four you agree not to file an appeal or otherwise challenge by petition under, Section 2255 or any other provision of the law, the conviction or sentence in this case, in the event that I impose a term of imprisonment of 135 months or below.

In other words, if I sentence you to 130 months in jail or anything less than 135 months in jail, you agree that you will not file an appeal or otherwise challenge in any way the conviction or sentence.

Do you understand that?

DEFENDANT S. ROMANO: I understand.

THE COURT: Are you waiving that right knowingly and voluntarily?

DEFENDANT S. ROMANO: I am.

THE COURT: If the government would outline the forfeiture as it relates to Salvatore Romano.

MS. GATZ: Yes, Judge.

Mr. Romano -- Salvatore Romano, agrees to forfeit to the United States and accept a money judgment in the amount of $1.1 million dollars. The defendant agrees to partially satisfy that money judgment through payment of $175,000 on or before the date of the sentence, in addition to waiving his right and title and interest to the Farmington Savings Bank account located at paragraph

five of the agreement.

The government agrees that at the time of sentence that in addition to what I stated with regards to my recommendation to the Department of Justice, that the government will release any lien on 92 Cider Mill Road in Southington, Connecticut at the time the $175,000 in sentencing has occurred.

THE COURT: You understand in summary that's the forfeiture you are agreeing to, Salvatore Romano?

DEFENDANT S. ROMANO: Yes, I do, your Honor.

THE COURT: I forgot if I asked you, Joseph Romano, when you heard the summary, you understood what it was with respect to you as well?

DEFENDANT J. ROMANO: Yes.

THE COURT: And Salvatore Romano, does this agreement, along with the oral representations by Ms. Gatz with respect to the release of the other property, does that constitute your complete and total understanding of your agreement with the government?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Has anything been left out?

DEFENDANT S. ROMANO: No, your Honor.

THE COURT: Has anyone offered you any inducements or threatened you or forced you to enter this agreement or to plead guilty?

DEFENDANT S. ROMANO: No, your Honor.

THE COURT: Has anyone made any promise to you as to what your sentence will be?

DEFENDANT S. ROMANO: No, your Honor.

THE COURT: Vincent Romano, with respect to Court Exhibit 3, did you sign this agreement today in the presence of your attorney?

DEFENDANT V. ROMANO: Yes.

THE COURT: Did you review it before you signed it?

DEFENDANT V. ROMANO: Yes, sir.

THE COURT: Did you discuss it with your attorney before you signed it.

DEFENDANT V. ROMANO: Yes, I did.

THE COURT: I'll repeat again what I said about the guidelines.

You understand that although it contains an estimate, it's only an estimate and not binding on the court in any way. The court will determine what the advisory range is, and whatever it turns out to be, I can sentence you above or below that range when I consider all the factors under the law.

You understand that?

DEFENDANT V. ROMANO: Yes, I do.

THE COURT: With respect to paragraph four, in

paragraph four you agree not to file an appeal or otherwise challenge under Section 2255 or any other provision of the law, the conviction or sentence in this case in the event that the court imposes a term of imprisonment of 108 months or below.

In plain terms what it means is if I sentence you to 108 months in jail or anything less than 108 months in jail, you are waiving or giving up your right to file an appeal or otherwise challenge in any way the conviction or sentence in this case.

You understand that?

DEFENDANT V. ROMANO: Yes.

THE COURT: Are you waiving that right knowingly and voluntarily?

DEFENDANT V. ROMANO: Yes.

THE COURT: I'll ask the government to outline the forfeiture as it relates to Vincent Romano.

MS. GATZ: In addition to what I previously stated, your Honor, regarding my recommendation to the Department of Justice, at the time of sentence, the defendant agreed to forfeit to the United States and enter a money judgment in the amount of $760,000.

He agrees to partially satisfy that money judgment through immediate forfeiture of a Washington Mutual account, account number set forth in paragraph

five, and the premises located at 8 Hines Court in Smithtown, New York. The government agrees the defendant can live at 8 Hines Court in Smithtown until he is sentenced and/or designated to appear in the prison facility.

THE COURT: You understand, Vincent Romano, that that's in summary the terms of the forfeiture that are contained in more detail, obviously, in the plea agreement?

DEFENDANT V. ROMANO: Yes.

THE COURT: Does this agreement, along with the oral representations made by Ms. Gatz, constitute your complete and entire understanding of your agreement with the government?

Has anything been left out?

DEFENDANT V. ROMANO: No.

THE COURT: Has anyone offered you any inducements or threatened you or forced you to enter into this agreement or forced you to plead guilty?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Has anyone made you any promises as to what your sentence will be?

DEFENDANT V. ROMANO: No, sir.

THE COURT: Do counsel know of any valid defense that would prevail at trial or any reason why your clients

should not be permitted to plead guilty to count one, Mr. Carnesi?

MR. CARNESI: No, sir.

THE COURT: Mr. Meringolo.

MR. MERINGOLO: No, your Honor.

THE COURT: Mr. Geduldig.

MR. GEDULDIG: No, Judge.

THE COURT: At this point, gentlemen, I need you to tell me in your own words what it is that you did that makes you guilty of count one in the superseding indictment.

We'll start with Joseph Romano. Tell me in your own words what it is you did.

DEFENDANT J. ROMANO: From 2001 through 2008 I conspired with others to commit wire fraud by using a telephone to contact potential customers and induce them into purchasing coins through false representations as to the value of the coins and the existence of an investor willing to repurchase the coins at a profit.

These representations were made from the Eastern District of New York.

THE COURT: You knew at the time you made those representations that they were false?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: You said you used the telephone.

Some of these customers, you were in the Eastern District of New York, were some of these customers out of state?

DEFENDANT J. ROMANO: Yes.

THE COURT: And at the time you participated in this agreement to defraud these customers, you knew it was wrong and against the law?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Are there any other questions the government would like me to ask Joseph Romano?

MR. SULLIVAN: Your Honor, just about the use of the United States mails, either to ship coins or receive checks.

THE COURT: In addition to the interstate wires, did you use the mail to both ship coins and receive payments?

DEFENDANT J. ROMANO: Yes.

THE COURT: Anything else?

MR. SULLIVAN: No, your Honor.

Thank you.

THE COURT: Salvatore Romano, tell me in your own words what it is you did that makes you guilty.

DEFENDANT S. ROMANO: From 2001 to 2008 I conspired with others in the Eastern District of New York to sell coins over the phones by knowing and inducing people to purchase coins for inflated values.

I misrepresented that there were investors and that they had purchased these coins. This was done over the phones and were shipped by mail.

THE COURT: Okay.

Again, let me follow up. When you made these misrepresentations to customers or investors on the phone, did you know that these statements that you were making were false and were inducing them into making the purchase?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: When you were using the phones, you were here on Long Island somewhere?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Were some of the customers when you were engaged in these conversations outside the State of New York?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Did you also use the mail to ship coins to people or to receive payment?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: And at the time that you did this, did you know that it was wrong and against the law?

DEFENDANT S. ROMANO: Yes.

THE COURT: Any other questions to Salvatore Romano?

MR. SULLIVAN: No, your Honor.

THE COURT: Vincent Romano.

Go ahead.

DEFENDANT V. ROMANO: From 2003 to 2008, myself, my brothers, and others conspired to sell collectible coins at excessive prices. My role in the operation was to purchase and grade the coins. I gave up the grade which I knew to be wrong and excessive and false.

The coins were then sold at highly exaggerated prices based on the grades that I provided. I knew the salesmen made these representations from the telephone, using the telephone, and I knew the nature of it was untrue.

The coins were then mailed to the US mail a couple of times UPS and DHL and Federal Express.

THE COURT: With respect to the false statements regarding the grade of the coins, you knew at the time those statements were made by -- you caused the salesman to make these statements or you made the statements yourself to the customers?

DEFENDANT V. ROMANO: I didn't deal with any customers.

I graded the material.

THE COURT: You were in agreement with others that the salesman would make the false statements

regarding the grade to the customers?

DEFENDANT V. ROMANO: Yes.

THE COURT: And you knew the statements to the customers were false at the time they were made?

DEFENDANT V. ROMANO: Yes.

THE COURT: And you knew it would induce them, the false statements, to purchase the coins that were inflated, wrongly inflated values?

DEFENDANT V. ROMANO: Yes, sir.

THE COURT: And with respect to the use of the telephones, were you on Long Island and members of the conspiracy, they were using the telephones on Long Island?

DEFENDANT V. ROMANO: Yes.

THE COURT: Were some of those calls to customers who were out of state?

DEFENDANT V. ROMANO: Yes, sir.

THE COURT: You said the mail was used to ship the coins?

DEFENDANT V. ROMANO: Yes.

THE COURT: At the time you joined and participated in this conspiracy to defraud, did you know it was wrong and against the law?

DEFENDANT V. ROMANO: Yes.

THE COURT: Any other questions as to Vincent Romano?

MR. SULLIVAN: No, your Honor.

THE COURT: I'd ask the government at this time to summarize their proof with respect to each of the defendants if the defendants were to go to trial.

MS. GATZ: Your Honor, the government would prove at trial that the defendant Joseph Romano was the owner of the three coin companies, that he, in fact, supervised and trained the salesmen to make misrepresentations to the customers regarding the grade of the coins and the existence of a secondary purchaser for the coins.

The government would prove that through the testimony of some of the sales people, as well as the testimony of the victims who spoke with the sales people, in addition to some audiotapes procured by some of the victims, and the victims' own testimony.

The evidence would also prove that the defendant Salvatore Romano was, in fact, the sales manager of the salespeople at the subject companies, and he, in fact, made misrepresentations to victims over the phone using the alias Steve Anderson. The misrepresentations involved promises of a secondary purchaser for the coins once the victims purchased the coins. We would prove that through the testimony of the victims, in addition to audiotapes made by the victims of the defendant Salvatore Romano.

With respect to the defendant Vincent Romano, the evidence would prove that he was the office manager, and lead grader of the coins at the subject companies. The testimony would be that he purchased coins that were ungraded. They were just really uncirculated coins with a range and each and every coin he purchased he upgraded to an MS 64 plus which is a significantly higher grade and he, in fact, sold those coins to the customers through the salespeople at the falsely inflated grade and he was aware of the misrepresentations being made by the sales people regarding the existence of a secondary purchaser.

All of these allegations we have proven through the testimony as I stated of the victims. The victims have the paperwork to corroborate their stories, the salespeople, in addition to several office employees that worked at the subject companies.

THE COURT: And the government would be able to prove the use of the mails and the interstate wires to facilitate.

MS. GATZ: Yes. I apologize.

The government would prove this was a telemarketing operation where the calls were made from the Eastern District of New York to almost every other state of the United States, and through phone records, as well as testimony of the witnesses.

