

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CAO                                             *271 Cadman Plaza East*
F#2007R01682                                    *Brooklyn, New York 11201*


July 24, 2014


By ECF with Courtesy Copy by Interoffice Mail

The Honorable Vera Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re: United States v. Joseph Romano, et al.,
        09CR170 - SJ

Dear Judge Scanlon:

    The government writes this letter to memorialize its final restitution discovery production: the transcript of the July 15, 2014 hearing.  I will electronically distribute this letter and transcript to all counsel and send the same packet via Federal Express to Joseph Romano.

    Please do not hesitate to contact me if you have any concerns or questions.

       Respectfully submitted,

       LORETTA E. LYNCH
       United States Attorney

    By:  ____/s_____
       Christopher A. Ott
       Assistant U.S. Attorney
       (718) 254-6154


Attachments: July 15, 2014 Transcript

CC:   All Defendants (via ECF and E-Mail)

Joseph Romano 72247-053 (via Federal Express)
MDC Brooklyn
METROPOLITAN DETENTION CENTER
P.O. BOX 329002
BROOKLYN, NY  11232