FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ APR 14 2016 ★
BROOKLYN OFFICE

Received 4/15/16

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

*United States of America*

**Petitioner,**

**- against -**

**JOSPEPH ROMANO**

**Respondent.**

---------------------------------------------------------------X

**ORDER TO SHOW CAUSE**
09 ~~CV~~ Cr 0170 **(SJ)-01**

**JOHNSON, D.J.**

**Upon the petition pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure, filed on** 2/17/2016 **a copy of which is attached, it is ORDERED that:**

**(1) Petitioner is granted leave to proceed *in forma pauperis*;**

**(2) The United States Attorney, as attorney for respondent, is directed to show cause before this Court why said motion pursuant to 28 U.S.C. § 2255 of the Federal Criminal Rules and Procedure should not be granted by the filing of a return to the petition;**

**(3) Within twenty (20) days of receipt of this order, the United States Attorney shall serve a copy his return on the petitioner herein and shall file the original thereof, with proof of such service, with Clerk of this Court;**

**(4) Petitioner, within twenty (20) days of the date of receipt by him of a copy of the return of the United States Attorney, shall file his reply, if any, with proof of service, with Clerk of is Court;**

**(5) Service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof, together with a copy of the petition and all subsequent materials filed by the petitioner, to the United States Attorney, and by mailing a copy of this Order to the petitioner;**

/S/ USDJ STERLING JOHNSON
**STERLING JOHNSON, JR., U.S.D.J.**

**DATED: Brooklyn, New York**
**April 14, 2016**