**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                     **ORDER**

         - against -

                   CV CR 09-170 (SJ) (VMS)

JOSEPH ROMANO,

               Defendant.

-----------------------------------------------------------X

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

This Court has received a letter from Andrew Freifeld, Esq., an attorney who has apparently been assigned to represent defendant Joseph Romano on his appeal to the Second Circuit. *See* DE 662. Attorney Freifeld is seeking to obtain documents which were filed under seal during defendant Romano's criminal case, and specifically relating to a Report and Recommendation which this Court made to District Judge Bianco on July 21, 2011. At the outset, the Court notes that this case was reassigned to the Brooklyn Courthouse in 2012 and specifically to District Judge Sterling Johnson and Magistrate Judge Vera Scanlon. Judge Johnson remains the presiding Judge in this case. On that basis, the Court questions why this application was not made to Judge Johnson in the first instance. In addition to the fact that the record sought is sealed, the Court further points out that Attorney Freifeld's client, defendant Joseph Romano, was present for the entire hearing referenced by Attorney Freifeld and certainly is well aware of what occurred during the proceeding. Finally, Attorney Freifeld has not provided a single reason why this information is needed nor any case law supporting such a request. For these reasons, the Court denies the application.

**SO ORDERED.**

Dated:  Central Islip, New York
           June 15, 2016


/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge

2