

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALC
F. #2007R01344

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 9, 2017

<u>By ECF</u>

The Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Joseph Romano
>        <u>Criminal Docket No. 09-170 (SJ)</u>

Dear Judge Johnson:

The government respectfully submits this letter in response to the motion of appellate counsel for the defendant Joseph Romano, filed on May 12, 2017 in the above-captioned matter (the "Motion"). <u>See</u> ECF Docket No. 687. The Motion sought the following relief: (1) access to the following sealed documents: (a) a letter by the government, dated March 17, 2017, and its attachments, requesting that the Honorable Vera M. Scanlon, U.S. Magistrate Judge, issue a report and recommendation for a restitution order as to the defendants in this case, <u>see</u> ECF Docket No. 586; and (b) a letter by the government, dated August 4, 2014, and its attachment, submitting a reorganized list of victims in this case, <u>see</u> ECF Docket No. 616; and (2) access to the following documents, some of which appear to be, at least partly, subject to attorney-client privilege: (a) an order entered by the Honorable Joseph F. Bianco, U.S. District Judge, which granted the defendant's former counsel's request for leave to file <u>ex parte</u> a motion to be relieved as the defendant's attorney, and which appellate counsel has stated is not available on the public docket; (b) former counsel's <u>ex parte</u> and sealed motion to be relieved; (c) sealed correspondence from the defendant's wife to Judge Bianco, which Judge Bianco mentioned on the record at a June 22, 2011 appearance in this case; (d) the sealed transcript of the 2011 hearing conducted by the Honorable A. Kathleen Tomlinson, U.S. Magistrate Judge; (e) the sealed minute entry for the 2011 hearing conducted by Magistrate Judge Tomlinson; and (f) the sealed portion of the information Magistrate Judge Tomlinson considered in ruling on former counsel's motion to

withdraw.  Appellate counsel also stated in the Motion that his requests are not intended and should not be deemed to waive any attorney-client privilege that applies to the requested materials.  Mot. at 4.

In an electronic order entered on October 20, 2017, the Court temporarily denied the Motion and directed the government to respond to it.

The government does not object to the Court's granting appellate counsel's requests for copies of the documents requested in the Motion, or to the Court's entering a limited unsealing order for that purpose as to the subset of the requested documents that were filed under seal.  However, the government respectfully submits that: (1) none of the sealed documents should be unsealed to the public, given that they either contain sensitive victim information or were sealed on the basis of attorney-client privilege; and (2) appellate counsel should be ordered not to distribute or disseminate any of the sealed documents containing victim information to any other person, with the sole exception that, to the extent appellate counsel deems it necessary, such documents may be filed under seal with the Second Circuit Court of Appeals in connection with the defendant's appeal.

Finally, the government should not be provided with copies of any of the documents at issue in the Motion, many of which may be subject to attorney-client privilege.[1]

Respectfully submitted,

BRIDGET M. ROHDE
Acting United States Attorney

By:        /s/
Alicyn L. Cooley
Assistant U.S. Attorney
(718) 254-6389

cc:   Andrew Freifeld, Esq. (by ECF)
Defendant Joseph Romano (by certified mail)
ADX Florence Colorado
U.S. Penitentiary Max
P.O. Box 8500
Florence, CO 81226-8500

---

[1]      To the extent the government previously indicated otherwise, the government now clarifies that it does <u>not</u> seek copies of any of the documents requested in appellate counsel's Motion.

2