A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit

E.D.N.Y.-C. Islip
09-cr-170
Johnson, J.

# United States Court of Appeals

FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of December, two thousand seventeen.

Present:

> Debra Ann Livingston,
> Denny Chin,
> > *Circuit Judges*,
> John G. Koeltl,
> > *District Judge.**

_____

United States of America,

> *Appellee*,

> v.                                                                 15-992

Salvatore Romano, et al.,

> *Defendants*,

Joseph Romano,

> *Defendant-Appellant*.

_____

Appellant moves for an order directing the district court to allow his counsel access to certain sealed documents.   He has a motion pending in district court seeking the same relief.   *See United States v. Romano*, No. 09-cr-170 (E.D.N.Y. May 12, 2017), ECF No. 687.   Upon due consideration, it is hereby ORDERED that the motion is DENIED without prejudice to renewal if the district court fails to rule on Appellant's motion within a reasonable time.

_____

* Judge John G. Koeltl, of the United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 02/05/2018

It is further ORDERED that this appeal is STAYED pending resolution of the motion in district court.   Appellant is directed to notify the Clerk of Court within fourteen (14) days of the district court's decision.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit

2