ANDREW FREIFELD
ATTORNEY-AT-LAW
30 VESEY STREET, 6th FLOOR
NEW YORK, NEW YORK 10007

May 8, 2018

BY ECF
Hon. Sterling Johnson, Jr.
United States District Judge
225 Cadman Plaza East
Brooklyn, New York, 11201

      Re:    *United States v. Joseph Romano, ## 09-cr-170-SJ*
             *(EDNY), 16-cv-893-SJ (EDNY), # 15-992 (2d Cir.)*

Dear Judge Johnson:

      I represent Mr. Romano on his appeal (2d Cir. Dkt. # 15-992) of the judgment entered here # 09-cr-170-SJ (EDNY). I write to respectfully remind the Court that Romano's motion to unseal here filed May 12, 2017 (docket entry # 687), to which the government responded November 9, 2017 (docket # 691), remains undecided.

      Thank you for your consideration.

                              Respectfully submitted,

                              Andrew Freifeld

cc:    United States Attorney for the
        Eastern District of New York