

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 14, 2021

<u>By ECF</u>

The Honorable Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>United States v. Joseph Romano, et al.</u>
      <u>Criminal Docket No. 09-170 (SJ)</u>

Dear Judge Johnson:

   The government respectfully moves for a limited unsealing order allowing a redacted version of the March 17, 2014 letter filed by the government in the above-captioned matter at ECF Docket No. 586 to be posted publicly to the docket.  The letter was originally filed under seal because it attached a list identifying victims by name; the enclosed redacted version attaches a redacted list.

          Respectfully submitted,

          MARK J. LESKO
          Acting United States Attorney

      By:   /s/
          Lauren Howard Elbert
          Assistant U.S. Attorney
          (718) 254-7577

Enclosure

cc:  Clerk of Court (by ECF)
    Defense Counsel (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

JOSEPH ROMANO, et al.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 09-170 (SJ)

Upon the application of MARK J. LESKO, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Lauren Howard Elbert, for a limited unsealing order allowing a redacted version of ECF Docket No. 586 to be publicly posted to the docket.

WHEREFORE, it is ordered that the government's letter docketed at ECF Docket No. 586 be partially unsealed and that a redacted version of the letter be made available on the public docket.

Dated:   Brooklyn, New York
          _____, 2021

                    _____
                    HONORABLE STERLING JOHNSON
                    UNITED STATES DISTRICT JUDGE
                    EASTERN DISTRICT OF NEW YORK