

**RECEIVED**
JUN 09 2021
**PRO SE OFFICE**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 09 2021 ★

BROOKLYN OFFICE

CERTIFICATE OF SERVICE

I hereby certify that on ___May 21, 2021___ I sent a copy of
[date]

the _Notice of Motion to Unseal Counsel Ansanelli_
_Petition to withdraw as Counsel_
[name of document]

to: _Judge Sterling Johnson JR_
_US District Court_

at _225 Cadman Plaza East Brooklyn, N.Y. 11201_

_USPS Registered Certified_ 7019 2280 0000 5305 3669 , the last known address,
by way of United States mail or courier.

_May 21, 2021_
Date

Signature

① Enclosed find Motion to unseal Counsel
Ansanelli's Petition to withdraw as Counsel.
(9 Pages).

Pro Se

IN THE UNITED STATES DISTRICT
Court For The Eastern District of
New York

Joseph Romano
    Plaintiff               CRIM. NO. :
    V.                    09-CR-170 SJ
United STATES of AMERICA    Civ. No. ____
    Defendant

## NOTICE OF MOTION TO UNSEAL COUNSEL VINCENT ANSANELLI'S PETITION TO Withdraw AS COUNSEL

Plaintiff, Joseph Romano, Pro Se, files this emergent and Paramount Motion to unseal his Attorney's Motion to withdraw as his Counsel of Record, and filed under Seal.

This Motion is filed Pro Se and is an emergent application.

Applicant will rely upon the annexed sworn certification.

Joseph Romano
Pro Se

Dated: May 21, 2021

1 of 9

IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
NEW YORK

Joseph Romano
        Plaintiff                          CRIM. NO.:
    v.                                     09-CR-170 SJ
UNITED STATES OF AMERICA      Civil No._____
            DEFENDANT.

Certification of Pro Se Petitioner-
Plaintiff, Joseph Romano.

1. I, Joseph Romano, am the Plaintiff
Petitioner in the above captioned Matter
and file this Pro Se Motion for emergent
relief.
    I hereby swear under penalty of perjury
that each and every fact contained herein
is the absolute truth.

2. I am presently preparing a Post Conviction
Relief Motion in accord with 28 USC 2255
and the tenets of McQuiggins v. Perkins,
569 U.S. 383, 396 (2013) (quoting Sclup v.
Delo, 513 U.S. 298, 327 (1995), and House v.
Bell, 547 U.S. 518, 537 (2006).
    These cases will permit my filing of
My Motion and provide Me with a "gateway

2 of 9

to finally espouse - delineate and evince my actual innocence."

3. I am firmly, ardently, and fervently convinced that the procedural defects in my filing of this Petition will prove that an manifest injustice occurred in my involuntary plea of compelled guilty and the extraordinary - inordinate - magnanimous 6th Amendment (ineffective assistance of counsel) violations I endured. (Also see, Murray V. Carrier, 477 US-478(1986), and Restrepo v. Kelly, 178 F. 3d 634, 641(2nd cir. 1999)(Ineffective Assistance of Counsel claims, in violation of 6th Amendment excused procedural default).

4. On June 8, 2011, the Ansanelli Law Group, LLP, by Vincent Ansanelli filed a Letter under seal (emphasis added) stating that he is compelled to withdraw as Counsel and that his reasons would prejudice this Petitioner; and are Attorney-client privileged. (See, Report and Recommendation by Judge Tomlinson, entered July 21, 2011).

5. I hereby waive any and all Attorney-Client

privileges and am absolutely certain no prejudice can result to me, since I have been adjudicated and adjudged guilty. I am presently serving an significant term of imprisonment in the Federal Bureau of Prisons (FBOP).

Most importantly, the Constitutional errors that resulted in my guilty plea and sentence, were the cause and effect of a successive prosecution, that resulted in a Sentence of Life imprisonment.

6. I can presently establish that the Ansanelli Group, specifically my Attorney of Record Vincent Ansanelli was involved in Tax fraud, money laundering, tax evasion, and failing to report trans- actions exceeding $10,000, while re- presenting me; and that these criminal and ethical violations were the primary justification of his ineffective – conflicted and unjustifiable incompetent advise and representations. It also was a substantial factor in directly-causally connected to the unconstitutionality of my conviction(s).

