

RECEIVED
JUL 19 2022
PRO SE OFFICE

June 28, 2022

Honorable Eric Komitee
Judge, United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: United States of America
v.
Joseph Romano Criminal No. 09-CR-170

Dear Judge Komitee:

In accord and wholly pursuant to the 6th Amendment to the United States Constitution and in my efforts to aid and assist my Counsel in the defense of my meritorious claims, I have filed several magnanimous motions.

As the party familiar with the fervent issues in my case that contravenes basic tenets of the Constitution, it is incumbent upon me to legally submit and supplement my filings. Counsel is NOT (emphasis added) familiar with my case and the plethora of ardent errors. He has a basic-general understanding of the facts and legalities so my supplements, especially those submitted based on new applicable Supreme Court law and ineffective Counsel failures must be posed by me.

It is my obligation to present reversible errors to this Court and I implore, plead and beg you to accept them. They are of a Constitutional Magnitude.

If you dont accept my Motion as permitted then I respectfully request my Attorney to be terminated and I will procede Pro-Se.

Thank you,
Most respectfully,

Dated June 28, 2022 /s/ Joseph Romano

Joseph Romano

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 19 2022 ★

BROOKLYN OFFICE

## CERTIFICATE OF SERVICE

I hereby certify that on ___June 28, 2022___ I sent a copy of
                         [date]

the __Motion Re: US. V. Romano CR# 09-CR-170  2 pgs__
                    [name of document]

to: __Judge Komitee__

at __225 Cadman Plaza East Brooklyn, NY-11201__

__USPS Cert # 70212720000085499525__, the last known address, by way of United States mail or courier.

__6-28-22__
Date

__[signature]__
Signature   Joseph Romano

Pro Se

*CERTIFIED MAIL*

7021 2720 0000 8549 9525

Romano, Joseph
(72247053)
tentiary Max.
8500
CO 81226-8500
77053-0706-mo-143

Clerk of the Court
Honorable Eric Komitee
Judge, United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

June 28, 2022
Houston V. Lack Prison Mailbox