

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 11 2022 ★

BROOKLYN OFFICE

RECEIVED
AUG 11 2022
PRO SE OFFICE

July 23, 2022

Honorable Eric Komitee
Judge, United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: United States of America
v.
Joseph Romano Cr. No.: 09-CR-170

Dear Honorable Judge Komitee:

I, Joseph Romano, do hereby Appeal the order of the Honorable Judge Eric Komitee, Judge, United States District Court and dated July 11, 2022. This Appeal was immediately filed on the same date I received Honorable Courts Order.
There are seminal-material issues of fact and law that vehemently compromised and trampled upon my Constitutional Rights in accord with the 5th and 6th Amendments.

Most Respectfully Submitted,

Joseph Romano

USP Max.
P.O. Box 8500
Florence, Co.
81226

1 of 1

7019 2280 0000 5306 0483

7019 2280 0000 5306 0483

MaNo, Joseph
(72247053)
nitentiary Max.
x 8500
, CO 81226-8500

Cm-22-72247053-0725-MO-162

Houston V. Lack

Clerk of the Court
Honorable Judge Eric Komitee
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201