In addition, the government would prove through Federal Express records and mail records that coins were shipped out from subject companies from the office side where Vincent Romano worked and that often Federal Express or other mail carriers were sent by the subject companies to the victims' homes to pick up checks that were therein sent back to the Eastern District of New York.

THE COURT: And you would be able to prove this conspiracy took place from 2001 to 2008?

MS. GATZ: Yes, your Honor.

THE COURT: And each defendant committed an act within the statute of limitations?

MS. GATZ: Yes.

THE COURT: Okay. Thank you.

Mr. Joseph Romano, did the government accurately summarize your conduct in connection with the case?

DEFENDANT J. ROMANO: Well, except for one part which I disagree with --

THE COURT: Why don't you speak to Mr. Carnesi first.

(Whereupon, there was a pause in the proceedings.)

DEFENDANT J. ROMANO: Your Honor, I was aware of the investor pitch which the prosecutor speaks of.

But I didn't train people on an investor pitch.

THE COURT: Okay.

You didn't do the training yourself.

DEFENDANT J. ROMANO: I trained people how to sell, how to talk -- speak over the phone, but I didn't train them in the investor pitch.

THE COURT: But you knew the false investor pitch was being used, correct?

DEFENDANT J. ROMANO: Yes, sir.

THE COURT: And you approved of others doing the training?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: With that correction, you agree with what she said?

DEFENDANT J. ROMANO: Yes, I do.

THE COURT: And Salvatore Romano, did you hear what she summarized regarding the conduct, do you agree with what she said?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano, did you hear what she said regarding your conduct and you agree with what she said?

DEFENDANT V. ROMANO: Yes, sir.

THE COURT: Joseph Romano, please stand.

How do you now plead to count one of superseding indictment S2-09-170, guilty or not guilty?

DEFENDANT J. ROMANO: Guilty, your Honor.

THE COURT: Did you do what you are charged with doing in count one?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Are you pleading guilty because you are guilty?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Are you pleading guilty voluntarily and of your own free will?

DEFENDANT J. ROMANO: Yes, your Honor?

THE COURT: You can be seated.

Salvatore Romano, please stand.

How do you now plead to count one of superseding indictment 09-170 S2, guilty or not guilty?

DEFENDANT S. ROMANO: Guilty, your Honor.

THE COURT: Did you do what you are charged with doing in count one?

DEFENDANT S. ROMANO: Yes.

THE COURT: Are you pleading guilty because you are guilty?

DEFENDANT S. ROMANO: Yes.

THE COURT: Are you pleading guilty voluntarily and of your own free will?

DEFENDANT S. ROMANO: Yes.

THE COURT: You can be seated.

Vincent Romano.

How do you now plead to count one of superseding indictment S2-09-170 guilty or not guilty?

DEFENDANT V. ROMANO: Guilty.

THE COURT: Did you do what you are charged with doing in count one?

DEFENDANT V. ROMANO: Yes, sir.

THE COURT: Are you pleading guilty because you are guilty?

DEFENDANT V. ROMANO: Yes.

THE COURT: Are you pleading guilty voluntarily and of your own free will?

DEFENDANT V. ROMANO: Yes.

THE COURT: You can be seated.

Because each defendant acknowledged they are guilty as charged in count one of the superseding indictment, S2-09-170, because each of them know their rights and are waiving them, because the plea for each of them is entered knowingly and voluntarily and is supported by an independent basis in fact for each of the elements in the offense, I accept each of the defendants' guilty pleas and I adjudge Joseph Romano guilty of count one, superseding indictment S2, I adjudge Salvatore Romano guilty of count one of the superseding indictment S2, and I adjudge Vincent Romano guilty of superseding indictment

S2.

I will direct that the probation department prepare the presentence report. Defense counsel wish to be present for any interview of their client?

MR. CARNESI: Yes, your Honor.

MR. GEDULDIG: Yes, your Honor.

MR. MERINGOLO: Yes, your Honor.

THE COURT: That should be noted.

I don't know if we figured out a sentencing date with the lawyers. We don't have the calendar down here. We'll set a date. If it turns out that's a bad date, just write a letter. There's nothing magical about the date. Just let us know.

I want to make sure for the two defendants on bail, your lawyers are going to communicate the sentencing -- actually, does the government have a calendar? Why don't we do that.

MR. SULLIVAN: Sure.

MS. GATZ: You want to do it --

THE COURT: January.

MS. GATZ: I was going to say next year.

Do you want a Friday?

THE COURT: Yes.

MS. GATZ: The 21st and 28th are two Fridays.

THE COURT: How about January 21st, we'll

schedule Joseph Romano for 1:30, Salvatore Romano for 2:30 and Vincent Romano for 3:30.

MR. CARNESI: That's fine, Judge.

THE COURT: Salvatore Romano, Vincent Romano, you understand you are required to appear on those dates for sentencing unless you are advised by your attorneys the date has been adjourned and if you fail to appear you are subject to potential additional charges including bail jumping, you understand that Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes, your Honor.

THE COURT: Anything else from the government today?

MS. GATZ: We did hand out preliminary orders of forfeiture for the court's review.

Counsel have been provided with a copy.

THE COURT: Just give me one second.

Mr. Carnesi.

MR. CARNESI: The only other thing is, I understand that the court ordered Mr. Romano to be transferred to a facility in Queens from East Meadow.

We are requesting now that he be transferred back to East Meadow. Ms. Gatz has contacted the marshals to try to arrange it.

I'm assuming there is nothing in your order from preventing that.

THE COURT: No.

MS. GATZ: I spoke to the marshals and they told me they would take him back to Nassau to the same place he was before.

THE COURT: That was only done to avoid him coming in an hour late.

MR. CARNESI: I understand.

MR. GEDULDIG: Judge, on the preliminary order of forfeiture, I had asked I guess your secretary regarding paragraph three of that, it indicates that interest should start running from the date of sentence.

At this point in time, my client probably will be in jail for a period of time. I was wondering if the interest could start running on his release from prison.

MS. GATZ: Your Honor, we could strike that provision.

I'm advised that it's paragraph three and we can strike it.

THE COURT: Paragraph three, the first sentence I will delete or the whole paragraph?

Just the first sentence, right?

MR. GEDULDIG: Yes.

MS. GATZ: The first sentence. Yes.

Thank you.

THE COURT: Is that in each of the defendants' plea agreements?

MR. CARNESI: We all request the same change.

MS. GATZ: I have no objection to striking that sentence in each of the preliminary orders of forfeiture.

It is different, though, I'm told.

THE COURT: I don't see it in the other ones.

MS. GATZ: It shouldn't be in the other two.

THE COURT: It's not.

Mr. Carnesi.

MR. CARNESI: I'm just looking at it now, Judge. It appears that it's not.

THE COURT: Mr. Carnesi, you agree with this preliminary order of forfeiture?

MR. CARNESI: Yes.

THE COURT: And Joseph Romano?

DEFENDANT J. ROMANO: Yes, your Honor.

THE COURT: Mr. Meringolo, you agree to this preliminary order of forfeiture?

MR. MERINGOLO: Yes, your Honor.

THE COURT: And Salvatore Romano?

DEFENDANT S. ROMANO: Yes, your Honor.

THE COURT: And Mr. Geduldig, you agree to this preliminary order of forfeiture with that one change?

MR. GEDULDIG: Yes, your Honor.

THE COURT: Vincent Romano?

DEFENDANT V. ROMANO: Yes.

THE COURT: Anything else from the government?

MS. GATZ: No, your Honor.

THE COURT: From the defense?

MR. CARNESI: No, sir.

THE COURT: Mr. Meringolo?

MR. MERINGOLO: No, your Honor.

THE COURT: Mr. Geduldig?

MR. GEDULDIG: No, Judge.

THE COURT: Thank you.

Have a good day.

(The matter concluded.)

## $

**$100** [1] - 226:6
**$175,000** [2] - 236:23, 237:6
**$250,000** [1] - 225:25
**$760,000** [1] - 239:22

## 0

**09-170** [1] - 250:14

## 1

**1** [2] - 229:22, 230:5
**1.1** [1] - 236:21
**100** [1] - 208:22
**108** [3] - 239:5, 239:7
**11201** [1] - 208:14
**11722** [1] - 208:22
**1180** [1] - 208:22
**12** [1] - 218:12
**12th** [1] - 214:15
**130** [1] - 236:7
**135** [2] - 236:6, 236:8
**180** [1] - 231:15
**188** [2] - 231:14, 231:16
**1:30** [1] - 253:1

## 2

**2** [4] - 210:8, 210:16, 229:25, 235:2
**20** [1] - 225:15
**2001** [3] - 241:14, 242:22, 248:9
**2003** [1] - 244:4
**2008** [4] - 241:14, 242:22, 244:4, 248:9
**2010** [1] - 208:6
**21st** [2] - 252:24, 252:25
**22** [1] - 233:21
**2255** [3] - 231:12, 236:4, 239:2
**28** [1] - 208:6
**28th** [1] - 252:24
**29** [1] - 233:20
**2:30** [1] - 253:1

## 3

**3** [2] - 230:1, 238:6
**35** [2] - 233:14, 233:16
**38th** [2] - 233:14, 233:16
**3:30** [1] - 253:2

## 4

**41** [1] - 215:16
**46** [1] - 214:13
**47** [1] - 213:9
**48** [3] - 213:20, 214:24, 216:2

## 6

**6011** [1] - 233:24
**63-65** [1] - 233:17
**631** [2] - 208:22, 208:22
**64** [1] - 247:7
**6F** [1] - 233:16
**6G** [1] - 233:15