7. I must be permitted to prosecute

4 of 9

My cause of action and seek my vindication. Despite Ansanelli's motion under seal he continued to represent me (over vociferous objection) at sentencing.

8. For the aforementioned reasons I implore this Honorable Court to emergently - imminently release all sealed documents relevant to my case, specifically but not limited to: Ⓐ the Ansanelli Law Groups, Motion for leave to withdraw; Ⓑ All their enclosures, particularly the enclosure transmitted under cover of Mr. Ansanelli's June 8, 2011 Letter (DE 324); Ⓒ the motion papers that underlie the June 23, 2011 proceeding; Ⓓ the transcript of the June 23, 2011 proceeding and; Ⓔ whatever else was included and sealed. The interest of Justice, out weigh my waiver of any Attorney-client privilege.

9. The United States District Court became inherently cognizant that there was an "actual conflict of interest" in Charles Carnesi's representation of me

5 of 9

on the Federal case. Carnesi had not only committed crimes such as laundering, tax fraud, and evasion, as well as reporting requirement offenses, but had accepted over $300,000 in cash from the governments primary cooperating witness against me in the case; while concealing this funding source.

Carnesi corruptly, illegally and UNCONST-itutionally - precariously placed himself in an impossible position of not having any competent capacity to cross examine the governments paramount witness, (whom was retaining Carnesi and paying his legal bills) on my behalf. If he effectively, constitutionally and zealously represented me, he would be compelled to incriminate himself in a multitude of criminal (serious) offenses, especially during a contested trial.

The Court held an hearing pursuant to US v. Curcio, for Carnesi and this was blatantly exemplified on the record, docket sheets, etc... All Attorneys of record following Carnesi know about the Curcio conflict and issue of a witness paying legal fees.

Most importantly, Attorney Ansanelli and Ellis were acutely aware of the

6 of 9

Carnesi conflicts, crimes and that a Federal witness-cooperator against me, was funding my case. They went through various means to conceal and launder the source of payment.

To, knowingly, purposefully and intentionally conceal improprieties, illegalities and Constitutional contraventions, from both the Federal Court and government; Ansanelli devised a scheme wherein he instructed my wife, Karen Romano to pick up money from the cooperating witness, Mirkovic, deposit the cash in her account and write a check to him, from _her_ account; Knowing that _all_ funds (every penny paid to retain him and fund my case), was derived from a government cooperating witness, cash proceeds and all with the specific intent to avoid the parameters of _Curcio_ and a criminal scheme-offense.

Henceforth like Carnesi, Ansanelli, and Ellis for self preservation and to avoid revelation of their involvement in serious crimes, could not effectively, zealously and within the bounds of their mandates (under the rules of

7 of 9

Professional Responsibility) represent me. They were conflicted out of the case and they knew it.

This exorbitant, extreme misconduct must be investigated and all monies refunded to my family.

All three Attorney's whom represented me in my Fraud case, were themselves involved in Fraud and crimes; and all to my detriment.

All three Attorney's Carnesi, Ansanelli and Ellis were wholly funded by the prosecution's chief cooperating witness, went through nefarious schemes-means to conceal this extraordinary unethical and criminal offense and knew-intended through payment-delivery schemes to conceal the manner of their retention.

Moreover, All three Attorney's deviously and unconstitutionally failed to act in my best interests and wrongfully pressured, coerced and advised me to avoid a trial, and enter a plea of guilty which averred to their best interests, but definitely not mine.

Mr. Ellis cannot deny this illegal - unethical and onerous

8 of 9

payment ploy, as he even CC-Copied the government cooperating witness a copy of his retainer agreement, unbeknownst to the court, government and while contravening his responsibilities. He thus acknowledged Mirkovic (cooperating witness) as Payor; an admission.

The interests of justice demand this Court's immediate response.

Most respectfully,

May 21, 2021

Joseph Romano

Name:
Reg No:
U.S. Penitentiary MAX
P.O. Box 8500
Florence CO. 81226-8500

CM21-7224705d-0521-MO-110

USMS

Clerk of the Court/Honorable Sterling Johnson Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York
11201

7019 2280 0000 5305 3669

CERTIFIED MAIL