## 7

**7** [1] - 233:5
**7084** [1] - 233:19
**712-6106** [1] - 208:22
**712-6122** [1] - 208:22

## 8

**8** [2] - 240:1, 240:3

## 9

**92** [1] - 237:5
**9:30** [1] - 209:5
**9:45** [1] - 208:7

## A

**a.m** [1] - 208:7
**able** [2] - 247:17, 248:8
**absolutely** [1] - 215:3
**accept** [5] - 211:20, 221:4, 233:5, 236:20, 251:21
**account** [11] - 228:7, 228:12, 233:8, 233:9, 233:10, 233:11, 233:12, 233:13, 236:25, 239:25
**Account** [1] - 233:12
**accounts** [1] - 228:5
**accurate** [1] - 211:2
**accurately** [1] - 248:15
**acknowledge** [1] - 222:2
**acknowledged** [2] - 232:9, 251:15
**act** [3] - 224:2, 248:11
**actual** [1] - 234:2
**addiction** [6] - 213:16, 213:17, 214:17, 214:18, 215:23, 215:24
**addition** [10] - 232:16, 234:14, 236:24, 237:3, 239:18, 242:13, 246:15, 246:24, 247:15, 248:1
**additional** [2] - 225:21, 253:8
**address** [1] - 234:2
**adjourned** [1] - 253:7
**adjudge** [3] - 251:22, 251:23, 251:25
**admit** [1] - 222:2
**adverse** [1] - 220:1
**advised** [3] - 209:4, 253:6, 254:19
**advisory** [2] - 228:19, 238:20
**afford** [1] - 218:23
**ago** [2] - 230:21, 230:23
**agree** [12] - 218:13, 224:22, 234:6, 236:2, 236:9, 239:1, 249:12, 249:16, 249:20, 255:14, 255:19, 255:24
**agreeable** [1] - 211:14
**agreed** [1] - 239:21
**agreeing** [3] - 231:10, 231:16, 237:9
**agreement** [28] - 223:19, 226:9, 229:4, 229:15, 229:22, 229:24, 229:25, 230:15, 230:17, 230:21, 232:3, 233:4, 234:9, 234:12, 234:13, 234:15, 234:21, 237:1, 237:16, 237:19, 237:25, 238:6, 240:9, 240:11, 240:13, 240:19, 242:5, 244:24
**agreements** [4] - 209:15, 210:23, 232:8, 255:3
**agrees** [8] - 233:3, 233:5, 233:23, 236:19, 236:22, 237:2, 239:23, 240:2
**ahead** [2] - 233:1, 244:3
**alcohol** [3] - 213:17, 214:18, 215:24
**alcoholic** [3] - 213:20, 214:24, 216:2
**alias** [1] - 246:21
**allegations** [1] - 247:12
**allege** [1] - 224:7
**alleged** [2] - 223:24, 224:14
**alleges** [2] - 223:3, 224:24
**almost** [1] - 247:23
**alone** [1] - 227:18
**AMERICA** [1] - 208:3
**amount** [3] - 226:4, 236:21, 239:22
**Anderson** [1] - 246:21
**answer** [1] - 212:20
**answers** [1] - 212:18
**apologize** [2] - 209:3, 247:20
**appeal** [9] - 220:11, 221:14, 229:2, 231:11, 231:17, 236:3, 236:9, 239:1, 239:9
**appear** [3] - 240:4, 253:5, 253:7
**APPEARANCES** [1] - 208:11
**applicable** [1] - 228:20
**application** [2] - 210:2, 210:20
**appointed** [1] - 218:24
**appropriate** [1] - 235:19
**approved** [1] - 249:9
**arguments** [2] - 221:12, 227:24
**arrange** [1] - 253:25
**artifice** [3] - 222:23, 224:11, 224:16
**assessment** [1] - 226:7
**assets** [2] - 233:7, 234:10
**assuming** [1] - 254:1
**attached** [1] - 225:19
**attention** [1] - 231:8
**attorney** [9] - 212:2, 216:20, 221:7, 230:6, 230:12, 235:3, 235:9, 238:7, 238:13
**ATTORNEY** [1] - 208:12
**attorney's** [1] - 217:4
**attorneys** [1] - 253:6
**audiotapes** [2] - 246:15, 246:24
**AUSA** [2] - 208:13, 208:13
**avoid** [1] - 254:7
**aware** [2] - 247:9, 248:23

## B

**background** [1] - 228:4
**bad** [1] - 252:11
**bail** [2] - 252:15, 253:8
**bank** [2] - 233:8, 233:12
**Bank** [3] - 233:9, 233:11, 236:25
**based** [2] - 227:22, 244:10
**basis** [3] - 216:14, 221:11, 251:20
**Beach** [4] - 233:11, 233:21, 233:25, 234:4
**became** [1] - 223:23
**BEFORE** [1] - 208:9
**behalf** [2] - 210:4, 219:12
**below** [7] - 228:21, 231:4, 231:14, 235:20, 236:6, 238:21, 239:5
**beverages** [3] - 213:20, 214:24, 216:2
**beyond** [5] - 218:4, 223:16, 224:5, 225:1, 225:3
**BIANCO** [1] - 208:9
**binding** [4] - 227:20, 232:10, 235:13, 238:18
**Boulevard** [1] - 233:25
**bound** [1] - 230:24
**Boynton** [1] - 233:21
**break** [1] - 233:7
**bringing** [1] - 209:9
**Brooklyn** [1] - 208:14
**brother** [2] - 213:22, 216:4
**brothers** [1] - 244:5
**BY** [1] - 208:13

## C

**calculation** [4] - 230:22, 231:2, 231:3, 235:12

**calendar** [2] - 252:10, 252:17
**Capital** [1] - 233:9
**care** [2] - 213:13, 215:20
**carefully** [1] - 217:14
**CARNESI** [17] - 208:16, 209:6, 210:3, 210:10, 211:11, 214:6, 234:2, 234:5, 241:3, 252:5, 253:3, 253:20, 254:9, 255:4, 255:12, 255:16, 256:7
**Carnesi** [8] - 210:2, 211:10, 214:5, 241:2, 248:19, 253:19, 255:11, 255:14
**carriers** [1] - 248:5
**carries** [1] - 225:14
**case** [9] - 216:20, 218:22, 228:3, 228:25, 231:13, 236:5, 239:4, 239:10, 248:16
**CAT** [1] - 208:25
**caused** [2] - 224:19, 244:18
**Central** [2] - 208:5, 208:22
**certain** [3] - 211:21, 217:11, 227:2
**challenge** [6] - 231:11, 231:17, 236:3, 236:10, 239:2, 239:9
**change** [3] - 220:19, 255:4, 255:25
**charge** [2] - 216:21, 222:17
**charged** [6] - 222:2, 223:20, 250:2, 250:16, 251:5, 251:16
**charges** [6] - 217:19, 220:21, 222:19, 222:22, 223:7, 253:8
**CHARLES** [1] - 208:16
**Chase** [1] - 233:13
**checks** [2] - 242:12, 248:6
**chose** [1] - 219:23
**Cider** [1] - 237:5
**citizen** [1] - 226:19
**civil** [1] - 227:2
**clear** [5] - 211:17, 211:19, 213:23, 215:2, 216:5
**CLERK** [1] - 212:15
**client** [3] - 210:4, 252:4, 254:14
**clients** [1] - 240:25
**coin** [3] - 222:24, 246:7, 247:6
**coins** [26] - 223:2, 241:17, 241:18, 241:19, 242:11, 242:14, 242:24, 242:25, 243:2, 243:19, 244:6, 244:7, 244:9, 244:14, 244:17, 245:7, 245:18, 246:10, 246:11, 246:22, 246:23, 247:3, 247:4, 247:5, 247:8, 248:2
**collectible** [1] - 244:5
**college** [2] - 213:11, 215:18
**coming** [1] - 254:8
**commit** [3] - 221:15, 222:20, 241:15
**committed** [3] - 224:2, 228:14, 248:11
**committing** [1] - 228:6
**communicate** [1] - 252:15
**companies** [7] - 222:24, 246:7, 246:19, 247:3, 247:16, 248:3, 248:5
**compel** [1] - 219:14
**competence** [3] - 214:4, 215:8, 216:11
**competent** [2] - 216:17, 218:4
**complete** [2] - 237:18, 240:13
**concluded** [1] - 256:14
**condition** [1] - 225:18
**conditions** [1] - 225:20
**conduct** [4] - 228:14, 248:16, 249:16, 249:20
**confirm** [1] - 210:25
**conjunction** [1] - 235:18
**Connecticut** [1] - 237:6
**connection** [4] - 222:23, 224:2, 224:10, 248:16
**consents** [1] - 211:9
**consider** [5] - 228:2, 228:9, 228:18, 228:23, 238:21
**considered** [1] - 221:11
**considering** [1] - 235:21
**conspiracy** [12] - 222:19, 222:22, 223:17, 223:19, 223:24, 224:3, 224:7, 224:10, 224:23, 245:12, 245:21, 248:9
**conspired** [3] - 241:15, 242:23, 244:5
**constitute** [4] - 234:12, 234:15, 237:18, 240:12
**constitution** [1] - 217:12
**Constitution** [1] - 217:17
**constitutional** [2] - 219:23, 219:24
**consult** [1] - 212:2
**consultation** [1] - 231:1
**contact** [1] - 241:16
**contacted** [1] - 253:24
**contained** [4] - 217:19, 220:21, 222:21, 240:8
**contains** [2] - 230:21, 238:17
**continue** [1] - 220:20
**Continued** [1] - 209:25
**continues** [1] - 209:1
**conversations** [1] - 243:15
**convicted** [2] - 220:10, 228:7
**conviction** [6] - 231:12, 231:18, 236:5, 236:10, 239:3, 239:9
**Copiague** [1] - 233:18
**copy** [1] - 253:17
**correct** [3] - 210:9, 210:24, 249:7
**correction** [1] - 249:12
**corroborate** [1] - 247:14
**cost** [1] - 218:24
**counsel** [9] - 209:15, 214:3, 215:7, 216:10, 216:16, 232:9, 240:24, 252:3, 253:17
**count** [20] - 210:6, 210:16, 210:20, 222:18, 222:19, 223:7, 224:10, 225:12, 225:14, 241:1, 241:10, 249:24, 250:3, 250:13, 250:17, 251:2, 251:6, 251:16, 251:22, 251:24
**County** [1] - 233:11
**couple** [2] - 230:14, 244:15
**COURT** [229] - 208:1, 208:9, 209:2, 209:10, 209:18, 209:21, 210:1, 210:8, 210:11, 210:17, 210:22, 210:25, 211:4, 211:6, 211:8, 211:14, 211:17, 212:7, 212:10, 212:12, 212:17, 212:23, 212:25, 213:2, 213:8, 213:10, 213:12, 213:15, 213:19, 213:23, 213:25, 214:3, 214:7, 214:9, 214:12, 214:14, 214:16, 214:20, 215:2, 215:4, 215:7, 215:12, 215:15, 215:17, 215:19, 215:22, 216:1, 216:5, 216:7, 216:10, 216:14, 216:24, 217:1, 217:3, 217:6, 217:8, 217:10, 217:23, 217:25, 218:2, 218:8, 218:10, 218:12, 218:17, 218:19, 218:21, 219:2, 219:4, 219:6, 219:18, 219:20, 219:22, 220:6, 220:8, 220:10, 220:14, 220:16, 220:18, 220:25, 221:2, 221:4, 221:19, 221:21, 221:23, 222:5, 222:7, 222:9, 222:13, 222:15, 222:17, 223:9, 223:11, 223:13, 225:6, 225:8, 225:10, 226:15, 226:17, 226:19, 226:22, 226:24, 227:1, 227:7, 227:9, 227:11, 229:10, 229:12, 229:14, 229:17, 229:19, 229:21, 230:4, 230:8, 230:11, 230:14, 231:8, 231:21, 231:24, 232:18, 232:22, 232:24, 233:1, 234:11, 234:17, 234:19, 234:23, 235:1, 235:5, 235:8, 235:11, 235:17, 235:25, 236:13, 236:16, 237:8, 237:11, 237:15, 237:21, 237:23, 238:2, 238:5, 238:9, 238:12, 238:15, 238:25, 239:13, 239:16, 240:6, 240:11, 240:17, 240:21, 240:24, 241:4, 241:6, 241:8, 241:22, 241:25, 242:4, 242:8, 242:13, 242:17, 242:20, 243:4, 243:11, 243:14, 243:18, 243:21, 243:24, 244:2, 244:16, 244:24, 245:3, 245:6, 245:10, 245:14, 245:17, 245:20, 245:24, 246:2, 247:17, 248:8, 248:11, 248:14, 248:19, 249:1, 249:6, 249:9, 249:12, 249:15, 249:19, 249:23, 250:2, 250:5, 250:8, 250:11, 250:16, 250:19, 250:22, 250:25, 251:5, 251:8, 251:11, 251:14, 252:8, 252:20, 252:23, 252:25, 253:4, 253:11, 253:13, 253:18, 254:3, 254:7, 254:21, 255:2, 255:8, 255:10, 255:14, 255:17, 255:19, 255:22, 255:24, 256:2, 256:4, 256:6, 256:8, 256:10, 256:12
**Court** [8] - 208:21, 229:22, 229:24, 230:1, 235:2, 238:6, 240:1, 240:3
**court** [14] - 219:7, 226:4, 227:18, 227:21, 228:9, 230:4, 231:13, 232:13, 235:13, 238:19, 239:4, 253:21
**court's** [1] - 253:16
**Courthouse** [1] - 208:5
**CR-09-170** [1] - 208:4
**credit** [1] - 225:22
**crime** [5] - 221:15, 226:5, 226:12, 228:4, 228:6
**criminal** [3] - 226:8, 228:13, 228:14
**cross** [1] - 219:9
**cross-examine** [1] - 219:9
**current** [2] - 228:1, 234:9
**customers** [15] - 222:23,

222:25, 241:16, 242:1, 242:2, 242:5, 243:6, 243:14, 244:20, 244:22, 245:1, 245:4, 245:15, 246:9, 247:8

## D

**date** [7] - 236:23, 252:9, 252:11, 252:12, 253:7, 254:13
**dates** [1] - 253:5
**deal** [1] - 244:21
**decided** [1] - 219:25
**decision** [1] - 232:13
**decline** [1] - 232:12
**DEFENDANT** [173] - 211:3, 211:5, 211:7, 212:6, 212:9, 212:11, 212:22, 212:24, 213:1, 213:7, 213:9, 213:11, 213:14, 213:18, 213:21, 213:24, 214:2, 214:11, 214:13, 214:15, 214:19, 214:25, 215:3, 215:6, 215:14, 215:16, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 217:22, 217:24, 218:1, 218:7, 218:9, 218:11, 218:16, 218:18, 218:20, 219:1, 219:3, 219:5, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:13, 220:15, 220:17, 220:24, 221:1, 221:3, 221:18, 221:20, 221:22, 222:4, 222:6, 222:8, 222:12, 222:14, 222:16, 223:8, 223:10, 223:12, 225:5, 225:7, 225:9, 226:14, 226:16, 226:18, 226:21, 226:23, 226:25, 227:6, 227:8, 227:10, 229:9, 229:11, 229:13, 229:16, 229:18, 229:20, 230:7, 230:10, 230:13, 231:7, 231:20, 231:23, 232:21, 232:23, 232:25, 234:16, 234:18, 234:22, 234:25, 235:4, 235:7, 235:10, 235:16, 235:24, 236:12, 236:15, 237:10, 237:14, 237:20, 237:22, 238:1, 238:4, 238:8, 238:11, 238:14, 238:24, 239:12, 239:15, 240:10, 240:16, 240:20, 240:23, 241:14, 241:24, 242:3, 242:7, 242:16, 242:22, 243:10, 243:13, 243:17, 243:20, 243:23, 244:4, 244:21, 245:2, 245:5, 245:9, 245:13, 245:16, 245:19, 245:23, 248:17, 248:23, 249:3, 249:8, 249:11, 249:14, 249:18, 249:22, 250:1, 250:4, 250:7, 250:10, 250:15, 250:18, 250:21, 250:24, 251:4, 251:7, 251:10, 251:13, 253:10, 253:12, 255:18, 255:23, 256:3
**Defendant** [1] - 208:7
**defendant** [13] - 211:18, 233:2, 233:3, 234:8, 236:21, 239:21, 240:2, 246:6, 246:17, 246:25, 247:1, 248:11, 251:15
**defendant's** [1] - 215:8
**defendants** [10] - 210:2, 211:1, 211:10, 212:16, 232:2, 232:9, 232:15, 246:4, 252:14
**Defendants** [1] - 208:16
**defendants'** [3] - 216:14, 251:21, 255:2
**defense** [4] - 219:15, 240:24, 252:3, 256:6
**defenses** [1] - 216:20
**defraud** [6] - 222:23, 224:11, 224:16, 224:18, 242:5, 245:21
**Deft** [2] - 208:17, 208:18
**delay** [1] - 209:3
**delete** [1] - 254:22
**demeanor** [1] - 216:16
**Department** [6] - 232:6, 232:10, 232:11, 237:4, 239:20
**department** [2] - 227:23, 252:2
**derived** [1] - 225:25
**describe** [3] - 217:10, 223:13, 227:11
**designated** [1] - 240:4
**desire** [1] - 219:12
**detail** [2] - 223:5, 240:8
**details** [1] - 222:21
**deter** [1] - 228:6
**determination** [1] - 227:17
**determine** [3] - 231:2, 235:17, 238:19
**determined** [1] - 226:4
**devise** [1] - 222:22
**DHL** [1] - 244:15
**different** [2] - 224:24, 255:7
**dinner** [1] - 215:1
**direct** [1] - 252:2
**disagree** [1] - 248:18
**discuss** [4] - 216:19, 230:11, 235:9, 238:12
**discussed** [2] - 221:6, 222:10
**District** [5] - 241:21, 242:1, 242:23, 247:23, 248:7
**DISTRICT** [3] - 208:1, 208:1, 208:9
**doctor** [2] - 213:13, 215:20
**DOJ** [1] - 232:15
**dollars** [1] - 236:21
**done** [2] - 243:2, 254:7
**doubt** [8] - 214:3, 215:7, 216:10, 218:4, 223:16, 224:5, 225:1, 225:4
**down** [1] - 252:10
**draw** [1] - 220:1
**Drive** [1] - 233:20
**drug** [3] - 213:17, 214:18, 215:24
**drugs** [4] - 213:19, 214:20, 214:23, 216:1
**during** [1] - 219:6

## E

**East** [4] - 233:14, 233:16, 253:22, 253:24
**Eastern** [5] - 241:21, 242:1, 242:23, 247:23, 248:7
**EASTERN** [1] - 208:1
**EDNY** [1] - 232:9
**either** [3] - 215:7, 216:10, 242:11
**elements** [5] - 223:14, 223:16, 224:9, 225:2, 251:20
**emphasize** [4] - 228:17, 230:20, 230:23, 235:11
**employees** [1] - 247:15
**engaged** [1] - 243:15
**enter** [9] - 210:6, 210:15, 216:17, 220:19, 221:10, 234:20, 237:24, 239:21, 240:18
**entered** [4] - 210:5, 223:18, 229:14, 251:19
**entire** [3] - 234:13, 234:15, 240:13
**entitled** [2] - 217:18, 218:22
**ESQ** [4] - 208:12, 208:16, 208:18, 208:19
**establish** [2] - 211:21, 211:24
**estimate** [6] - 230:22, 230:24, 230:25, 238:18
**event** [3] - 231:13, 236:5, 239:4
**evidence** [5] - 218:4, 219:10, 219:12, 246:17, 247:2
**exaggerated** [1] - 244:9
**examine** [1] - 219:9
**except** [1] - 248:17
**excessive** [2] - 244:6, 244:8
**execution** [1] - 224:18
**Exhibit** [6] - 229:22, 229:25, 230:1, 230:5, 235:2, 238:6
**existence** [3] - 241:18, 246:10, 247:11
**expense** [1] - 218:24
**Express** [3] - 244:15, 248:2, 248:4
**extent** [1] - 229:3

## F

**facilitate** [1] - 247:19
**facility** [2] - 240:5, 253:22
**fact** [6] - 220:2, 246:7, 246:18, 246:19, 247:8, 251:20
**factor** [1] - 228:9
**factors** [4] - 228:3, 228:22, 235:21, 238:22
**fail** [1] - 253:7
**false** [12] - 212:20, 223:1, 224:12, 241:17, 241:23, 243:8, 244:8, 244:16, 244:25, 245:4, 245:7, 249:6
**falsely** [1] - 247:9
**far** [3] - 213:10, 214:14, 215:17
**Farmington** [1] - 236:25
**Fax** [1] - 208:22
**FCRR** [1] - 208:21
**federal** [1] - 227:15
**Federal** [4] - 208:22, 244:15, 248:2, 248:4
**figured** [1] - 252:9
**file** [5] - 231:10, 236:3, 236:9, 239:1, 239:8
**filling** [1] - 234:8
**finally** [1] - 228:24
**fine** [2] - 225:24, 253:3
**finish** [1] - 214:21
**firearm** [1] - 227:5
**First** [1] - 233:8
**first** [8] - 223:17, 224:11, 227:14, 230:20, 248:20, 254:21, 254:23, 254:25
**five** [4] - 209:20, 224:3, 237:1, 240:1
**Florida** [4] - 233:9, 233:20, 233:21, 233:25
**focus** [2] - 231:8, 235:25
**follow** [4] - 225:17, 232:12, 232:15, 243:5
**following** [1] - 233:7
**forced** [4] - 234:20, 237:24,

240:18, 240:19
**forfeit** [2] - 236:20, 239:21
**forfeiture** [20] - 226:8, 230:17, 231:25, 232:2, 232:7, 232:17, 233:3, 233:4, 234:10, 236:17, 237:9, 239:17, 239:24, 240:7, 253:16, 254:11, 255:6, 255:15, 255:20, 255:25
**forgot** [1] - 237:11
**form** [1] - 234:8
**former** [1] - 210:15
**forth** [2] - 228:15, 239:25
**four** [6] - 231:9, 231:10, 236:1, 236:2, 238:25, 239:1
**frame** [1] - 223:24
**fraud** [6] - 222:20, 223:21, 224:7, 224:8, 241:15
**fraudulent** [4] - 223:1, 223:4, 224:13, 224:17
**free** [4] - 218:24, 250:9, 250:23, 251:12
**Friday** [1] - 252:22
**Fridays** [1] - 252:24
**full** [5] - 210:7, 211:18, 213:5, 214:9, 215:12
**fully** [4] - 216:17, 230:11, 233:6, 235:5

## G

**gain** [1] - 225:25
**GATZ** [24] - 208:13, 209:14, 209:19, 209:22, 232:1, 233:2, 234:4, 234:6, 236:18, 239:18, 246:5, 247:20, 248:10, 248:13, 252:19, 252:21, 252:24, 253:15, 254:4, 254:17, 254:25, 255:5, 255:9, 256:5
**Gatz** [5] - 209:8, 234:14, 237:16, 240:12, 253:24
**Geduldig** [3] - 241:6, 255:24, 256:10
**GEDULDIG** [11] - 208:18, 210:19, 210:24, 211:12, 215:10, 241:7, 252:6, 254:10, 254:24, 256:1, 256:11
**gentlemen** [2] - 211:20, 241:8
**glass** [3] - 213:21, 214:25, 216:3
**Government** [1] - 208:12
**government** [35] - 210:23, 214:7, 218:3, 219:7, 219:10, 219:11, 223:14, 224:24, 225:3, 227:20, 229:15, 230:17, 231:24, 232:5, 233:23, 234:13, 234:15, 236:16, 237:2, 237:5, 237:19, 239:16, 240:2, 240:14, 242:9, 246:2, 246:5, 246:12, 247:17, 247:21, 248:1, 248:15, 252:16, 253:13, 256:4
**government's** [1] - 211:14
**grade** [8] - 214:15, 244:7, 244:17, 245:1, 246:9, 247:7, 247:9
**graded** [1] - 244:23
**grader** [1] - 247:3
**grades** [1] - 244:10
**greater** [1] - 225:24
**gross** [1] - 226:1
**guess** [1] - 254:11
**guideline** [1] - 230:22
**guidelines** [9] - 228:10, 228:11, 228:12, 228:18, 228:22, 235:13, 235:19, 235:21, 238:16
**guilt** [2] - 220:2, 222:2
**guilty** [58] - 210:6, 210:15, 210:20, 211:20, 211:22, 211:23, 211:25, 216:22, 217:14, 218:4, 218:5, 218:13, 220:19, 220:20, 221:4, 221:8, 221:9, 221:10, 221:16, 221:23, 222:1, 222:18, 225:13, 226:6, 226:12, 227:2, 229:2, 229:5, 234:21, 237:25, 240:19, 241:1, 241:10, 242:21, 249:25, 250:1, 250:5, 250:6, 250:8, 250:14, 250:15, 250:19, 250:20, 250:22, 251:3, 251:4, 251:8, 251:9, 251:11, 251:16, 251:21, 251:22, 251:24, 251:25

## H

**habeas** [1] - 231:11
**hand** [2] - 212:15, 253:15
**happy** [1] - 228:25
**Hawaiian** [1] - 233:8
**hear** [3] - 227:24, 249:15, 249:19
**heard** [1] - 237:12
**Hersey** [1] - 233:20
**higher** [1] - 247:7
**highly** [1] - 244:9
**Highway** [1] - 233:18
**Hines** [2] - 240:1, 240:3
**history** [1] - 228:13
**hold** [1] - 227:3
**homes** [1] - 248:6
**Honor** [91] - 210:3, 210:4, 210:13, 211:3, 211:5, 211:12, 211:16, 212:22, 212:24, 213:1, 214:8, 215:10, 215:11, 216:12, 216:13, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 218:7, 218:9, 218:16, 219:1, 219:3, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:15, 220:24, 221:1, 221:18, 221:20, 222:12, 222:14, 222:16, 223:8, 223:10, 225:5, 225:7, 226:14, 226:16, 226:18, 230:7, 232:1, 234:3, 234:18, 235:4, 237:10, 237:20, 237:22, 238:1, 238:4, 239:19, 241:5, 241:24, 242:7, 242:10, 242:18, 243:10, 243:13, 243:17, 243:20, 244:1, 246:1, 246:5, 248:10, 248:23, 249:11, 249:18, 250:1, 250:4, 250:7, 250:10, 250:15, 252:5, 252:6, 252:7, 253:10, 253:12, 254:17, 255:18, 255:21, 255:23, 256:1, 256:5, 256:9
**HONORABLE** [1] - 208:9
**hospitalized** [3] - 213:15, 214:16, 215:22
**hour** [1] - 254:8
**hours** [3] - 213:20, 214:24, 216:2

## I

**illness** [3] - 213:16, 214:17, 215:23
**immediate** [1] - 239:24
**impose** [4] - 228:5, 228:20, 228:24, 236:6
**imposes** [2] - 231:13, 239:4
**imposing** [1] - 228:2
**imprisonment** [9] - 225:14, 225:15, 225:17, 225:22, 228:15, 231:14, 231:15, 236:6, 239:5
**including** [8] - 213:17, 214:18, 215:24, 216:20, 220:1, 228:3, 228:8, 253:8
**incriminate** [1] - 221:24
**independent** [1] - 251:20
**indicated** [1] - 232:3
**indicates** [1] - 254:12
**indictment** [21] - 210:7, 210:8, 210:16, 210:21, 217:20, 220:22, 222:22, 222:24, 223:5, 223:20, 223:25, 224:14, 241:11, 249:25, 250:14, 251:3, 251:17, 251:23, 251:24, 251:25
**induce** [2] - 241:16, 245:6
**inducements** [3] - 234:20, 237:24, 240:18
**inducing** [2] - 242:24, 243:8
**inference** [1] - 220:1
**inflated** [4] - 242:25, 245:8, 247:9
**informed** [1] - 216:17
**ING** [1] - 233:10
**innocent** [2] - 218:3, 218:14
**intent** [1] - 224:18
**interest** [3] - 236:24, 254:13, 254:16
**interests** [1] - 228:8
**interstate** [4] - 223:3, 224:19, 242:13, 247:18
**interview** [1] - 252:4
**investor** [5] - 241:18, 248:24, 248:25, 249:5, 249:6
**investors** [2] - 243:1, 243:6
**involved** [1] - 246:21
**involving** [1] - 223:2
**Island** [3] - 243:12, 245:11, 245:12
**Islip** [2] - 208:5, 208:22
**issued** [1] - 219:14
**itself** [1] - 229:3

## J

**jail** [6] - 225:21, 236:8, 239:7, 239:8, 254:15
**January** [2] - 252:20, 252:25
**JFB** [1] - 208:4
**John** [2] - 210:14, 215:14
**JOHN** [1] - 208:19
**joined** [1] - 245:20
**joins** [1] - 210:19
**JOSEPH** [2] - 208:6, 208:9
**Joseph** [42] - 210:5, 211:2, 212:5, 212:21, 213:6, 213:7, 214:4, 216:22, 217:4, 217:21, 218:6, 218:15, 218:25, 219:16, 220:4, 220:12, 220:23, 221:17, 222:3, 222:11, 223:7, 225:4, 226:13, 226:20, 227:5, 229:8, 229:15, 229:22, 230:4, 231:25, 232:20, 233:3, 234:12, 237:12, 241:12, 242:9, 246:6, 248:15, 249:23, 251:22, 253:1,

255:17
**JP** [1] - 233:13
**Judge** [6] - 209:6, 236:18, 241:7, 253:3, 255:12, 256:11
**JUDGE** [1] - 208:9
**judge** [3] - 209:14, 210:19, 254:10
**judgment** [6] - 221:10, 233:5, 236:20, 236:22, 239:22, 239:24
**jumping** [1] - 253:9
**jury** [12] - 209:1, 209:9, 217:19, 218:12, 220:1, 223:15, 223:16, 224:5, 224:9, 224:22, 224:24, 227:4
**Justice** [6] - 232:6, 232:10, 232:11, 237:4, 239:20

## K

**knowing** [1] - 242:24
**knowingly** [6] - 223:23, 224:15, 231:21, 236:13, 239:13, 251:19
**knowledge** [1] - 224:17
**known** [1] - 228:10

## L

**laid** [1] - 223:5
**Lake** [1] - 233:19
**Lane** [1] - 233:22
**LARA** [1] - 208:13
**last** [3] - 213:21, 215:1, 216:3
**late** [1] - 254:8
**law** [10] - 228:1, 228:2, 228:23, 235:22, 236:4, 238:22, 239:3, 242:6, 243:22, 245:22
**laws** [2] - 217:12, 217:17
**lawyer** [6] - 218:23, 219:9, 219:10, 219:11, 227:19
**lawyers** [3] - 224:1, 252:10, 252:15
**lead** [1] - 247:3
**left** [3] - 234:17, 237:21, 240:15
**Leonardo** [1] - 233:19
**less** [3] - 231:16, 236:8, 239:7
**letter** [1] - 252:12
**Levittown** [1] - 233:22
**lien** [3] - 233:24, 234:6, 237:5
**lift** [2] - 233:24, 234:6
**limitations** [2] - 224:4, 248:12
**listed** [5] - 233:9, 233:10, 233:11, 233:13
**listen** [1] - 217:14
**live** [1] - 240:3
**located** [9] - 233:14, 233:16, 233:17, 233:19, 233:20, 233:21, 233:24, 236:25, 240:1
**Lombardi** [1] - 208:21
**looking** [1] - 255:12
**LORETTA** [1] - 208:12
**lose** [1] - 227:2
**loss** [1] - 226:1
**LYNCH** [1] - 208:12

## M

**magical** [1] - 252:12
**mail** [12] - 222:20, 223:4, 223:21, 224:7, 224:21, 242:14, 243:3, 243:18, 244:14, 245:17, 248:2, 248:5
**mailed** [1] - 244:14
**mails** [2] - 242:11, 247:18
**manager** [2] - 246:18, 247:2
**mandatory** [7] - 225:11, 226:6, 226:7, 226:11, 228:19, 232:7, 232:16
**mark** [1] - 229:22
**marshals** [3] - 209:4, 253:24, 254:4
**MARTIN** [1] - 208:18
**material** [1] - 244:23
**materially** [2] - 223:1, 224:12
**matter** [2] - 228:25, 256:14
**maximum** [5] - 225:11, 225:14, 225:16, 225:24, 226:10
**Meadow** [2] - 253:22, 253:24
**means** [3] - 223:1, 228:18, 239:6
**mechanical** [1] - 208:24
**medicine** [4] - 213:19, 214:20, 214:23, 216:1
**member** [1] - 223:23
**members** [1] - 245:11
**mental** [3] - 213:16, 214:17, 215:23
**MERINGOLA** [8] - 208:19, 210:13, 211:13, 216:12, 241:5, 252:7, 255:21, 256:9
**Meringolo** [4] - 210:14, 241:4, 255:19, 256:8
**Merrick** [1] - 233:18
**might** [2] - 216:21, 228:13
**Mill** [1] - 237:5
**million** [2] - 233:5, 236:21
**mind** [4] - 213:23, 215:2, 216:5, 220:20
**minimum** [2] - 225:11, 225:15
**minutes** [1] - 209:20
**misrepresentations** [5] - 243:6, 246:9, 246:20, 246:21, 247:10
**misrepresented** [1] - 243:1
**misunderstanding** [1] - 230:18
**moment** [4] - 209:8, 221:25, 230:20, 230:23
**money** [7] - 222:25, 224:12, 233:5, 236:20, 236:22, 239:22, 239:23
**Montauk** [1] - 233:17
**months** [9] - 231:14, 231:15, 231:16, 236:6, 236:7, 236:8, 239:5, 239:7
**Morgan** [1] - 233:13
**morning** [2] - 209:2, 209:3
**motions** [1] - 224:1
**moving** [1] - 235:1
**MR** [42] - 209:6, 210:3, 210:10, 210:13, 210:19, 210:24, 211:11, 211:12, 211:13, 211:16, 214:6, 214:8, 215:10, 215:11, 216:12, 216:13, 234:2, 234:5, 241:3, 241:5, 241:7, 242:10, 242:18, 244:1, 246:1, 252:5, 252:6, 252:7, 252:18, 253:3, 253:20, 254:9, 254:10, 254:24, 255:4, 255:12, 255:16, 255:21, 256:1, 256:7, 256:9, 256:11
**MS** [24] - 209:14, 209:19, 209:22, 232:1, 233:2, 234:4, 234:6, 236:18, 239:18, 246:5, 247:7, 247:20, 248:10, 248:13, 252:19, 252:21, 252:24, 253:15, 254:4, 254:17, 254:25, 255:5, 255:9, 256:5
**Mutual** [2] - 233:12, 239:25

## N

**name** [6] - 211:18, 212:7, 213:5, 214:10, 215:12, 228:11
**Nassau** [1] - 254:5
**nature** [3] - 224:17, 228:4, 244:12
**necessary** [1] - 209:6
**need** [7] - 209:14, 211:23, 212:4, 228:4, 228:5, 228:7, 241:8
**NEW** [1] - 208:1
**New** [16] - 208:5, 208:14, 208:22, 233:15, 233:16, 233:17, 233:18, 233:22, 240:2, 241:21, 242:2, 242:23, 243:16, 247:23, 248:7
**next** [3] - 209:25, 228:1, 252:21
**night** [3] - 213:22, 215:1, 216:4
**none** [1] - 227:20
**noted** [1] - 252:8
**nothing** [4] - 227:18, 227:19, 252:12, 254:1
**number** [4] - 228:3, 233:8, 233:9, 239:25

## O

**object** [1] - 219:10
**objection** [1] - 255:5
**objective** [4] - 224:6, 224:20, 224:21, 224:23
**objectives** [5] - 224:7, 224:8, 224:9, 224:24, 225:1
**obligation** [1] - 231:1
**observations** [1] - 216:15
**obtain** [2] - 222:25, 224:12
**obviously** [1] - 240:8
**occurred** [1] - 237:7
**Ocean** [2] - 233:25, 234:3
**ocean** [1] - 234:4
**OF** [3] - 208:1, 208:3, 208:8
**offense** [4] - 223:14, 226:1, 226:2, 251:21
**offer** [2] - 219:11, 223:2
**offered** [4] - 219:11, 234:19, 237:23, 240:17
**offering** [6] - 216:22, 220:18, 222:18, 225:13, 226:5, 226:12
**offers** [1] - 210:20
**office** [4] - 227:4, 247:2, 247:15, 248:3
**Official** [1] - 208:21
**often** [1] - 248:4
**old** [4] - 213:8, 214:12, 215:15, 215:16
**once** [1] - 246:22
**one** [25] - 210:6, 210:16, 210:21, 218:23, 219:25, 222:18, 222:19, 223:7, 224:25, 225:12, 225:14, 241:1, 241:10, 248:17, 249:24, 250:3, 250:13, 250:17, 251:2, 251:6, 251:16, 251:22, 251:24, 253:18, 255:25
**One** [1] - 208:14
**ones** [1] - 255:8

**operation** [2] - 244:6, 247:22
**oral** [2] - 237:16, 240:12
**orally** [1] - 234:14
**order** [9] - 222:1, 223:4, 226:3, 232:6, 254:1, 254:10, 255:15, 255:20, 255:25
**ordered** [1] - 253:21
**orders** [2] - 253:15, 255:6
**originals** [1] - 229:21
**otherwise** [6] - 231:11, 231:17, 236:3, 236:9, 239:2, 239:9
**outline** [5] - 230:14, 230:17, 231:24, 236:16, 239:16
**outlined** [2] - 223:20, 226:8
**outside** [1] - 243:15
**own** [9] - 219:12, 231:1, 241:9, 241:13, 242:21, 246:16, 250:9, 250:23, 251:12
**owner** [1] - 246:7

## P

**page** [1] - 209:25
**Palm** [3] - 233:10, 233:25, 234:4
**paperwork** [1] - 247:14
**paragraph** [12] - 231:9, 231:10, 235:25, 236:2, 236:25, 238:25, 239:1, 239:25, 254:12, 254:19, 254:21, 254:22
**parole** [2] - 227:14, 227:16
**part** [2] - 230:17, 248:17
**partially** [3] - 233:6, 236:22, 239:23
**participant** [1] - 223:23
**participated** [3] - 224:16, 242:4, 245:21
**particular** [1] - 222:20
**parties** [2] - 231:2, 235:18
**past** [4] - 213:20, 214:24, 216:2, 224:3
**Paul** [1] - 208:21
**pause** [4] - 209:11, 209:23, 230:2, 248:21
**pay** [1] - 232:16
**payment** [2] - 236:23, 243:19
**payments** [1] - 242:15
**pecuniary** [2] - 225:25, 226:1
**penalties** [5] - 212:19, 225:11, 225:12, 226:11
**people** [8] - 218:12, 242:25, 243:19, 246:13, 246:14, 247:10, 248:25, 249:3
**period** [1] - 254:15
**perjury** [1] - 212:19
**permitted** [1] - 241:1
**persons** [2] - 223:18, 226:1
**petition** [2] - 231:11, 236:3
**Ph** [1] - 208:22
**phone** [4] - 243:6, 246:20, 247:24, 249:4
**phones** [3] - 242:24, 243:3, 243:11
**pick** [1] - 248:6
**Pierrepont** [1] - 208:14
**pills** [3] - 213:20, 214:23, 216:2
**pitch** [4] - 248:24, 248:25, 249:5, 249:7
**place** [2] - 248:9, 254:5
**plain** [1] - 239:6
**Plaza** [2] - 208:14, 208:22
**plea** [26] - 209:15, 210:5, 210:6, 210:15, 210:16, 210:22, 211:9, 211:20, 216:17, 220:19, 220:20, 221:5, 221:11, 226:9, 227:2, 229:2, 229:4, 229:5, 229:14, 229:24, 229:25, 232:8, 233:4, 240:8, 251:18, 255:3
**PLEA** [1] - 208:8
**plead** [21] - 210:20, 211:22, 214:4, 215:8, 216:11, 216:22, 221:4, 221:8, 221:9, 221:23, 222:18, 225:13, 226:5, 226:12, 234:21, 237:25, 240:19, 241:1, 249:24, 250:13, 251:2
**pleading** [9] - 211:25, 217:13, 221:15, 250:5, 250:8, 250:19, 250:22, 251:8, 251:11
**pleas** [1] - 251:22
**plus** [1] - 247:7
**point** [2] - 241:8, 254:14
**pointed** [1] - 224:1
**possess** [1] - 227:5
**possible** [1] - 216:20
**post** [1] - 225:23
**post-release** [1] - 225:23
**potential** [2] - 241:16, 253:8
**preliminary** [6] - 253:15, 254:10, 255:6, 255:15, 255:20, 255:25
**premises** [1] - 240:1
**prepare** [1] - 252:3
**prepares** [1] - 227:23
**prerelease** [1] - 225:22
**presence** [4] - 219:8, 230:5, 235:2, 238:7
**present** [1] - 252:4
**presentence** [3] - 221:12, 227:23, 252:3
**presumed** [1] - 218:2
**pretenses** [1] - 224:13
**pretrial** [1] - 224:1
**prevail** [1] - 240:25
**preventing** [1] - 254:2
**previously** [4] - 210:5, 225:23, 232:17, 239:18
**prices** [2] - 244:6, 244:10
**prison** [4] - 227:15, 231:16, 240:4, 254:16
**probation** [4] - 227:23, 231:1, 235:18, 252:2
**proceed** [1] - 209:16
**proceeding** [1] - 211:9
**Proceedings** [1] - 208:24
**proceedings** [4] - 209:12, 209:24, 230:3, 248:22
**process** [2] - 227:12, 229:8
**processes** [1] - 219:14
**procured** [1] - 246:15
**produced** [1] - 208:25
**profit** [1] - 241:19
**promise** [2] - 234:23, 238:2
**promises** [3] - 224:13, 240:21, 246:22
**proof** [1] - 246:3
**property** [10] - 222:25, 224:12, 233:14, 233:15, 233:17, 233:19, 233:20, 233:21, 233:24, 237:17
**proposed** [1] - 209:15
**prosecutor** [1] - 248:24
**prove** [18] - 218:3, 218:14, 223:15, 223:18, 223:22, 223:25, 224:4, 224:9, 225:3, 246:6, 246:12, 246:17, 246:23, 247:2, 247:18, 247:21, 248:1, 248:8
**proven** [2] - 225:1, 247:12
**provided** [2] - 244:10, 253:17
**provision** [4] - 231:12, 236:4, 239:3, 254:18
**psychologist** [2] - 213:13, 215:20
**public** [3] - 217:18, 218:24, 227:4
**purchase** [4] - 242:25, 243:9, 244:7, 245:7
**purchased** [4] - 243:2, 246:23, 247:4, 247:6
**purchaser** [3] - 246:10, 246:22, 247:11
**purchasing** [1] - 241:17
**purposes** [1] - 224:3
**pursuant** [1] - 210:22
**put** [2] - 232:3, 234:14

## Q

**Queens** [1] - 253:22
**questions** [9] - 211:21, 212:1, 212:18, 213:2, 216:15, 221:25, 242:8, 243:24, 245:24

## R

**raise** [1] - 212:15
**range** [7] - 228:15, 228:20, 231:4, 235:19, 238:20, 238:21, 247:6
**rather** [2] - 211:10, 213:3
**real** [6] - 233:14, 233:15, 233:17, 233:18, 233:20, 233:21
**really** [1] - 247:5
**reason** [3] - 211:23, 212:3, 240:25
**reasonable** [5] - 218:4, 223:16, 224:5, 225:1, 225:3
**receive** [4] - 227:18, 242:11, 242:14, 243:19
**recently** [2] - 213:13, 215:19
**recommendation** [6] - 232:5, 232:10, 232:12, 232:14, 237:4, 239:19
**record** [7] - 211:17, 211:19, 213:5, 214:10, 215:13, 232:4, 234:14
**recorded** [1] - 208:24
**records** [3] - 247:24, 248:2
**regard** [1] - 234:9
**regarding** [8] - 239:19, 244:17, 245:1, 246:9, 247:11, 249:16, 249:20, 254:12
**regardless** [2] - 221:7, 231:3
**regards** [1] - 237:3
**rehabilitation** [1] - 228:8
**relates** [3] - 231:25, 236:17, 239:17
**release** [8] - 225:16, 225:18, 225:19, 225:23, 237:5, 237:17, 254:16
**released** [1] - 227:16
**repeat** [2] - 214:22, 238:15
**report** [3] - 221:12, 227:23, 252:3
**Reporter** [1] - 208:21
**represent** [1] - 218:24
**representation** [1] - 217:4
**representations** [9] - 216:16, 223:1, 224:13, 237:16, 240:12, 241:17, 241:20, 241:23, 244:11
**represented** [1] - 218:22

**repurchase** [1] - 241:19
**request** [1] - 255:4
**requesting** [1] - 253:23
**required** [5] - 218:3, 228:2, 228:19, 234:9, 253:5
**respect** [20] - 210:12, 223:17, 223:21, 224:6, 224:8, 224:20, 224:21, 225:12, 230:4, 230:15, 230:18, 233:2, 237:13, 237:17, 238:5, 238:25, 244:16, 245:10, 246:3, 247:1
**respond** [1] - 211:18
**responses** [1] - 216:15
**restitution** [4] - 226:3, 226:6, 232:6, 232:16
**result** [1] - 227:1
**resulting** [1] - 226:2
**review** [5] - 225:10, 230:8, 235:5, 238:9, 253:16
**reviewable** [1] - 232:13
**Ridge** [2] - 234:3, 234:4
**rights** [7] - 217:11, 217:13, 217:16, 221:6, 222:10, 227:3, 251:18
**rise** [1] - 212:14
**RMR** [1] - 208:21
**Road** [2] - 233:18, 237:5
**role** [1] - 244:6
**ROMANO** [176] - 208:6, 208:6, 211:3, 211:5, 211:7, 212:6, 212:9, 212:11, 212:22, 212:24, 213:1, 213:7, 213:9, 213:11, 213:14, 213:18, 213:21, 213:24, 214:2, 214:11, 214:13, 214:15, 214:19, 214:25, 215:3, 215:6, 215:14, 215:16, 215:18, 215:21, 215:25, 216:3, 216:6, 216:9, 216:23, 216:25, 217:2, 217:5, 217:7, 217:9, 217:22, 217:24, 218:1, 218:7, 218:9, 218:11, 218:16, 218:18, 218:20, 219:1, 219:3, 219:5, 219:17, 219:19, 219:21, 220:5, 220:7, 220:9, 220:13, 220:15, 220:17, 220:24, 221:1, 221:3, 221:18, 221:20, 221:22, 222:4, 222:6, 222:8, 222:12, 222:14, 222:16, 223:8, 223:10, 223:12, 225:5, 225:7, 225:9, 226:14, 226:16, 226:18, 226:21, 226:23, 226:25, 227:6, 227:8, 227:10, 229:9, 229:11, 229:13, 229:16, 229:18, 229:20, 230:7, 230:10, 230:13, 231:7, 231:20, 231:23, 232:21, 232:23, 232:25, 234:16, 234:18, 234:22, 234:25, 235:4, 235:7, 235:10, 235:16, 235:24, 236:12, 236:15, 237:10, 237:14, 237:20, 237:22, 238:1, 238:4, 238:8, 238:11, 238:14, 238:24, 239:12, 239:15, 240:10, 240:16, 240:20, 240:23, 241:14, 241:24, 242:3, 242:7, 242:16, 242:22, 243:10, 243:13, 243:17, 243:20, 243:23, 244:4, 244:21, 245:2, 245:5, 245:9, 245:13, 245:16, 245:19, 245:23, 248:17, 248:23, 249:3, 249:8, 249:11, 249:14, 249:18, 249:22, 250:1, 250:4, 250:7, 250:10, 250:15, 250:18, 250:21, 250:24, 251:4, 251:7, 251:10, 251:13, 253:10, 253:12, 255:18, 255:23, 256:3
**Romano** [132] - 208:17, 208:18, 208:20, 209:5, 210:5, 210:12, 210:14, 210:18, 210:19, 211:2, 211:4, 211:6, 212:5, 212:8, 212:10, 212:21, 212:23, 212:25, 213:6, 213:7, 214:9, 214:11, 215:8, 215:12, 215:14, 216:22, 216:24, 217:1, 217:4, 217:6, 217:8, 217:21, 217:23, 217:25, 218:6, 218:8, 218:10, 218:15, 218:17, 218:19, 218:25, 219:2, 219:4, 219:16, 219:18, 219:20, 220:4, 220:6, 220:8, 220:12, 220:14, 220:16, 220:23, 220:25, 221:2, 221:17, 221:19, 221:21, 222:3, 222:5, 222:7, 222:11, 222:13, 222:15, 223:7, 223:9, 223:11, 225:4, 225:6, 225:8, 226:13, 226:15, 226:17, 226:20, 226:22, 226:24, 227:5, 227:7, 227:9, 229:8, 229:10, 229:12, 229:15, 229:17, 229:19, 230:4, 231:25, 232:20, 232:22, 232:24, 234:12, 235:1, 236:17, 236:19, 237:9, 237:12, 237:15, 238:5, 239:17, 240:6, 241:12, 242:9, 242:20, 243:25, 244:2, 245:25, 246:6, 246:18, 246:25, 247:1, 248:4, 248:15, 249:15, 249:19, 249:23, 250:12, 251:1, 251:22, 251:23, 251:25, 253:1, 253:2, 253:4, 253:9, 253:11, 253:21, 255:17, 255:22, 256:2
**Romano's** [6] - 214:4, 216:11, 229:22, 229:24, 229:25, 233:3
**Roslyn** [1] - 233:11
**run** [1] - 209:14
**running** [2] - 254:13, 254:16
**rush** [1] - 214:21

## S

**S2** [4] - 250:14, 251:23, 251:24, 252:1
**S2-09-170** [3] - 249:25, 251:3, 251:17
**sale** [1] - 223:2
**sales** [4] - 246:13, 246:14, 246:18, 247:10
**salesman** [2] - 244:18, 244:25
**salesmen** [2] - 244:11, 246:8
**salespeople** [3] - 246:19, 247:9, 247:15
**Salvatore** [46] - 210:12, 210:14, 211:4, 212:8, 212:23, 214:9, 214:11, 215:8, 216:24, 217:6, 217:23, 218:8, 218:17, 219:2, 219:18, 220:6, 220:14, 220:25, 221:19, 222:5, 222:13, 223:9, 225:6, 226:15, 226:22, 227:7, 229:10, 229:17, 229:24, 232:22, 235:1, 236:17, 236:19, 237:9, 237:15, 242:20, 243:25, 246:18, 246:25, 249:15, 250:12, 251:23, 253:1, 253:4, 253:9, 255:22
**SALVATORE** [1] - 208:6
**satisfaction** [2] - 210:7, 211:22
**satisfied** [2] - 217:3, 232:7
**satisfy** [5] - 222:1, 233:6, 236:22, 239:23
**Savings** [2] - 233:12, 236:25
**schedule** [1] - 253:1
**scheme** [6] - 222:22, 223:4, 223:21, 224:11, 224:16, 224:19
**school** [3] - 213:10, 214:14, 215:17
**seated** [4] - 212:17, 250:11, 250:25, 251:14
**second** [4] - 223:22, 224:15, 227:17, 253:18
**secondary** [3] - 246:10, 246:22, 247:11
**secretary** [1] - 254:11
**Section** [3] - 231:12, 236:4, 239:2
**see** [1] - 255:8
**selection** [1] - 209:1
**sell** [3] - 242:24, 244:5, 249:4
**sense** [1] - 213:4
**sent** [2] - 248:5, 248:7
**sentence** [34] - 221:10, 227:17, 227:22, 228:2, 228:5, 228:20, 228:21, 228:24, 229:1, 229:3, 231:4, 231:13, 231:15, 231:18, 233:24, 234:24, 235:20, 236:5, 236:7, 236:10, 236:23, 237:3, 238:3, 238:21, 239:3, 239:6, 239:10, 239:20, 240:22, 254:13, 254:21, 254:23, 254:25, 255:6
**sentenced** [4] - 225:21, 227:15, 228:16, 240:4
**sentencing** [13] - 221:13, 227:12, 227:13, 227:21, 227:25, 228:10, 228:11, 229:8, 234:7, 237:7, 252:9, 252:16, 253:6
**separately** [1] - 211:10
**September** [1] - 208:6
**served** [1] - 225:23
**set** [4] - 213:3, 228:11, 239:25, 252:11
**sets** [1] - 228:14
**several** [1] - 247:15
**ship** [4] - 242:11, 242:14, 243:18, 245:17
**shipped** [2] - 243:3, 248:3
**side** [1] - 248:3
**sides** [2] - 221:13, 227:25
**sign** [3] - 230:5, 235:2, 238:6
**signed** [7] - 229:23, 230:8, 230:12, 235:6, 235:9, 238:9, 238:13
**significantly** [1] - 247:7
**sit** [1] - 227:4
**Slate** [1] - 233:22
**Smithtown** [2] - 240:2, 240:3
**sold** [2] - 244:9, 247:8
**somewhere** [1] - 243:12
**Southington** [1] - 237:6
**speaks** [1] - 248:24
**special** [1] - 226:7

**specific** [1] - 224:17
**specifically** [1] - 224:10
**specified** [1] - 222:24
**speedy** [1] - 217:18
**stage** [1] - 218:21
**stand** [2] - 249:23, 250:12
**start** [3] - 241:12, 254:13, 254:16
**state** [7] - 213:5, 214:9, 215:12, 228:1, 242:2, 245:15, 247:23
**State** [1] - 243:15
**statement** [1] - 212:20
**statements** [8] - 243:7, 244:16, 244:18, 244:19, 244:25, 245:3, 245:7
**STATES** [4] - 208:1, 208:3, 208:9, 208:12
**States** [8] - 208:5, 217:12, 217:18, 226:19, 236:20, 239:21, 242:11, 247:24
**statute** [2] - 224:4, 248:12
**stenography** [1] - 208:24
**Steve** [1] - 246:21
**stories** [1] - 247:14
**street** [2] - 233:15, 233:16
**strike** [2] - 254:17, 254:20
**striking** [1] - 255:5
**sub** [13] - 233:9, 233:10, 233:11, 233:12, 233:13, 233:14, 233:15, 233:17, 233:18, 233:20, 233:21
**subject** [8] - 212:19, 226:3, 246:19, 247:3, 247:16, 248:3, 248:5, 253:8
**subjecting** [1] - 226:7
**submissions** [2] - 221:12, 227:24
**subpoenas** [1] - 219:13
**sufficient** [2] - 216:19, 235:8
**suggestion** [1] - 220:2
**suggests** [1] - 228:11
**Suite** [1] - 208:22
**SULLIVAN** [10] - 208:13, 211:16, 214:8, 215:11, 216:13, 242:10, 242:18, 244:1, 246:1, 252:18
**Sullivan** [1] - 209:16
**sum** [3] - 232:14, 233:4, 234:10
**summarize** [3] - 222:17, 246:3, 248:16
**summarized** [1] - 249:16
**summary** [5] - 222:21, 223:6, 237:8, 237:12, 240:7
**superseding** [14] - 210:8, 210:16, 210:21, 217:20, 220:21, 223:25, 241:10, 249:24, 250:13, 251:2, 251:16, 251:23, 251:24, 251:25
**supervised** [3] - 225:16, 225:19, 246:8
**supervision** [1] - 225:23
**supported** [1] - 251:19
**sworn** [3] - 212:13, 212:16, 212:18
**system** [1] - 227:15

## T

**telemarketing** [1] - 247:22
**telephone** [4] - 241:16, 241:25, 244:11, 244:12
**telephones** [2] - 245:11, 245:12
**tendered** [2] - 232:8, 232:17
**term** [7] - 225:14, 225:15, 225:16, 225:17, 231:14, 236:6, 239:4
**terms** [4] - 225:19, 225:20, 239:6, 240:7
**testified** [1] - 219:25
**testify** [5] - 219:7, 219:15, 219:23, 219:25, 220:3
**testimony** [7] - 246:13, 246:14, 246:16, 246:24, 247:4, 247:13, 247:25
**THE** [229] - 208:9, 209:2, 209:10, 209:18, 209:21, 210:1, 210:8, 210:11, 210:17, 210:22, 210:25, 211:4, 211:6, 211:8, 211:14, 211:17, 212:7, 212:10, 212:12, 212:15, 212:17, 212:23, 212:25, 213:2, 213:8, 213:10, 213:12, 213:15, 213:19, 213:23, 213:25, 214:3, 214:7, 214:9, 214:12, 214:14, 214:16, 214:20, 215:2, 215:4, 215:7, 215:12, 215:15, 215:17, 215:19, 215:22, 216:1, 216:5, 216:7, 216:10, 216:14, 216:24, 217:1, 217:3, 217:6, 217:8, 217:10, 217:23, 217:25, 218:2, 218:8, 218:10, 218:12, 218:17, 218:19, 218:21, 219:2, 219:4, 219:6, 219:18, 219:20, 219:22, 220:6, 220:8, 220:10, 220:14, 220:16, 220:18, 220:25, 221:2, 221:4, 221:19, 221:21, 221:23, 222:5, 222:7, 222:9, 222:13, 222:15, 222:17, 223:9, 223:11, 223:13, 225:6, 225:8, 225:10, 226:15, 226:17, 226:19, 226:22, 226:24, 227:1, 227:7, 227:9, 227:11, 229:10, 229:12, 229:14, 229:17, 229:19, 229:21, 230:4, 230:8, 230:11, 230:14, 231:8, 231:21, 231:24, 232:18, 232:22, 232:24, 233:1, 234:11, 234:17, 234:19, 234:23, 235:1, 235:5, 235:8, 235:11, 235:17, 235:25, 236:13, 236:16, 237:8, 237:11, 237:15, 237:21, 237:23, 238:2, 238:5, 238:9, 238:12, 238:15, 238:25, 239:13, 239:16, 240:6, 240:11, 240:17, 240:21, 240:24, 241:4, 241:6, 241:8, 241:22, 241:25, 242:4, 242:8, 242:13, 242:17, 242:20, 243:4, 243:11, 243:14, 243:18, 243:21, 243:24, 244:2, 244:16, 244:24, 245:3, 245:6, 245:10, 245:14, 245:17, 245:20, 245:24, 246:2, 247:17, 248:8, 248:11, 248:14, 248:19, 249:1, 249:6, 249:9, 249:12, 249:15, 249:19, 249:23, 250:2, 250:5, 250:8, 250:11, 250:16, 250:19, 250:22, 250:25, 251:5, 251:8, 251:11, 251:14, 252:8, 252:20, 252:23, 252:25, 253:4, 253:11, 253:13, 253:18, 254:3, 254:7, 254:21, 255:2, 255:8, 255:10, 255:14, 255:17, 255:19, 255:22, 255:24, 256:2, 256:4, 256:6, 256:8, 256:10, 256:12
**therein** [1] - 248:6
**third** [1] - 224:18
**THOMAS** [1] - 208:13
**threatened** [3] - 234:20, 237:24, 240:18
**three** [6] - 211:9, 225:16, 246:7, 254:12, 254:19, 254:21
**title** [1] - 236:24
**today** [8] - 213:23, 215:2, 216:5, 229:6, 230:5, 235:2, 238:6, 253:14
**tomorrow** [1] - 209:4
**took** [1] - 248:9
**total** [1] - 237:18
**train** [2] - 248:25, 249:5
**trained** [2] - 246:8, 249:3
**training** [2] - 249:2, 249:10
**TRANSCRIPT** [1] - 208:8
**Transcript** [1] - 208:25
**transferred** [2] - 253:22, 253:23
**treated** [1] - 214:17
**TREINIS** [1] - 208:13
**TREINIS-GATZ** [1] - 208:13
**trial** [16] - 217:19, 218:2, 218:14, 218:21, 219:6, 219:22, 220:10, 220:21, 221:5, 221:10, 222:10, 223:15, 225:4, 240:25, 246:4, 246:6
**truthfully** [1] - 212:20
**try** [1] - 253:25
**turn** [2] - 228:21, 230:25
**turns** [5] - 231:3, 231:5, 235:20, 238:20, 252:11
**twice** [1] - 225:25
**two** [9] - 213:11, 223:18, 224:7, 224:24, 225:21, 226:1, 252:14, 252:24, 255:9
**type** [7] - 213:16, 214:17, 215:23, 226:5, 228:6

## U

**unanimous** [1] - 224:25
**unanimously** [2] - 218:13, 224:22
**uncirculated** [1] - 247:5
**under** [11] - 213:13, 215:20, 217:11, 217:17, 228:23, 231:11, 234:9, 235:22, 236:4, 238:22, 239:2
**understood** [1] - 237:12
**undo** [1] - 229:5
**ungraded** [1] - 247:5
**unhappy** [1] - 228:25
**unit** [2] - 233:15, 233:16
**UNITED** [4] - 208:1, 208:3, 208:9, 208:12
**United** [8] - 208:5, 217:12, 217:18, 226:19, 236:20, 239:21, 242:11, 247:24
**unlawful** [1] - 223:19
**unless** [1] - 253:6
**untrue** [1] - 244:13
**up** [12] - 211:24, 217:13, 217:16, 221:5, 221:24, 222:9, 225:21, 227:21, 239:8, 243:5, 244:7, 248:6
**upgraded** [1] - 247:6
**UPS** [1] - 244:15
**upstairs** [1] - 209:14
**US** [1] - 244:14

## V

**valid** [1] - 240:24
**valuable** [1] - 227:2
**value** [1] - 241:18
**values** [2] - 242:25, 245:8
**verdict** [1] - 220:11
**Via** [1] - 233:19
**victims** [9] - 226:4, 246:14, 246:16, 246:20, 246:23, 246:24, 246:25, 247:13
**victims'** [2] - 246:16, 248:6
**Vincent** [44] - 210:18, 210:19, 211:6, 212:10, 212:25, 215:12, 215:14, 216:11, 217:1, 217:8, 217:25, 218:10, 218:19, 219:4, 219:20, 220:8, 220:16, 221:2, 221:21, 222:7, 222:15, 223:11, 225:8, 226:17, 226:24, 227:9, 229:12, 229:19, 229:25, 232:24, 238:5, 239:17, 240:6, 244:2, 245:25, 247:1, 248:4, 249:19, 251:1, 251:25, 253:2, 253:4, 253:11, 256:2
**VINCENT** [1] - 208:6
**violated** [2] - 225:18, 225:20
**virtue** [1] - 229:5
**voluntarily** [7] - 231:22, 236:14, 239:14, 250:8, 250:22, 251:11, 251:19
**vote** [1] - 227:3

## W

**wait** [2] - 209:17, 209:18
**waived** [1] - 229:3
**waiving** [6] - 231:21, 236:13, 236:24, 239:8, 239:13, 251:18
**Washington** [2] - 233:12, 239:24
**weigh** [1] - 228:22
**West** [1] - 233:25
**whole** [1] - 254:22
**willfully** [2] - 223:23, 224:15
**willing** [2] - 222:9, 241:19
**wine** [3] - 213:21, 215:1, 216:3
**wire** [4] - 222:20, 223:21, 224:8, 241:15
**wires** [4] - 223:3, 224:20, 242:13, 247:18
**wish** [2] - 211:22, 252:3
**withdraw** [2] - 210:5, 229:1
**withdraws** [1] - 210:15
**witnesses** [4] - 219:6, 219:9, 219:14, 247:25
**wondering** [1] - 254:15
**words** [6] - 229:2, 231:15, 236:7, 241:9, 241:13, 242:21
**works** [1] - 227:13
**Worth** [1] - 233:19
**write** [1] - 252:12
**wrongly** [1] - 245:8

## Y

**year** [1] - 252:21
**years** [6] - 213:11, 215:16, 224:3, 225:15, 225:16, 225:21
**YORK** [1] - 208:1
**York** [16] - 208:5, 208:14, 208:22, 233:15, 233:16, 233:17, 233:18, 233:22, 240:2, 241:21, 242:2, 242:23, 243:16, 247:23, 248:7
**yourself** [4] - 221:24, 226:2, 244:20, 249:2
**yourselves** [1] - 226:8